# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ANGIE'S LIST, INC., a Delaware corporation;
IAC/INTERACTIVECORP, a Delaware Corporation; (see attachment)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

PRO WATER SOLUTIONS, a California corporation, individually and
on behalf of itself, all others similarly situated, and the general public

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

SEP 09 2019

Sherri R. Carter, Executive Officer/Clerk of Court,
By: Isaac Lovo, Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court, County of Los Angeles<br>312 N. Spring St., Los Angeles, CA 90012 | **CASE NUMBER:**<br>*(Número de Caso):* 19STCV31643 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Paul T. Cullen; Cullen Law Firm, 19360 Rinaldi St., Box 647; Porter Ranch CA 91326; tel 818 360 2529

SHERRI R. CARTER

| DATE: SEP 09 2019<br>*(Fecha)* | Clerk, by Isaac Lovo<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* **ANGIE'S LIST, INC., a Delaware corporation**

under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

Exhibit A   Page 12

SUM-200(A)

| SHORT TITLE:<br>PRO WATER SOLUTIONS v. ANGIE'S LIST et al. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE.

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

ANGI HOMESERVICES INC., a Delaware corporation, and DOES 1 through 100

Page ___1___ of ___1___
Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

# COPY

Paul T. Cullen, Esq. (#193575)
THE CULLEN LAW FIRM, APC
19360 Rinaldi Street, Box 647
Porter Ranch, CA 91326
Tel: (818) 360-2529
Fax: (866) 794-5741
paul@cullenlegal.com

Attorneys for Plaintiff
PRO WATER SOLUTIONS, INC., a California corporation

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

SEP 0 6 2019

Sherri R. Carter, executive Officer/Clerk of Court

By _____, Deputy
Steven Drew

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| PRO WATER SOLUTIONS, INC.<br>a California corporation, individually<br>and on behalf of itself, all others similarly<br>situated, and the general public,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGIE'S LIST, INC., a Delaware<br>corporation; IAC/INTERACTIVECORP, a<br>Delaware Corporation; ANGI<br>HOMESERVICES INC., a Delaware<br>corporation, and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. **19STCV31643**<br><br>(Class Action, Cal Code Civ. Proc. §382)<br><br>**COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

BY FAX

1

COMPLAINT FOR DAMAGES

1     Plaintiff, PRO WATER SOLUTIONS, INC., on behalf of itself, all others similarly

2 situated, and the general public (hereinafter "Plaintiff or "PWS") files this Complaint against

3 Defendants ANGIE'S LIST, INC., a Delaware corporation (hereinafter "Angie's List"),

4 IAC/INTERACTIVECORP, a Delaware corporation (hereinafter "IAC"); ANGI

5 HOMESERVICES INC., a Delaware corporation, and DOES 1 to 100, inclusive (hereinafter

6 collectively referred to as "Defendants").

7     The allegations set forth in this complaint are based upon the personal knowledge of

8 Plaintiff as to its own acts, and upon information and belief as to all other matters, based upon,

9 among other things, the investigation undertaken by its counsel from information that is

10 publicly available.

11

12                         I.

13             **GENERAL ALLEGATIONS**

14   1.     Pursuant to California Code of Civ. Proc. ("CCP") § 382, California Business

15 and Professions Code ("B&PC") §§ 17200, et seq., and other statutory and common law as set

16 forth below, PWS has filed this action, seeking class action treatment, to recover damages,

17 penalties and restitution from Defendants for their violations of, *inter alia,* the aforementioned

18 laws.

19   2.     The acts complained of herein have occurred, are presently occurring, and are

20 expected to continue occurring, within the time period from four years preceding the filing of

21 the original Complaint herein plus such periods of time for tolling of the applicable statutes of

22 limitations, up to and through the time of trial for this matter (hereinafter, the "Relevant Time

23 Period").

24   3.     Since about October 2017 and perhaps earlier, Defendants have been engaged in

25 a pattern of fraudulent, deceitful and intentionally harmful activity in violation of both

26 statutory and common law that has resulted in material losses to Pro Water Solutions, Inc. and

27 the Plaintiff Class.

28

2
COMPLAINT FOR DAMAGES

4.      Defendant Angie's List operates as an online resource for paid subscribers (Angie's List "Members") and website users among the general public ("Consumers") to assist them in locating and evaluating Service Providers like Plaintiff and other businesses.

5.      In addition to charging Angie's List Members a subscription and/or membership fee to use the site, Angie's List also charges Service Providers that seek to advertise their services on the Angie's List website.

6.      Service Providers like Plaintiff pay Angie's List upwards of $800 per month to be listed on the Angie's List website as a Service Provider in the hopes of obtaining business leads and new customers from Angie's List website users (hereinafter, the "User(s)").

7.      Angie's List Members and Consumers, who are the Users referred to in the preceding paragraph, may register with Angie's List and submit ratings and reviews based upon their experience with using a certain Service Provider.

8.      Information submitted by Users regarding their experiences with Service Providers is made available on the Angie's List website to enable other Users to determine which Service Provider to use for a particular service.

9.      Service Providers with an excellent rating on the Angie's List website have historically benefited from advertising on the Angie's List website, because Angie's List Members and Consumers consider Service Providers' ratings on the Angie's List when selecting a service provider for a particular project.

10. -    Indeed, Angie's List historically appeared to have been quite scrupulous in assuring that the reviews and ratings of Service Providers on the Angie's List website were authentic reviews and not provided by relatives of Service Providers' personnel.

11.      Moreover Angie's List also appeared to have scrutinized reviews and ratings to ensure that they were not from individuals who likely had not actually used the services of an Angie's List Service Provider (e.g. a User whose comments and ratings emanated from a computer outside the geographic area serviced by the Angie's List Service Provider).

12.      For Plaintiff, which started advertising on the Angie's List website in or about March of 2011, Angie's List provided a tremendous source of quality business leads.

3
COMPLAINT FOR DAMAGES

1    13.    After the economic downturn in 2009, the source of leads provided by Angie's
2    List was a virtual lifeline for Plaintiff and other Angie's List Service Providers.

3    14.    Because of the quality of the leads generated by Angie's List, Plaintiff deemed
4    the payment of upwards of $800 per month to Angie's List a reasonable investment to obtain
5    solid business leads.

6    15.    Due in part to its excellent ratings on Angie's List, Plaintiff not only was able to
7    weather the long economic downturn that began in 2009, but it expanded operations.

8    16.    Since 2011 until earlier this year, Plaintiff was a registered Service Provider for
9    the Angie's List website.

10    17.    To be a registered Service Provider, Plaintiff, and all other Service Providers
11    have been required to and in fact have completed an online registration with Angie's List,
12    which registration incorporates a hyperlinked document containing Angie's Lists Service
13    Provider's User Agreement.

14    18.    Two separate Service Provider's User Agreements can be found on the Angie's
15    List website.

16    19.    "Version 1.0," which is listed as having been effective April 7, 2017 to
17    November 3, 2017 is attached hereto as Exhibit "A" and may be referred to hereinafter as
18    SPUA 1.0.

19    20.    "Version 2.0 (Current)," which is listed as being effective November 3, 2017 is
20    attached hereto as Exhibit "B" and may be referred to hereinafter as SPUA 2.0.  Collectively
21    SPUA 1.0 and SPUA 2.0 may be referred to as the SPUAs.

22    21.    Any person that wishes to become an Angie's List Service Provider appears to
23    be required to agree with both the applicable SPUA and the Angie's List Privacy Policy a copy
24    of which is attached hereto as Exhibit "C."

25    22.    Angie's List makes specific, uniform representations to Service Providers and to
26    the public at large in both of the SPUAs regarding a variety of items.

27    23.    For purposes of this lawsuit, however, the key representation at issue relates to
28    how Angie's List represents that it will treat telephone numbers, email addresses and facsimile

1  numbers that are submitted to Angie's List when Service Provider register online with Angie's
2  list.

3      24.      Specifically, the SPUAs state as follows:

4  "The [Service Provider] Company acknowledges that Angie's List will use the
5  telephone numbers, email addresses and facsimile numbers that are submitted to
6  Angie's List in connection with registering with Angie's List to contact the [Service
7  Provider] Company with information regarding Angie's List. **Angie's List agrees**
8  **not to sell, trade, rent or share such information with any third parties.**" (*See*
9  Exhibit A, p. 12 at the first full paragraph and Exhibit B, p. 12, at the second full
10 paragraph. Emphasis added.)

11     25.      Notwithstanding these specific and uniform written representations, upon which
12 Service Providers are entitled to and do reasonably rely, Angie's List routinely engages in a
13 practice whereby it sells, trades, rents or shares the aforesaid Private Information with third
14 parties, not just for Plaintiff, but for all of its Service Providers throughout the United States.

15     26.      Although it is unknown precisely when Angie's List started engaging in this
16 unlawful practice of selling, trading, renting or sharing the Private Information, it is believed to
17 have begun shortly after Defendant IAC acquired Angie's List in or about 2017, in a complicated
18 series of transactions, whereby Defendant Angie's List became a subsidiary of Defendants
19 ANGI HOMESERVICES and/or IAC.

20     27.      In what is a very clever scheme, Angie's List surreptitiously charges Plaintiff and
21 the Service Provider Class Members between $8 to upwards of $90 per lead for the leads
22 generated by the Angie's List website.

23     28.      It does not do so directly, as the Angie's List SPUAs have no contract terms that
24 allow Angie's List to charge its Service Providers for the leads generated by the advertising
25 dollars that Angie's List Service Providers pay Angie's List to be listed on the Angie's List
26 website.

27     29.      Instead, whenever an Angie's List website User completes a questionnaire seeking
28 a list of Service Providers on the Angie's List website, Angie's List secretly transfers the leads

1    generated in this procedure to another company, that is a third-party to the contract between
2    Angie's List and its Service Providers, but one that is also owned and/or controlled by
3    Defendants ANGI HOMESERVICES and/or IAC, namely non-party HomeAdvisor, Inc.

4        30.    In other words, Angie's List and HomeAdvisor are both under the common
5    ownership of Defendants ANGI HOMESERVICES and/or IAC.

6        31.    In secretly transferring these leads to HomeAdvisor, Angie's List provides
7    HomeAdvisor with the very information about the Service Provider that Angie's List
8    specifically agreed in its SPUAs "not to sell, trade, rent or share… with any third parties[,]"
9    namely "the telephone numbers, email addresses and facsimile numbers that are submitted to
10   Angie's List in connection with [a Service Provider] registering with Angie's List…."

11       32.    Thus, if an Angie's List Service Provider also has a membership with
12   HomeAdvisor, as is the case with the Plaintiff here, whenever an Angie's List User logs into the
13   Angie's List website seeking to hire a service professional, the lead generated from the data the
14   Angie's List User puts into the Angie's List website interface is automatically and
15   instantaneously transferred to HomeAdvisor, along with the Angie's List Service
16   Provider's(/Providers') contact information.

17       33.    HomeAdvisor then immediately sends the User's information out to multiple
18   service providers (typically at least four service providers), debiting each such service provider
19   between $8 to upwards of $90 per lead upon transmission of said lead.

20       34.    This process by which this information is transferred is fully automated and nearly
21   instantaneous, demonstrating the calculated nature of the scheme to defraud.

22       35.    In a single website interaction by an Angie's List User seeking a Service Provider,
23   Angie's List and the defendant companies that own and/or control Angie's List and
24   HomeAdvisor, not only derive income from the monthly advertising fees paid by Angie's List
25   Service Providers, like Plaintiff, they also surreptitiously derive substantial additional income
26   from fees foisted upon the Angie's List Service Providers under the guise of said fees being for
27   leads coming from HomeAdvisor (and not coming from Angie's List's website).

28

6<br>COMPLAINT FOR DAMAGES

36.     Of course, the defendants derive additional revenues from the multiple additional service providers to whom HomeAdvisor disseminates leads derived from Angie's List, and it disseminates these leads to service providers who may not even be registered Angie's List Service Providers.[1]

37.     Angie's List Service Providers, like Plaintiff, are provided no information by HomeAdvisor suggesting that the HomeAdvisor lead was generated by the Angie's List website.

38.     The economics of the transactions render the fraud nearly undetectable.

39.     From the Angie's List Service Providers' perspective, they do not expect to be charged by Angie's List for leads generated by the Angie's List website, as there is no contractual agreement requiring the Service Providers to make any such per lead payments.

40.     In contrast, however, if an Angie's List Service Provider is also a service provider for HomeAdvisor, that service provider would expect to pay per lead for the leads received from HomeAdvisor.

41.     Thus, Angie's List Service Providers reasonably, but nonetheless incorrectly, assume that the per lead fees they pay to HomeAdvisor are for leads are actually derived from HomeAdvisor and not derived from Angie's List (and, in turn, "redirected" to HomeAdvisor from Angie's List).

42.     From the perspective of an Angie's List User, who puts data into the Angie's List website interface (filling out a step-by-step questionnaire) in order to elicit a list of recommended Angie's List Service Professionals, the Angie's List website Users are typically contacted directly by telephone or email by at least one of the Angie's List Service Providers listed on the Angie's List website interface after the User has completed the questionnaire.

43.     Since neither Angie's List nor HomeAdvisor charge their website users any fees to use their websites to locate service providers, users typically have little or no interest in the fees that are being charged to the service providers behind the scenes.

---

[1] That means that registered Angie's List Service Providers, who are not also service providers registered with HomeAdvisor are being placed in competition with HomeAdvisor registered service providers, who have not paid for the advertising on the Angie's List website that created the customer lead in the first place.

7

COMPLAINT FOR DAMAGES

44.     Unless after having completed the Angie's List website questionnaire, an Angie's List website User were to specifically ask the Angie's List Service Provider(s) that contacted the User if the Service Provider(s) was(/were) provided the User's information from Angie's List (and not from HomeAdvisor), the User would have no idea that the information that the User put into the Angie's List website interface had been surreptitiously transferred to HomeAdvisor for a fee.

45.     By making this process by which Angie's List Users obtain a list of Service Providers from its website to be virtually opaque, Angie's List and its codefendants have been able to perpetrate a massive fraud upon their Service Providers.

46.     It was only when Plaintiff noticed that the Angie's List website seemed to have become ineffective as a means of advertising, that Plaintiff began to wonder why it was paying for advertising on the Angie's List website at all, particularly when it was paying Angie's List over $10,000 per year.

47.     Through investigation, Plaintiff learned that Angie's List website Users seeking contractors in the water treatment business (the area of specialty for Plaintiff) would be given a list of potential Service Providers.   Virtually simultaneously, Angie's List shared the information about that same Angie's List website User with HomeAdvisor.  As a result of the sharing, HomeAdvisor contacted Plaintiff about this Angie's List website User and charged Plaintiff for that information.   Thus, Plaintiff was charged twice for the same lead, once by Angie's List for Plaintiff's subscription and again by HomeAdvisor for the "tip" or "lead" which originated from Angie's List.  Plaintiff observed this process occur on several occasions.

48.     Given the instantaneous and automated nature of this lead "redirection" Plaintiff observed, and not perceiving that defendants were specifically targeting Plaintiff alone, Plaintiff concluded that the same "redirection" of leads from Angie's List to HomeAdvisor has happened and continues to happen with all Service Providers that are Service Providers for both Angie's List and HomeAdvisor, such as Plaintiff.

49.     When Plaintiff learned that leads, i.e. leads that rightfully should have come directly to Plaintiff, were instead "redirected" from Angie's List to HomeAdvisor, he complained to HomeAdvisor.

50.     A HomeAdvisor agent, who represented herself to be a supervisor, called the process a "redirection to an affiliate," and told Plaintiff that having one's business leads redirected (from Angie's List to a third party in direct violation of the Angie's List SPUAs) is simply "a risk factor with advertising."

51.     Plaintiff vehemently disagrees.

52.     Agreeing to advertise on a website pursuant to a written contract does not justify the kind of fraud perpetrated by the defendants herein by "redirecting" customer leads to third parties, particularly when this "redirection" is in clear breach of material terms of the written contract between the parties and when Plaintiff's pockets are pilfered in the process.

53.     As Plaintiff came to believe his advertising with Angie's List had become virtually worthless, he was not inclined to sign on for another year of advertising with Angie's List.

54.     A couple of months before his term was about to expire earlier this year, Angie's List agents began to hound Plaintiff, pressuring him to renew.

55.     To amplify the pressure on Plaintiff, Angie's List took Plaintiff's information off its website before the end of Plaintiff's annual advertising term, in direct breach of Angie's List obligation to provide the advertising for which Plaintiff had already paid.

56.     Defendant Angie's List even debited Plaintiff's credit card for a month when Plaintiff's information was not advertised on its website.

57.     When Plaintiff disputed the debit through his credit card, in a classic shake down tactic designed to keep Plaintiff paying for Defendant Angie's Lists "services," Defendant Angie's list began threatening Plaintiff, in writing, with sending Plaintiff's account to third party collections and adversely affecting Plaintiff's credit rating.

58.     Even at present, Defendant Angie's List continues to threaten Plaintiff with adverse consequences (including, but not limited to collection) if Plaintiff does not pay for

9
COMPLAINT FOR DAMAGES

1 advertising services that Angie's List failed to provide in conformity with its contractual

2 obligations.

3     59.    As such, Defendant Angie's List along with debt collection firms, whose

4 identities are not presently known, engage in meritless debt collection practices, seeking to

5 coerce Plaintiff and Class Members into either

6         a.  paying for services that have not been provided, or

7         b.  continuing to pay defendants to remain listed as Service Providers on the

8            Angie's List website, notwithstanding the illusory value of the same.

9

10                           **II.**

11           **JURISDICTION AND VENUE**

12     60.    This Court is the proper court and this action is properly filed in the County of

13 Los Angeles and in this judicial district because Defendants do business in the State of

14 California and the County of Los Angeles, and because a substantial portion of Defendants'

15 obligations and liability arise therein.

16

17                           **III.**

18               **PARTIES**

19 <u>NAMED PLAINTIFF</u>

20     61.    Plaintiff PWS is a California corporation that, at all relevant times mentioned in

21 this complaint, has been domiciled in the State of California.

22 <u>DEFENDANT ANGIE'S LIST, INC.</u>

23     62.    Defendant Angie's List, Inc., is a corporation organized and existing under the

24 laws of the State of Indiana with its principal place of business located at 1030 East

25 Washington Street, Indianapolis, Indiana 46202, and it is a wholly owned subsidiary of

26 Defendant ANGI HOMESERVICES INC.

27

28

10
COMPLAINT FOR DAMAGES

DEFENDANT ANGI HOMESERVICES INC.

63.     Defendant ANGI HOMESERVICES INC. is a corporation organized and in existence under the laws of the State of Delaware with its principal place of business located at 14023 Denver West Parkway, Building 64, Golden, Colorado 80401

DEFENDANT IAC/INTERACTIVECORP

64.     Defendant IAC is a corporation organized and in existence under the laws of the State of Delaware with its principal place of business located at 555 West 18th Street, New York, New York. IAC is a media and Internet company that owns more than 20 operating businesses comprising over 150 brands and products, including ANGI Homeservices.

DOE DEFENDANTS

65.     The true names and capacities of the defendants sued herein as DOES 1 through 100, inclusive, are currently unknown to Plaintiffs, who therefore sue such defendants by such fictitious names. Each of the defendants designated herein as a DOE is legally responsible in some manner for the unlawful acts referred to herein. Plaintiffs will seek to add to this Complaint the actual names, capacities and roles of the DOE defendants when such identities become known.

66.     Excluded from the nationwide Class and the Subclasses are the following: Defendants, any entity in which any Defendant has a controlling interest, and each Defendant's officers, directors, affiliates, legal representatives, employees, co-conspirators, successors, subsidiaries, and assigns; governmental entities; and, any judge or magistrate presiding over this action, as well as their immediate family members.

67.     Defendants IAC and ANGI HOMESERVICES INC. both exert pervasive operational control over defendant ANGIE'S LIST, INC.

68.     In documents publicly filed with the United States Securities and Exchange Commission ("SEC"), ANGI HOME SERVICES INC. routinely refers to ANGIE'S LIST, INC. as one of its digital home service brands, and it combines accounting for ANGIE'S LIST, INC. with that of nonparty HomeAdvisor and itself.

1    69.    Further demonstration of IAC's exertion of control over ANGIE'S LIST, INC.

2  can be seen in a multitude of documents that have been filed by defendants with the SEC,

3  including, but not limited to proxy statements filed by ANGIE'S LIST, INC. in connection

4  with its acquisition by ANGI HOME SERVICES INC. in 2017, including, but not limited to

5  agreements by Angie's List not to take a laundry list of specified actions without prior written

6  consent of IAC, such as agreeing not to "acquire, or permit any subsidiary to acquire, any

7  other person or business or make any loans, advances or capital contributions to, or

8  investments in, any other person or entity with a value in excess of $250,000 in the

9  aggregate... [Not to] incur, assume, guarantee or otherwise become liable for any liabilities for

10  borrowed money or other indebtedness or related obligations or any guarantee of any of the

11  foregoing (or permit any subsidiary to take any of the foregoing actions)...." (*See Angie's*

12  *List, Inc. Proxy Statement*, Schedule 14A at pp. 133 *ff.* [2])

13    70.    After the transactions in 2017 whereby Defendant Angie's List became a

14  subsidiary of Defendant ANGI HOMESERVICES INC., Defendants IAC and ANGI

15  HOMESERVICES INC. entered into a Services Agreement dated September 29, 2017, filed

16  with the SEC, which specifically demonstrates that, in addition to IAC owning 98% of ANGI

17  HOMESERVICES INC.'s voting power and designating 80% of its board members, IAC

18  agreed to continue to perform services for ANGI HOMESERVICES INC., services that are

19  presumably integral to Angie's List's operations.

20    71.    Moreover, in addition to IAC and ANGI HOMESERVICES INC. having board

21  members in common, they also have numerous employees in common, including employees

22  who are managing agents, all of whom are co-employed by the defendants, and each of them.

23    72.    As such, joint and several liability is appropriately asserted in the causes of

24  action set forth below.

25  ///

26  ///

27  _____
[2] The filing can be found at the following webpage:

28  https://www.sec.gov/Archives/edgar/data/1491778/000104746917005453/a2233101zdefm
14a.htm#cg42601_the_merger_agreement

12
COMPLAINT FOR DAMAGES

# IV.

## TOLLING OF THE STATUTE OF LIMITATIONS

**Discovery rule tolling**

73.     Plaintiff and Plaintiff Class had no way of knowing about the Defendants' scheme to deceive and defraud Plaintiff and the Plaintiff Class.

74.     Defendants offered leads to Plaintiff and Plaintiff Class through HomeAdvisor while concealing the fact that the leads head originated via the Angie's List website, where Plaintiff and Plaintiff Class had active, paid, advertising subscriptions.

75.     Within the period of any applicable statutes of limitation, plaintiffs and members of the proposed class could not have discovered, through the exercise of reasonable diligence, that the defendants were concealing the conduct complained of herein.

76.     Plaintiffs and the other Plaintiff Class did not discover and did not know of facts that would have caused a reasonable person to suspect, that the defendants were engaged in the scheme, nor would a reasonable and diligent investigation have readily disclosed the true facts.

77.     For these reasons, all applicable statutes of limitation have been tolled by operation of the discovery rule with respect to the claims set forth herein.

**Fraudulent Concealment Tolling**

78.     All applicable statutes of limitation have also been tolled by the defendants' knowing and active fraudulent concealment and denial of the facts alleged herein throughout the period relevant to this action.

**Estoppel**

79.     The defendants were under a continuous duty to disclose to plaintiff and Plaintiff Class the true character, quality, and nature of the membership arrangement and the relationship between Angie's List and HomeAdvisor, as described herein.

80.     Based on the foregoing, the defendants are estopped from relying on any statutes of limitations in defense of this action.

13
COMPLAINT FOR DAMAGES

# IV.

## CLASS ACTION ALLEGATIONS

81.     Pursuant to Calif. Civ. Proc. § 382 this action is brought and may be properly maintained as a class action. This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

**Class and Subclass Definitions:**

82.     Plaintiff brings this suit as a proposed class action on behalf of a **Nationwide Class** of persons defined as follows:

Any persons, whether individuals or business entities, that, at any time during the past four years, plus such additional time as the statutes of limitations are deemed to have been tolled, have registered as Service Providers with Angie's List to advertise or otherwise promote their business in the United States using the Angie's List website.

83.     Any person that is a member of the above-defined Class may hereinafter be referred to as a Class Member.

84.     **Subclass Definitions:**  Plaintiff also seeks to certify three subclasses, which subclasses are defined as follows:

The **Nationwide HomeAdvisor Subclass:**  Any Class Member that has also contracted to be a service provider member of HomeAdvisor, Inc. to advertise or otherwise promote the Class Members business with HomeAdvisor, Inc.;

The **California Subclass:**  Any Class Member that is either based in or advertising with Defendants for services to be performed in California; and,

1    The **California HomeAdvisor Subclass**:  Any HomeAdvisor Subclass Member that

2    is either based in or advertising with Defendants for services to be performed in

3    California.

4

5    85.     Numerosity: The potential membership in the class and subclass is so numerous

6  that joinder of all members is impractical. While the exact number of members in the class and

7  subclasses is presently unknown to Plaintiff, based on the representations made by defendant

8  ANGI HOMESERVICES INC. in its most recent 10Q filed with the Securities and Exchange

9  Commission on August 9, 2019, Plaintiff estimates membership in the Class to exceed 36,000

10  and each of the subclasses to exceed 15,000. The exact number and specific identities of the

11  members of the Class may be readily ascertained through inspection of Defendants' business

12  records.

13    86.     Questions of Law or Fact Common to the Class: Numerous questions of law

14  and/or fact are common to all members of the Class (and that these common questions

15  predominate over any individual issues), including, without limitation:

16        a.   Whether Defendant Angie's List's conduct in transferring to third parties,

17              including non-party HomeAdvisor, the leads and Service Provider information

18              that have been generated on the Angie's List website constitutes a breach of

19              contract, as set forth below;

20        b.   Whether Defendant Angie's List conduct in transferring to third parties the leads

21              and Service Provider information that have been generated on the Angie's List

22              website constitutes a violation of applicable statutory laws, including but not

23              limited to unlawful, unfair and fraudulent business acts as well as false and

24              misleading advertising, as set forth below;

25        c.   Whether Defendant Angie's List conduct in transferring to third parties the leads

26              and Service Provider information that have been generated on the Angie's List

27              website constitutes a violation of applicable common law, including, but not

28              limited to fraud and/or fraudulent concealment, as set forth below;

d.  Whether the defendants herein unlawfully profited from Defendant Angie's List conduct in transferring to third parties the leads and Service Provider information that have been generated on the Angie's List website;

e.  Whether the wrongful conduct alleged herein is in violation of state enacted consumer protection acts, state enacted unfair trade practices, and/or common law.

f.  Whether the members of the Class and Subclasses are threatened with irreparable harm and/or are entitled to injunctive and other equitable relief.

g.  Whether the members of the Class and Subclasses are entitled to payment of damages plus interest thereon

87.  Typicality: Plaintiffs claims are typical of the claims of all members of the Class and Subclasses it seeks to represent. Defendants treated both Plaintiff and all members of the Class and Subclasses in a virtually identical manner with respect to the violations of law asserted herein. These violations of law arise out of Defendants' common course of conduct in, *inter alia,* Defendants' deceitful business practices with respect to the Angie's List advertising agreements and its membership services. Plaintiffs and the other members of the Class and Subclasses have sustained economic injuries arising from the conduct of Angie's List, and the relief sought is common to each member of the Class.

88.  Adequacy: Plaintiff will fairly and adequately protect the interests of the members of the Class it seeks to represent. Plaintiff is an adequate representative of the Class because it is a member of the Class and Subclasses and its interests do not conflict with the interests of the members of the Class it seeks to represent. Moreover, Plaintiff has retained counsel competent and experienced in the prosecution of complex class actions, and Plaintiff and its counsel intend to prosecute this action vigorously for the benefit of the Class. The interests of the Plaintiff Class will be fairly and adequately protected by Plaintiff and its counsel.

16
COMPLAINT FOR DAMAGES

89.     Superiority: This action is properly brought as a class action not only because the prerequisites of Cal. Code of Civ. Proc. §384 and common law related thereto are satisfied (as outlined above), but also because of the following:

    a.  The prosecution of separate actions by or against individual members of the Class would create risk of inconsistent or varying adjudications with respect to individual members of the Class which would establish incompatible standards of conduct for the party opposing the Class;

    b.  Adjudications with respect to individual members of the Class would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudications or substantially impair or impede their ability to protect their interests;

    c.  Defendants have acted or refused to act on grounds generally applicable to all members of the Class, making declaratory relief appropriate with respect to all of the Class;

    d.  Questions of law or fact common to the members of the Class predominate over any questions affecting only individual members; and,

    e.  Class action treatment is superior to other available methods for the fair and efficient adjudication of the controversy.

## V.

## INDIVIDUAL CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### (Breach of Contract)

**(By the Nationwide Class and All Subclasses Against All Defendants)**

90.     Plaintiff incorporates herein by this reference all of the paragraphs previously set forth in this Complaint, as though the same were fully set forth herein.

17
COMPLAINT FOR DAMAGES

91.     Plaintiff and Defendant Angie's List entered into a contract whereby Plaintiff could utilize Angie's List website advertising and lead generation services in consideration of monthly payments and/or annual for the service.

92.     Plaintiff paid for all, or substantially all of the services Angie's List promised to provide.

93.     Defendant violated the terms of the contract by selling, trading, renting or sharing the Plaintiff's and the Class Members' Private Information with third parties, including but not limited to HomeAdvisor, Inc. and by deliberately sending leads to HomeAdvisor rather than directly to Plaintiff or the plaintiff Nationwide Class and all Subclasses, thus rendering the payments made to Angie's List a waste of money and permitting non-party HomeAdvisor, Inc. to solicit and charge Plaintiff and Plaintiff Class additional money for leads for which Plaintiff and the Plaintiff Class and Subclasses had already paid.

94.     Plaintiff, the Nationwide Class and all Subclasses were harmed by Defendant's breach of the contract and suffered damages.

## SECOND CAUSE OF ACTION

### (Fraudulent Misrepresentation)

### (By the Nationwide Class and All Subclasses Against All Defendants)

95.     Plaintiff incorporates herein by this reference all of the paragraphs previously set forth in this Complaint, as though the same were fully set forth herein.

96.     Defendants herein represented to Plaintiff that an important fact was true, i.e. that Angie's List would not to sell, trade, rent or share Plaintiff's or the Plaintiff Class' Private Information with any third parties.

97.     That representation was false.

98.     The Defendant knew that the representation was false when the Defendants made these representations, or the Defendants made the representations recklessly and without regard for their truth or by actively concealing the truth.

18
COMPLAINT FOR DAMAGES

1       99.     Defendants intended that Plaintiff and all members of the Nationwide Class and

2    Subclasses to rely on the representation;

3       100.    Plaintiff and the plaintiff Nationwide Class and Subclasses reasonably relied on

4    these written representations.

5       101.    Plaintiff and the plaintiff Nationwide Class and Subclasses were harmed.

6       102.    Plaintiff's and the plaintiff Nationwide Class' and Subclasses' reliance on the

7    defendants' representation was a substantial factor in causing that harm to Plaintiff and the

8    plaintiff Nationwide Class and Subclasses.

9

10   THIRD CAUSE OF ACTION

11   (Intentional Interference with Prospective Economic Relations)

12   (By the California Subclass and California HomeAdvisor Subclass

13   Against All Defendants)

14      103.    Plaintiff incorporates herein by this reference all of the paragraphs previously set

15   forth in this Complaint, as though the same were fully set forth herein.

16      104.    Plaintiff and the California Subclasses, on the one hand, and Angie's List

17   "Members" and "Consumers," on the other hand, were in an economic relationship that

18   probably would have resulted in an economic benefit to Plaintiff and the California

19   Subclasses.

20      105.    Defendants, and each of them, knew of this relationship.

21      106.    Nevertheless, Defendants, and each of them, engaged in the fraudulent conduct

22   set forth above, i.e. the practice of selling, trading, renting or sharing Private Information with

23   third parties.

24      107.    By engaging in this conduct, Defendants, and each of them, either intended to

25   disrupt the aforesaid relationship or knew that disruption of the relationship was certain or

26   substantially certain to occur.

27      108.    The relationship between Plaintiff and the California Subclasses, on the one

28   hand, and Angie's List "Members" and "Consumers," on the other hand, was disrupted.

19<br>COMPLAINT FOR DAMAGES

Exhibit A  Page 32

1     109.     Plaintiff and the California Subclasses were harmed.

2     110.     The conduct of Defendants, and each of them, was a substantial factor in causing

3  the harm to Plaintiff and the California Subclasses.

4

5                          FOURTH CAUSE OF ACTION

6                  (California Unfair Competition Law

7              Cal. Bus. & Prof. Code § 17200, et seq.)

8     (By the California Subclass and California HomeAdvisor Subclass

9                 and Against All Defendants)

10     111.     Plaintiff incorporates herein by this reference all of the paragraphs previously set

11  forth in this Complaint, as though the same were fully set forth herein.

12     112.     When Defendants falsely and fraudulently represented to Plaintiff and the

13  California Subclass Members that an important fact was true, i.e. that Angie's List would not

14  to sell, trade, rent or share Plaintiff's or the Plaintiff Class' Private Information with any third

15  parties, it engaged in a pattern of unlawful, unfair or fraudulent business acts or practices

16  and/or unfair, deceptive, untrue or misleading advertising with respect to Plaintiff and

17  California Subclasses.

18     113.     Defendants scheme operated to unlawfully and fraudulently extract revenue

19  from Plaintiff and Plaintiff Class by requiring Plaintiff and the California Subclasses pay again

20  for the results of the advertising, i.e. the leads generated from advertising on the Angie's List

21  website -- something for which they had already paid under the original advertising agreement

22  with Angie's List.

23     114.     Plaintiff and Plaintiff California Subclasses were deprived of the benefit of the

24  original advertising agreement; thus, they are entitled to and thus seek restitution from

25  Defendants for all advertising expenses incurred during the life of Defendants' fraudulent

26  scheme.

27  ///

28  ///

115.    Defendants will, unless preliminarily restrained and enjoined, continue to engage in the aforesaid unfair business practices and should be enjoined to prevent said practices pursuant to Cal. Bus. & Prof. Code §§ 17204 and 17535.

# VI.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Pro Water Solutions, Inc. prays, for itself and on behalf of the Plaintiff Class:

a.  That the Court issue an Order certifying the class and subclasses herein, appointing the named Plaintiff as the class representative of all others similarly situated, and appointing the law firms representing the named Plaintiff as counsel for the members of these classes;

b.  For general damages in a sum according to proof at trial;

c.  For special damages in a sum according to proof at trial;

d.  For injunctive relief, including a temporary and/or permanent injunction prohibiting defendants from selling, trading, renting or sharing Private Information with third parties, including but not limited to HomeAdvisor;

e.  For exemplary and punitive damages;

f.  For an accounting;

g.  For a constructive trust and an order of full restitution;

h.  For reasonable attorneys' fees;

i.  For costs of suit incurred herein; and

j.  For such other and further relief as the Court may deem just and proper.

Dated:  September 6, 2019                    The Cullen Law Firm, APC

Paul T. Cullen, Esq.
Attorneys for Plaintiff
PRO WATER SOLUTIONS, INC.

21
COMPLAINT FOR DAMAGES

# EXHIBIT "A"

Angie's List Legal Center

# Angie's list. Legal Center

**Privacy Policy**

**Service Provider's User Agreement**

Terms of Use

Projects Submission Customer Agreement

Advertising and Deals Agreement

Angie's List Mobile Alerts Terms and Conditions

---

## Privacy Policy

Version 1.0  (Current)

Effective April 7, 2017

Download

**Angie's List Privacy Policy**

*Last Modified February 13, 2017*

This Privacy Policy discloses our privacy practices and the possible uses of the Information that we gather via http://www.angieslist.com/, our mobile application(s), and via other submissions by you to Angie's List (together, the "Site and Services"). By using the Site and Services you consent to the terms of this Privacy Policy. If you do not agree to the terms and conditions of this Privacy Policy, including having your personally identifiable information ("Personal Information" as defined below) used in any of the ways described in this Privacy Policy, you may not be able to use certain parts or features of our Site and Services, and in some instances, this may necessitate the revocation of your membership. Angie's List may update this Privacy Policy from time-to-time in our sole discretion. It is your responsibility to review the Privacy Policy for any changes each time that you use the Site and Services and you are bound by such changes. Your use of the Site and Services following us posting a new privacy policy on our Site signifies that you agree to and accept the Privacy Policy as modified.

This Privacy Policy applies to the entire Angie's List family of products and services, such as our online services, our print publications, our call center services, and other Angie's List products or services. This Privacy Policy is part of our Angie's List Membership Agreement, Terms of Use, and all other terms of using

***EXHIBIT A,  Page 1 of 15***

file:///Server2012R2/...ite%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%201.0.html[7/15/2019 3:59:29 PM]

Exhibit A  Page 36

Angie's List Legal Center

our Site and Services.

**Information Collected**

Angie's List collects information on our users in various ways, such as, by your voluntary submissions, participation in services provided via the Site and Services, from third parties with your consent, and through cookie and other tracking technology. Angie's List collects the following information:

- *Personal Information*

"Personal Information" refers to information that tells us specifically who you are, such as your name, phone number, email, postal address, and possibly information relating to certain support or customer service issues. In many cases, we need this information to provide to you many of the services that you may have requested.

- *Cellular Phone Numbers*

By providing a cellular telephone number to us, you expressly consent to, and authorize us or a third party on our behalf to deliver autodialed or prerecorded telemarketing calls and/or text messages to the number you provide. You are not required to consent to these calls as a condition to purchasing any goods or services, but withholding your consent may prevent us from providing certain services to you. This consent encompasses all future autodialed or prerecorded telemarketing calls and text messages from us or a third party placing these calls on our behalf. You may revoke consent to receive text messages at any time by contacting Angie's List, including by texting STOP.

- *Submission of Reviews, Ratings, and Comments*

We collect information that you voluntarily provide as part of our Site and Services, including messages, posts, comments, responses, reviews, and ratings you submit through the Site and Services, ("User Generated Content"). Angie's List may in our sole discretion share your User Generated Content with others such as your business reviews. If you do not want certain information shared with others, you should not submit User Generated Content, or should not submit User Generated Content that contains information or Personal Information you do not want shared in this manner. Once You have submitted User Generated Content, we reserve the right to publish it in any medium to others.

- *Aggregate Information*

We may collect general, non-personal, statistical information about the use of the Site and Services, such as how many visitors visit a specific page on the Site, how long they stay on that page, and which hyperlinks, if any, they click on. This information represents a generic overview of our users, including their collective viewing habits, and allows us and other third parties to modify information, promotions, offers and/or discounts on products and services based on user traffic and behavior. We collect this information through the use of technologies such as 'cookies' and web beacons, which are discussed in greater detail below. We collect this information in order to help enhance the Site and Services to make for a better visitor experience.

- *Third Party Information*

We may supplement information you provide to us with information from other sources, such as information to validate or update your address, payment card or other demographic and lifestyle information. We use this information to help us maintain the accuracy of the information we collect, to enable us to fulfill our

*EXHIBIT A, Page 2 of 15*

Exhibit A  Page 37

Angie's List Legal Center

products and services, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal business analysis or other business purposes consistent with our mission.

- *Cookies*

Angie's List may automatically collect non-personally identifiable information and data through the use of cookies. Cookies are small text files a website uses to recognize repeat users, facilitate the user's ongoing access to the website and facilitate the use of the website. Cookies also allow a website to track usage behavior and compile site usage information that will allow for the improvement of content and target advertising. Most browsers allow you to control cookies, including whether or not to accept them and how to remove them. You may set your browsers to notify you if you receive a cookie, or you may choose to block cookies with your browser. However, please be aware that some features of our Site and Services may not function or may be slower if you refuse cookies. You may also get cookies from our advertisers or other third parties with links on the Site as described below. We do not directly control these cookies. The use of advertising cookies sent by third party ad servers is standard in the Internet industry.

We may use the services of third parties to collect and use anonymous information about your visits to and interactions with our website through the use of technologies such as cookies to personalize advertisements for goods and services. To learn more, or to opt-out of

receiving online display advertisements tailored to your interests by our third party partners, visit the Digital Advertising Alliance Consumer Choice Page at http://www.aboutads.info/choices/.

- *Other Tracking Technologies*

Tracking technologies may record information such as Internet domain and host names; protocol (IP) addresses; browser software and operating system types; clickstream patterns; the MAC address or other technical information from your mobile device; location information through GPS, WiFi, Bluetooth, or similar technologies; and dates and times that our Site and Services are accessed. An IP address is a number that is automatically assigned to your computer whenever you are surfing the web. Web servers, the computers that 'serve up' webpages, automatically identify your computer by its IP address. The Site and Services may also use technology called "tracer tags". These may also be referred to as "Pixels", "Clear GIFs" or "Web Beacons". This technology allows us to understand which pages you visit on our Site and other ways you interact with our Site and Services, such as purchases made through the Site and Services. These tracer tags are used to help us to optimize and tailor our Site and Services for you and other users of our Site and Services. We may link the information we record using tracking technologies to Personal Information we collect.

- *Do Not Track*

Do Not Track (DNT) is a privacy preference that users can set in some web browsers, allowing users to opt out of tracking by websites and online services. At the present time, the World Wide Web Consortium (W3C) has not yet established universal standards for recognizable DNT signals and therefore, Angie's List and the Site do not recognize DNT.

**Use of Information**

The Information Angie's List collects is used in a variety of ways, including

*EXHIBIT A,  Page 3 of 15*

Angie's List Legal Center

- for internal review;

- to improve the Site and Services;

- to optimize third-party offers of products and/or services;

- to verify the legitimacy of reviews and ratings;

- to notify you about updates to the Site and Services;

- to let you know about products, services, and promotions that you may be interested in;

- to get reviews and ratings;

- for our marketing purposes and the marketing of discounts offered through our Site and Services by service contractors or health care related providers (collectively "Service Providers");

- to fulfill and provide products and services, including personalized or enhanced services, requested by you; and

- internal business analysis or other business purposes consistent with our mission; and to carry out other purposes that are disclosed to you and to which you consent.

### Disclosures and Transfers of Information

We do not disclose Personal Information to third parties, except when one or more of the following conditions is true:

- We have your permission to make the disclosure;

- The disclosure is necessary for the purpose for which the personal information was obtained;

- The disclosure is to the service provider from whom you purchased services through Angie's List's platform, including without limitation Big Deals, Storefronts, and project submissions;

- The disclosure is to financial service providers in order to fulfill and carry out the purchase and provision of goods and services requested by you;

- The disclosure is permitted by relevant law;

- The Personal Information to be disclosed is otherwise publicly available in accordance with the applicable law;

- The disclosure is reasonably related to the sale or other disposition of all or part of our business or assets;

- The disclosure is for our own marketing purposes (including, without limitation, for Angie's List to market services to you on third-party social media platforms such as Facebook), or, with your authorization, for the marketing purposes of third parties;

- The disclosure is combined with information collected from other companies and used to improve and personalize services, content, and advertising from us or third parties;

- The party to whom the disclosure is made controls, is controlled by, or is under common control with Angie's List;

*EXHIBIT A,  Page 4 of 15*

file:///Server2012R2/...ite%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%201.0.html[7/15/2019 3:59:29 PM]

Exhibit A  Page 39

Angie's List Legal Center

- The disclosure is in our sole discretion necessary for the establishment or maintenance of legal claims or legal compliance, to satisfy any law, regulation, subpoena or government request, or in connection with litigation;

- The disclosure is in our sole discretion about users who we believe are engaged in illegal activities or are otherwise in violation of our Angie's List Membership Agreement, even without a subpoena, warrant or court order; or

- The disclosure is to outside businesses to perform certain services for us, such as maintaining our Site and Services, mailing lists, processing orders and delivering products and services, sending postal mail, processing claims for lost or stolen certificates, providing marketing assistance, confirming your identity for review integrity, and data analysis ("Administrative Service Providers"), including Administrative Service Providers outside the country or jurisdiction in which you reside.

Prior to sharing of your Personal Information with others, agreements are made between Angie's List and such outside parties to whom we are transferring data to provide for the allowable use and security of the transferred information in accordance with this Privacy Policy and applicable law. If Angie's List becomes aware that any such outside party is improperly using or disclosing Personal Information, it will notify that outside party and request that it take reasonable steps to cease such use or disclosure.

We may provide certain Personal Information as a service to others for their marketing purposes. We may also disclose your name and address to Service Providers when you submit User Generated Content relating to those Service Providers. If you properly notify us that you no longer want us to share your Personal Information, we will cease sharing your Personal Information. However, except as otherwise stated in this Privacy Policy, we do not directly control the third parties to which we share such Personal Information and you will need to further notify such third parties directly if you would like them to cease use of your Personal Information.

We may also disclose aggregate visitor data in order to describe the use of the Site and Services to our existing or potential business partners or other third parties, or in response to a government request. We may also share aggregated demographic and preference data with third parties to enable the provision of targeted information, promotions, offers and/or discounts on products and services.

**Choice: Accessing Your Information and Opt-in/Opt-out Requests**

To help you review, edit, and control how we use much of the information we collect about you, you can visit your "Manage My Accounts" webpage. On the "Manage My Accounts" webpage, you can update certain information and unsubscribe from receiving specific types of email messages and telephone calls, including autodialed or pre-recorded telemarketing calls placed by us or a third party on our behalf. You may also unsubscribe from our monthly digital magazine, which is a benefit that is included with your subscription. You cannot, however, unsubscribe from receiving certain emails, such as account status and billing related emails, unless you close your account and fulfill any existing contractual obligations.

You can also ask us whether we are keeping information about you; ask us to update or correct your information; or opt-out of our collection and use of certain information by sending an email to helpdesk@angieslist.com or by writing us at Help Desk, Angie's List, 1030 E. Washington St., Indianapolis, IN 46202 specifying the nature and scope of your request. If you choose to opt-out of the collection and use of certain of your information, you understand that some services, may no

*EXHIBIT A,  Page 5 of 15*

file:///Server2012R2/...ite%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%201.0.html[7/15/2019 3:59:29 PM]

Exhibit A  Page 40

Angie's List Legal Center

longer be available to you, potentially requiring the cancelation of your Membership. Please state in your correspondence the details of your request. We may require proof of your identity before we provide you with the requested information. We allow you to challenge the data that we hold about you and, where appropriate, you may have certain data erased, rectified, amended, or completed. Approved requests will be processed within ten (10) days of the date on which we receive the request.

### Data Security, Integrity, and Access

The Personal Information you provide and we collect is stored within databases that we control directly or through our Administrative Service Providers. As we deem appropriate and as required by the applicable law, we use security measures appropriate for the sensitivity of the Personal Information and consistent with industry standards, including physical, organizational and technological protections, such as firewalls, to protect your Personal Information. We also use industry standard encryption technology to protect credit card and password information. However, since no security system is impenetrable, we cannot guarantee the security of our databases, nor can we guarantee that information you supply will not be intercepted while being transmitted to us over the Internet.

Personal Information may only be accessed by persons within our organization, our third party service providers who require such access to provide you with the services indicated above, or any other party that you have provided us with authorization to share such information with.

We retain Personal Information that we collect only as long as reasonably necessary to fulfill the purposes for which it was collected or to otherwise meet any legal requirements.

Your information may be transferred to, and maintained on, computers located outside of your state, province/territory, or country where the privacy laws may not be as protective as those where you live. If you are located outside the United States and choose to provide information to us, please be aware that we transfer Personal Information to the United States and process and store it there. As a result, this information may be subject to access requests from governments, courts, law enforcement officials and national security authorities in the United States according to its laws. Subject to the applicable laws, we will use reasonable efforts to ensure that appropriate protections are in place to maintain protections on the Personal Information. By submitting your Personal Information, you consent to having your personal data transferred to, processed, and stored in the United States. Angie's List may assign you a user ID and a password when you as part of your participation and access to the Site and Services. Your user ID and password may only be used by you and the members of your household. You may not share your user ID and password with anyone else, and you are solely responsible for maintaining and protecting the confidentiality of your user ID and password. You are fully responsible for all activities that occur under your user ID and password. You can access and update your login information on your "Manage My Accounts" webpage.

### Credit Card Information

We may share credit card information with trusted third parties in order to bill you for our service. We use third parties for secure credit card transaction processing, and we send billing information to those third parties to process your orders and payments or to validate your credit card information on file. Credit card information is encrypted during transmission and whenever stored within our systems or with our vendors. In addition to utilizing encryption that meets the US Government's FIPS 140-2 Certification, we take care to store only the amount of information required to bill you for services.

*EXHIBIT A,  Page 6 of 15*

file:///Server2012R2/...ite%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%201.0.html[7/15/2019 3:59:29 PM]

Exhibit A  Page 41

Our credit card processing vendors use security measures to protect your Information both during the transaction and after it's complete. Credit card processing vendors are certified as compliant with multiple industry-standard compliance frameworks including the Payment Card Industry (PCI) Service Provider Level 1, the SSAE-16 audit standard.

### Third Party Websites and Links

Please note that you may have cookies placed on your computer by third party websites that refer you to the Site. Although we do not share your Personal Information with these third party websites unless you have authorized us to do so, they may be able to link certain non-personally identifiable information we transfer to them with Personal Information they previously collected from you. Please review the privacy policies of each website you visit to better understand their privacy practices. In addition, Angie's List would like to inform you that anytime you click on links (including advertising banners), which take you to third party websites, you will be subject to the third parties' privacy policies. While we support the protection of our customer's privacy on the Internet, Angie's List expressly disclaims any and all liability for the actions of third parties, including but without limitation to actions relating to the use and/or disclosure of Personal Information by third parties.

Our Site and Services may contain links to other sites operated by third parties. Angie's List does not control such other sites and is not responsible for their content, their privacy policies, or their use of Personal Information. Angie's List's inclusion of such links does not, by itself, imply any endorsement of the content on such sites or of their owners or operators except as disclosed on the Site and Services. Any information submitted by you directly to these third parties is subject to that third party's privacy policy.

### Children's Privacy

Angie's List does not intend the Site and Services to be used by individuals under the age of majority within the jurisdiction within which they reside without the supervision of a parent or guardian of majority age. Angie's List relies upon such parents or guardians to determine if the Site and Services is appropriate for the viewing, access, or participation by such individuals under the age of majority. If an individual under the age of majority uses the Site and Services, such individual may only use the Site and Services under the supervision of a parent or guardian of majority age.

We do not seek or knowingly collect any Personal Information about children under 13 years of age. If we become aware that we have unknowingly collected Personal Information from a child under the age of 13, we will make commercially reasonable efforts to delete such information from our database.

If you are the parent or guardian of a minor child who has provided us with Personal Information, you may contact us using the information below to request it be deleted.

### Governing Law; Visitors Residing Outside the United States

This Privacy Policy and the privacy practices of Angie's List will be subject exclusively to the laws in which Angie's List provides its services.

### Your California Privacy Rights

This privacy policy describes how we may share your information for marketing purposes. It applies to all Angie's List customers, including California residents:

*EXHIBIT A,  Page 7 of 15*

Angie's List Legal Center

- We share information with others as more fully set forth above in *Disclosures and Transfers of Information*.

- We share your information with other parts of our business and with our service providers. See above: *Disclosures and Transfers of Information*.

**You may contact us with any questions, or to request a list of third parties to whom we may disclose information for marketing purposes and the categories of information we may disclose. See below: How to Contact us.**

**How To Contact us**

All requests, questions, concerns, or complaints about your Personal Information or this Privacy Policy, please contact our Privacy Officer by mail or email at the following:

Attn: Privacy Officer

Angie's List

1030 E. Washington St.

Indianapolis, IN 46202

E-mail: privacyofficer@angieslist.com

We welcome your questions and comments.

# Service Provider's User Agreement

Version 2.0  (Current)

Effective April 7, 2017  to  November 3, 2017

Download

Service Provider's User Agreement

*Last Updated March 1, 2017*

Angie's List, Inc. allows consumers who subscribe to be a member of Angie's List (collectively, the "Members") to provide reviews and ratings on a variety of service companies and health related providers (collectively, a "Service Provider") with whom they have had first-hand experiences.  On behalf, and as representative, of a Service Provider ("You" or "Company"), You are permitted to use the website (www.angieslist.com) (the "Website") and the information contained therein subject to the terms and conditions contained in this Service Provider's User Agreement, which may be modified, amended or replaced by Angie's List from time to time at Angie's List sole discretion (collectively, the "Agreement"). Such modifications will become effective immediately upon the posting thereof. This Agreement shall also govern other aspects of Your relationship with Angie's List beyond Your use of the Website, as described herein.

In consideration of Angie's List granting the Company access to its Website and the information contained therein, and in order to use the Website, You must read and accept all of the Terms and Conditions in, and linked to, this Agreement. It is the Company's responsibility to review this Agreement on a regular basis to

***EXHIBIT A,  Page 8 of 15***

keep itself informed of any modifications. BY ACCEPTING THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE COMPANY ACKNOWLEDGES IT HAS READ, UNDERSTANDS AND AGREES TO BE BOUND BY ALL OF THE TERMS, CONDITIONS, AND NOTICES CONTAINED IN THIS AGREEMENT JUST AS IF YOU HAD SIGNED THIS AGREEMENT.

Terms and Conditions

Members may submit a review or report and other information (collectively, "Member Content") on any Service Provider with which they have communicated or had another first-hand experience, whether or not work was started, performed, or completed. If the Company disputes any Member Content, the Company's sole course of action with respect to such Member Content as it relates to Angie's List and the Website is to utilize the Services (as defined below) which are available online at the Website.

By agreeing to the Terms and Conditions of this Agreement, the Company is hereby permitted to use the services offered to Service Provider's including, without limitation, access to "Business Center", the ability to review Member Content pertaining to the Company, the ability to submit responses to Member Content, the ability to update and maintain profile information on the Company, the ability to utilize the dispute resolution process offered through the Website and facilitated by Angie's List and such other services that Angie's List may offer to Service Providers from time to time (collectively, the "Services").

By agreeing to the Terms and Conditions of this Agreement, Angie's List grants the Company a limited license to access and use the Website and the Services. Notwithstanding the foregoing, the Company acknowledges and agrees that it will not access, reproduce, duplicate, copy, sell, re-sell, visit or otherwise exploit the Website (or any of the content therein including, without limitation, any Member Content or any Member profiles) or Services for any commercial or other purpose, without the express written consent of Angie's List.

Angie's List does not endorse and is not responsible or liable for any Member Content, SP Content (as defined below), data, advertising, products, goods or services available or unavailable from, or through, Angie's List. The statements, information and ratings contained in any Member Content are solely the opinion of the Member submitting such Member Content and do not reflect the opinion of Angie's List or any of its affiliates or subsidiaries or any of their respective owners, managers, officers, employees, agents or representatives.

The Company acknowledges and understands that Angie's List simply acts as a passive conduit and an interactive computer provider for the publication and distribution of Member Content and SP Content. Angie's List does not have any duty or obligation to investigate the accuracy of Member Content or the quality of the work performed by the Company or any other Service Provider which is the subject of any Member Content. By using the Services, the Company agrees that it is solely the Company's responsibility to evaluate the Company's risks associated with the use, accuracy, usefulness, completeness, appropriateness or legality of any information, responses, writings or other materials that the Company submits, transmits or otherwise conveys through the Services (collectively, "SP Content").

Under no circumstances will Angie's List be liable in any way for any Member Content or SP Content including, but not limited to, any Member Content or SP Content that contains, errors, omissions or defamatory statements, or for any loss or damage of any kind incurred as a result of the use of any Member Content or SP Content submitted, accessed, transmitted or otherwise conveyed via the Services or otherwise.

*EXHIBIT A, Page 9 of 15*

Angie's List Legal Center

The Company hereby waives any claims, rights or actions that it may have against Angie's List or any of its affiliates or subsidiaries with respect to any Member Content or SP Content and releases Angie's List and each of its affiliates and subsidiaries from any and all liability for or relating to Member Content or SP Content.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and their respective owners, managers, officers, employees, agents or representatives harmless for any damages that may arise, directly or indirectly, from any claim or right it may have against Angie's List with respect to any statements made by a Member or Member Content submitted by a Member which is communicated, posted or published by Angie's List on its Website or to a third party.

The Company acknowledges and agrees that the Company can neither require Angie's List to place the Company on its Website nor remove the Company or any Member Content from Angie's List. The Company further acknowledges and understands that the Company is not a Member of Angie's List, cannot refer to itself as a Member of Angie's List, and is not afforded the same access to the Website as a Member nor the benefits afforded to a Member.

The Company and its current or former owners, directors, managers, employees, agents and family members are expressly prohibited from purchasing gift memberships to Angie's List or reimbursing clients or customers for their Angie's List membership cost. In addition, individuals affiliated with the Company including, without limitation, current or former owners, current or former employees or officers, family members, or current or former partners, investors, managers or directors (collectively, the "Affiliated Persons") may not submit Member Content to Angie's List on the Company. The Company hereby acknowledges and agrees that to the extent an Affiliated Person has submitted or posted any Member Content on the Company or any company or person competitive to the Company, or believes that Member Content was posted by an Affiliated Person that Angie's List may immediately remove such Member Content without notice or recourse against Angie's List.

SP Content shall not contain any unauthorized content which includes but is not limited to:

a. Offensive, harmful and/or abusive language, including without limitation: expletives, profanities, obscenities, harassment, vulgarities, sexually explicit language and hate speech (e.g., racist/discriminatory speech.);

b. Comments that do not address the Member Content or comments with no qualitative value as determined by Angie's List in its sole discretion;

c. Content that contains personal attacks or describes physical confrontations and/or sexual harassment;

d. Messages that are advertising or commercial in nature, or are inappropriate based on the applicable subject matter;

e. Language that violates the standards of good taste or the standards of the Website, as determined by Angie's List in its sole discretion;

f. Content determined by Angie's List, in its sole discretion, to be illegal, or to violate any federal, state, or local law or regulation or the rights of any other person or entity;

g. Language intended to impersonate other users (including names of other individuals) or to be offensive or inappropriate user names or signatures; and/or

**EXHIBIT A, Page 10 of 15**

Angie's List Legal Center

h. Content that is not in English, that is encrypted or that contains viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines that are intended to damage, interfere with, intercept or appropriate any system, data or personal information.

The Company acknowledges and agrees that Angie's List in its sole discretion may remove without notice any SP Content or any portion thereof that Angie's List believes violates the foregoing.

Angie's List may suspend, restrict or terminate the Company's use of the Services or any portion thereof if the Company breaches or fails to comply with any of the Terms and Conditions of this Agreement.

Although Angie's List does not claim ownership of any SP Content or other communications or materials submitted by or given by the Company to Angie's List, by providing SP Content for the Website or other mediums, the Company automatically grants, and the Company represents and warrants that the Company has the right to grant, to Angie's List an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, reproduce, adapt, modify, and distribute such SP Consent and to prepare derivative works of, or incorporate into other works, such SP Content, and to grant and to authorize sublicenses (through multiple tiers) of the foregoing. In addition, by providing Angie's List with SP Content, the Company automatically grants Angie's List all rights necessary to prohibit the subsequent aggregation, display, copying, duplication, reproduction or exploitation of SP Content on the Website or in any other medium by any other party. No compensation will be paid with respect to Angie's List use of SP Content. Angie's List is under no obligation to post or use any of SP Content or maintain SP Content. Angie's List may remove SP Content at any time in Angie's List sole discretion.

It is the Company's sole responsibility to review and monitor any Member Content regarding the Company that is posted by Members and to submit responses it deems necessary to any Member Content. Angie's List does not have any obligation to provide a notice or update to the Company with respect to any new information or Member Content that it learns of or receives about the Company from its Members.

The Company has the sole responsibility of updating any and all of its information on the Website including, without limitation, the Company's description and profile information.

The Company agrees not to use or cause any robot, bot, spider, other automatic device, or computer program routine or manual process to monitor, duplicate, take, obtain, transfer, modify, use, reproduce, aggregate or copy Angie's List, any Member Content, any Member profiles, SP Content (including SP profiles) or any other content contained on the Website or any other publication of Angie's List. You shall not use or cause any device, software, or routine to interfere or attempt to interfere with the proper working of the Website.

The Company hereby represents and warrants to Angie's List that (a) all information provided to Angie's List by the Company is true, complete and accurate in all respects, and (b) the Company is authorized to submit information to Angie's List. Angie's List is authorized by the Company to rely upon the truthfulness, completeness and accuracy of SP Content in order to serve its Members.

The Company acknowledges that the Website utilizes one or more website analytic services, including, without limitation, ClickTale, which may record mouse clicks, mouse movements, scrolling activity and text entered into the Website by users. These services do not collect personally identifiable information that is not voluntarily entered into the Website by the user. Angie's List uses the information collected by these service providers to improve the usability and other features of the Website. Users may choose to disable

**EXHIBIT A, Page 11 of 15**

Exhibit A  Page 46

the ClickTale service at http://www.clicktale.net/disable.html.

The Company acknowledges that Angie's List will use the telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List in connection with registering with Angie's List to contact the Company with information regarding Angie's List. Angie's List agrees not to sell, trade, rent or share such information with any third parties. By providing a wireless phone number to Angie's List, Company agrees that Angie's List may call or send text messages to the wireless phone number for any purpose, including marketing purposes, using all methods now known and discovered in the future, including, but not limited to, auto-dialers, pre-recordings, and general telemarketing practices. Company agrees that these calls or text messages may be regarding the products and/or services that Company has previously purchased and products and/or services that Angie's List may market to me. Company acknowledges that this consent may be removed upon request.

To the extent a third party posts or submits any SP Content or manages the Company's profile or information on the Website, the Company hereby acknowledges and agrees that the Company shall remain fully responsible for any SP Content or information posted or submitted by such third party.

The Company agrees unless expressly authorized by Angie's List not to access, copy, duplicate use, reproduce, alter, modify, create derivative works, display, sell, re-sell, advertise or market with or otherwise exploit for any commercial, educational or other purpose any Member Content, any Member profiles, any SP profiles, or any other content from the Website or Angie's List, including, without limitation, any reviews or ratings or any other content contained in any Member Content.

Angie's List is the owner and/or authorized user of any trademark and/or service mark, including, without limitation, the name "Angie's List", appearing on the Website and is copyright owner or licensee of the content and/or information on the Website. By placing them on the Website, Angie's List does not grant the Company any license or other authorization to copy or use its trademarks, service marks, copyrighted material, or other intellectual property, except as provided herein.

Angie's List reserves the right to exercise any rights or remedies which may be available to it against the Company if the Terms and Conditions of this Agreement are violated by the Company. These remedies include, but are not limited to, revocation of (a) Super Service Awards (present & past) and any associated license, (b) advertising privileges, (c) use of the Services, or (d) appearances on the Website and/or any other appearances in any Angie's List's publication, and Company agrees that the exercise of one remedy shall not preclude the availability of any other remedy.

The Company understands and agrees that, because damages resulting from Company's breach of this Agreement are difficult to calculate, if it becomes necessary for Angie's List to pursue legal action to enforce the Terms and Conditions of this Agreement, the Company will be liable to pay Angie's List the following amounts as liquidated damages, which the Company accepts as reasonable estimates of Angie's List's damages for the specified breaches of this Agreement:

a. If the Company posts SP Content in violation of this Agreement, the Company agrees to promptly pay Angie's List One Thousand Dollars ($1,000) for each item of SP Content posted in violation of this Agreement. Angie's List may (but is not required) issue the Company a warning before assessing damages.

b. If the Company exploits for any purpose (commercial or otherwise) any Member Content, Member profiles or any other information contained on the Website including, without limitation, ratings and/or

*EXHIBIT A,  Page 12 of 15*

Angie's List Legal Center

reviews in violation of this Agreement, the Company agrees to pay Ten Thousand Dollars ($10,000) per report, record or review exploited.

c. If the Company uses or causes any robot, bot, spider, other automatic device or computer program routine or any manual process to monitor, duplicate, take, aggregate, obtain, modify, use, reproduce or copy any Member Content, any member profiles, SP content (including SP profiles) or any other content contained on the Website or in any other publication of Angie's List, the Company agrees to pay One Hundred Dollars ($100) for each report, record, review or other information that is monitored, duplicated, transferred, taken, obstructed, modified, used, reproduced, aggregated or copied.

d. Except as set forth in the foregoing subparagraphs (a) through (c), inclusive, the Company agrees to pay the actual damages suffered by Angie's List to the extent such actual damages can be reasonably calculated.

Notwithstanding any other provision of this Agreement, the Company reserves the right to seek the remedy of specific performance of any term contained herein, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in this Agreement, or any combination thereof.

THE COMPANY EXPRESSLY UNDERSTANDS AND AGREES THAT ANGIE'S LIST WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, COMPENSATORY, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF ANGIE'S LIST HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) (COLLECTIVELY, "DAMAGES"), RESULTING FROM: (A) THE USE OR INABILITY TO USE THE SERVICES; (B) THE COST OF ANY GOODS AND/OR SERVICES PURCHASED OR OBTAINED AS A RESULT OF THE USE OF THE SERVICES; (C) DISCLOSURE OF, UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR INFORMATION OR SP CONTENT; (D) SP CONTENT THE COMPANY MAY SUBMIT, RECEIVE, ACCESS, TRANSMIT OR OTHERWISE CONVEY THROUGH THE SERVICES OR THIS AGREEMENT; (E) STATEMENTS OR CONDUCT OF ANY MEMBER OR OTHER THIRD PARTY THROUGH THE SERVICES; (F) ANY OTHER MATTER RELATING TO THE SERVICES; (G) ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST OR THE FAILURE OF ANGIE'S LIST TO PROVIDE THE SERVICES UNDER THIS AGREEMENT; (H) ANY MEMBER CONTENT POSTED; OR (I) ANY OTHER DEALINGS OR INTERACTIONS THE COMPANY HAS WITH ANY SERVICE PROVIDER (OR ANY OF THEIR REPRESENTATIVES OR AGENTS). THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitations may not apply to the Company.

TO THE EXTENT ANGIE'S LIST IS FOUND LIABLE FOR ANYTHING RELATED TO THIS AGREEMENT OR THE USE OF THE SERVICES, ANGIE'S LIST'S LIABILITY FOR DAMAGES WILL NOT EXCEED ONE HUNDRED DOLLARS ($100.00).

This Agreement and the relationship between the Company and Angie's List will be governed by the internal laws of the State of Indiana, notwithstanding the choice of law provisions or conflict of law analysis of the venue where any action is brought, where the violation occurred, where the Company may be located or any other jurisdiction. The Company agrees and consents to the exclusive jurisdiction of the state or federal courts located in Indianapolis, Indiana and waives any defense of lack of personal jurisdiction or

*EXHIBIT A, Page 13 of 15*

file:///Server2012R2/...itc%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%201.0.html[7/15/2019 3:59:29 PM]

Exhibit A  Page 48

Angie's List Legal Center

improper venue or forum non conveniens to a claim brought in such court, except that Angie's List may elect, in its sole discretion, to litigate the action in the county or state where any breach by the Company occurred or where the Company can be found. The Company agrees that regardless of any statute or law to the contrary, any claim or cause of action arising out or related to your use of the Service or this Agreement shall be filed within one (1) year after such claim or cause of action arose or will forever be barred.

In the event this Agreement is terminated, certain provisions of this Agreement will continue to remain in effect, including, but not limited to, Sections 4-7, 10, 19-26, and 28.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and each of their respective owners, officers, agents, managers, partners, employees, agents and representatives harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees (whether incurred in enforcing this Agreement or otherwise), made by any third party due to or arising out of the Company's use of Angie's List.

Angie's List may modify or restate the Terms and Conditions of this Agreement and such modification(s) will be effective immediately upon being posted on the Website. Angie's List will make note of the date of the last update to the Agreement on the first page of this Agreement. The Company is responsible for reviewing these terms and conditions regularly. The Company's continued use of the Services after such modifications will be deemed to be the Company's conclusive acceptance of all modifications to this Agreement.

The Company agrees that Angie's List shall be entitled to payment from the Company for any and all out-of-pocket costs, including, without limitation, attorneys' fees, incurred by Angie's List in connection with enforcing these Terms and Conditions and this Agreement or otherwise.

The Services may be subject to limitations, delays and other problems inherent in the use of the internet and electronic communications. Angie's List is not responsible for any delays, failures or other damage resulting from such problems.

This Agreement may not be re-sold or assigned by the Company. If the Company assigns, or tries to assign, this Agreement, such assignment or attempted assignment will be void and unenforceable. It will not be considered a waiver of Angie's List's rights if Angie's List fails to enforce any of the terms or conditions of this Agreement against the Company. In the event a court finds a provision in this Agreement to not be valid, the Company and Angie's List agrees that such court should incorporate a similar provision that would be considered valid, with all other provisions remaining valid in the Agreement. No joint venture, partnership, employment or agency relationship exists between the Company and Angie's List as a result of this Agreement or use of the Services.

The person agreeing to this Agreement and the Terms and Conditions on behalf of the Company hereby represents and warrants that he/she has the power and authority to bind the Company and that this Agreement and the Terms and Conditions constitutes a valid and binding agreement of the Company.

IF YOU DO NOT AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, YOU MUST NOT USE THE SERVICES. BY USING THE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF THIS AGREEMENT AND YOU AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS.

*EXHIBIT A,  Page 14 of 15*

file:///Server2012R2/...lte%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%201.0.html[7/15/2019 3:59:29 PM]

Exhibit A  Page 49

Angie's List Legal Center

Legal Center powered by PactSafe
Copyright © 2019 Angie's List

***EXHIBIT A,  Page 15 of 15***

file:///Server2012R2/...ite%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%201.0.html[7/15/2019 3:59:29 PM]

Exhibit A  Page 50

# EXHIBIT "B"

Angie's List Legal Center

# Angie's list.  Legal Center

**Privacy Policy**

**Service Provider's User Agreement**

Terms of Use

Projects Submission Customer Agreement

Advertising and Deals Agreement

Angie's List Mobile Alerts Terms and Conditions

## Privacy Policy

Version 1.0  (Current)

Effective April 7, 2017

Download

**Angie's List Privacy Policy**

*Last Modified February 13, 2017*

This Privacy Policy discloses our privacy practices and the possible uses of the information that we gather via http://www.angieslist.com/, our mobile application(s), and via other submissions by you to Angie's List (together, the "Site and Services"). By using the Site and Services you consent to the terms of this Privacy Policy. If you do not agree to the terms and conditions of this Privacy Policy, including having your personally identifiable information ("Personal Information" as defined below) used in any of the ways described in this Privacy Policy, you may not be able to use certain parts or features of our Site and Services, and in some instances, this may necessitate the revocation of your membership. Angie's List may update this Privacy Policy from time-to-time in our sole discretion. It is your responsibility to review the Privacy Policy for any changes each time that you use the Site and Services and you are bound by such changes. Your use of the Site and Services following us posting a new privacy policy on our Site signifies that you agree to and accept the Privacy Policy as modified.

This Privacy Policy applies to the entire Angie's List family of products and services, such as our online services, our print publications, our call center services, and other Angie's List products or services. This Privacy Policy is part of our Angie's List Membership Agreement, Terms of Use, and all other terms of using

***EXHIBIT B,  Page 1 of 15***

Angie's List Legal Center

our Site and Services.

**Information Collected**

Angie's List collects information on our users in various ways, such as, by your voluntary submissions, participation in services provided via the Site and Services, from third parties with your consent, and through cookie and other tracking technology. Angie's List collects the following information:

- *Personal Information*

"Personal Information" refers to information that tells us specifically who you are, such as your name, phone number, email, postal address, and possibly information relating to certain support or customer service issues. In many cases, we need this information to provide to you many of the services that you may have requested.

- *Cellular Phone Numbers*

By providing a cellular telephone number to us, you expressly consent to, and authorize us or a third party on our behalf to deliver autodialed or prerecorded telemarketing calls and/or text messages to the number you provide. You are not required to consent to these calls as a condition to purchasing any goods or services, but withholding your consent may prevent us from providing certain services to you. This consent encompasses all future autodialed or prerecorded telemarketing calls and text messages from us or a third party placing these calls on our behalf. You may revoke consent to receive text messages at any time by contacting Angie's List, including by texting STOP.

- *Submission of Reviews, Ratings, and Comments*

We collect information that you voluntarily provide as part of our Site and Services, including messages, posts, comments, responses, reviews, and ratings you submit through the Site and Services, ("User Generated Content"). Angie's List may in our sole discretion share your User Generated Content with others such as your business reviews. If you do not want certain information shared with others, you should not submit User Generated Content, or should not submit User Generated Content that contains information or Personal Information you do not want shared in this manner. Once You have submitted User Generated Content, we reserve the right to publish it in any medium to others.

- *Aggregate Information*

We may collect general, non-personal, statistical information about the use of the Site and Services, such as how many visitors visit a specific page on the Site, how long they stay on that page, and which hyperlinks, if any, they click on. This information represents a generic overview of our users, including their collective viewing habits, and allows us and other third parties to modify information, promotions, offers and/or discounts on products and services based on user traffic and behavior. We collect this information through the use of technologies such as 'cookies' and web beacons, which are discussed in greater detail below. We collect this information in order to help enhance the Site and Services to make for a better visitor experience.

- *Third Party Information*

We may supplement information you provide to us with information from other sources, such as information to validate or update your address, payment card or other demographic and lifestyle information. We use this information to help us maintain the accuracy of the information we collect, to enable us to fulfill our

*EXHIBIT B,  Page 2 of 15*

file:///Server2012R2/...ito%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%202.0.html[7/15/2019 4:00:19 PM]

Exhibit A  Page 53

Angie's List Legal Center

products and services, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal business analysis or other business purposes consistent with our mission.

- *Cookies*

Angie's List may automatically collect non-personally identifiable information and data through the use of cookies. Cookies are small text files a website uses to recognize repeat users, facilitate the user's ongoing access to the website and facilitate the use of the website. Cookies also allow a website to track usage behavior and compile site usage information that will allow for the improvement of content and target advertising. Most browsers allow you to control cookies, including whether or not to accept them and how to remove them. You may set your browsers to notify you if you receive a cookie, or you may choose to block cookies with your browser. However, please be aware that some features of our Site and Services may not function or may be slower if you refuse cookies. You may also get cookies from our advertisers or other third parties with links on the Site as described below. We do not directly control these cookies. The use of advertising cookies sent by third party ad servers is standard in the Internet industry.

We may use the services of third parties to collect and use anonymous information about your visits to and interactions with our website through the use of technologies such as cookies to personalize advertisements for goods and services. To learn more, or to opt-out of

receiving online display advertisements tailored to your interests by our third party partners, visit the Digital Advertising Alliance Consumer Choice Page at http://www.aboutads.info/choices/.

- *Other Tracking Technologies*

Tracking technologies may record information such as Internet domain and host names; protocol (IP) addresses; browser software and operating system types; clickstream patterns; the MAC address or other technical information from your mobile device; location information through GPS, WiFi, Bluetooth, or similar technologies; and dates and times that our Site and Services are accessed. An IP address is a number that is automatically assigned to your computer whenever you are surfing the web. Web servers, the computers that 'serve up' webpages, automatically identify your computer by its IP address. The Site and Services may also use technology called "tracer tags". These may also be referred to as "Pixels", "Clear GIFs" or "Web Beacons". This technology allows us to understand which pages you visit on our Site and other ways you interact with our Site and Services, such as purchases made through the Site and Services. These tracer tags are used to help us to optimize and tailor our Site and Services for you and other users of our Site and Services. We may link the information we record using tracking technologies to Personal Information we collect.

- *Do Not Track*

Do Not Track (DNT) is a privacy preference that users can set in some web browsers, allowing users to opt out of tracking by websites and online services. At the present time, the World Wide Web Consortium (W3C) has not yet established universal standards for recognizable DNT signals and therefore, Angie's List and the Site do not recognize DNT.

**Use of Information**

The information Angie's List collects is used in a variety of ways, including

*EXHIBIT B,  Page 3 of 15*

file:///Server2012R2/...ite%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%202.0.html[7/15/2019 4:00:19 PM]

Exhibit A  Page 54

Angie's List Legal Center

- for internal review;

- to improve the Site and Services;

- to optimize third-party offers of products and/or services;

- to verify the legitimacy of reviews and ratings;

- to notify you about updates to the Site and Services;

- to let you know about products, services, and promotions that you may be interested in;

- to get reviews and ratings;

- for our marketing purposes and the marketing of discounts offered through our Site and Services by service contractors or health care related providers (collectively "Service Providers");

- to fulfill and provide products and services, including personalized or enhanced services, requested by you; and

- internal business analysis or other business purposes consistent with our mission; and to carry out other purposes that are disclosed to you and to which you consent.

### Disclosures and Transfers of Information

We do not disclose Personal Information to third parties, except when one or more of the following conditions is true:

- We have your permission to make the disclosure;

- The disclosure is necessary for the purpose for which the personal information was obtained;

- The disclosure is to the service provider from whom you purchased services through Angie's List's platform, including without limitation Big Deals, Storefronts, and project submissions;

- The disclosure is to financial service providers in order to fulfill and carry out the purchase and provision of goods and services requested by you;

- The disclosure is permitted by relevant law;

- The Personal Information to be disclosed is otherwise publicly available in accordance with the applicable law;

- The disclosure is reasonably related to the sale or other disposition of all or part of our business or assets;

- The disclosure is for our own marketing purposes (including, without limitation, for Angie's List to market services to you on third-party social media platforms such as Facebook), or, with your authorization, for the marketing purposes of third parties;

- The disclosure is combined with information collected from other companies and used to improve and personalize services, content, and advertising from us or third parties;

- The party to whom the disclosure is made controls, is controlled by, or is under common control with Angie's List;

*EXHIBIT B,  Page 4 of 15*

file:///Server2012R2/...ite%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%202.0.html[7/15/2019 4:00:19 PM]

Exhibit A  Page 55

Angie's List Legal Center

- The disclosure is in our sole discretion necessary for the establishment or maintenance of legal claims or legal compliance, to satisfy any law, regulation, subpoena or government request, or in connection with litigation;

- The disclosure is in our sole discretion about users who we believe are engaged in illegal activities or are otherwise in violation of our Angie's List Membership Agreement, even without a subpoena, warrant or court order; or

- The disclosure is to outside businesses to perform certain services for us, such as maintaining our Site and Services, mailing lists, processing orders and delivering products and services, sending postal mail, processing claims for lost or stolen certificates, providing marketing assistance, confirming your identity for review integrity, and data analysis ("Administrative Service Providers"), including Administrative Service Providers outside the country or jurisdiction in which you reside.

Prior to sharing of your Personal Information with others, agreements are made between Angie's List and such outside parties to whom we are transferring data to provide for the allowable use and security of the transferred information in accordance with this Privacy Policy and applicable law. If Angie's List becomes aware that any such outside party is improperly using or disclosing Personal Information, it will notify that outside party and request that it take reasonable steps to cease such use or disclosure.

We may provide certain Personal Information as a service to others for their marketing purposes. We may also disclose your name and address to Service Providers when you submit User Generated Content relating to those Service Providers. If you properly notify us that you no longer want us to share your Personal Information, we will cease sharing your Personal Information. However, except as otherwise stated in this Privacy Policy, we do not directly control the third parties to which we share such Personal Information and you will need to further notify such third parties directly if you would like them to cease use of your Personal Information.

We may also disclose aggregate visitor data in order to describe the use of the Site and Services to our existing or potential business partners or other third parties, or in response to a government request. We may also share aggregated demographic and preference data with third parties to enable the provision of targeted information, promotions, offers and/or discounts on products and services.

**Choice: Accessing Your Information and Opt-in/Opt-out Requests**

To help you review, edit, and control how we use much of the information we collect about you, you can visit your "Manage My Accounts" webpage. On the "Manage My Accounts" webpage, you can update certain information and unsubscribe from receiving specific types of email messages and telephone calls, including autodialed or pre-recorded telemarketing calls placed by us or a third party on our behalf. You may also unsubscribe from our monthly digital magazine, which is a benefit that is included with your subscription. You cannot, however, unsubscribe from receiving certain emails, such as account status and billing related emails, unless you close your account and fulfill any existing contractual obligations.

You can also ask us whether we are keeping information about you; ask how your information is being used; ask us to update or correct your information; or opt-out of our collection and use of certain information by sending an email to helpdesk@angieslist.com or by writing us at Help Desk, Angie's List, 1030 E. Washington St., Indianapolis, IN 46202 specifying the nature and scope of your request. If you choose to opt-out of the collection and use of certain of your information, you understand that some services, may no

*EXHIBIT B,  Page 5 of 15*

Exhibit A  Page 56

Angie's List Legal Center

longer be available to you, potentially requiring the cancelation of your Membership. Please state in your correspondence the details of your request. We may require proof of your identity before we provide you with the requested information. We allow you to challenge the data that we hold about you and, where appropriate, you may have certain data erased, rectified, amended, or completed. Approved requests will be processed within ten (10) days of the date on which we receive the request.

**Data Security, Integrity, and Access**

The Personal Information you provide and we collect is stored within databases that we control directly or through our Administrative Service Providers. As we deem appropriate and as required by the applicable law, we use security measures appropriate for the sensitivity of the Personal Information and consistent with industry standards, including physical, organizational and technological protections, such as firewalls, to protect your Personal Information. We also use industry standard encryption technology to protect credit card and password information. However, since no security system is impenetrable, we cannot guarantee the security of our databases, nor can we guarantee that information you supply will not be intercepted while being transmitted to us over the Internet.

Personal Information may only be accessed by persons within our organization, our third party service providers who require such access to provide you with the services indicated above, or any other party that you have provided us with authorization to share such information with.

We retain Personal Information that we collect only as long as reasonably necessary to fulfill the purposes for which it was collected or to otherwise meet any legal requirements.

Your information may be transferred to, and maintained on, computers located outside of your state, province/territory, or country where the privacy laws may not be as protective as those where you live. If you are located outside the United States and choose to provide information to us, please be aware that we transfer Personal Information to the United States and process and store it there. As a result, this information may be subject to access requests from governments, courts, law enforcement officials and national security authorities in the United States according to its laws. Subject to the applicable laws, we will use reasonable efforts to ensure that appropriate protections are in place to maintain protections on the Personal Information. By submitting your Personal Information, you consent to having your personal data transferred to, processed, and stored in the United States. Angie's List may assign you a user ID and a password when you as part of your participation and access to the Site and Services. Your user ID and password may only be used by you and the members of your household. You may not share your user ID and password with anyone else, and you are solely responsible for maintaining and protecting the confidentiality of your user ID and password. You are fully responsible for all activities that occur under your user ID and password. You can access and update your login information on your "Manage My Accounts" webpage.

**Credit Card Information**

We may share credit card information with trusted third parties in order to bill you for our service. We use third parties for secure credit card transaction processing, and we send billing information to those third parties to process your orders and payments or to validate your credit card information on file. Credit card information is encrypted during transmission and whenever stored within our systems or with our vendors. In addition to utilizing encryption that meets the US Government's FIPS 140-2 Certification, we take care to store only the amount of information required to bill you for services.

*EXHIBIT B,  Page 6 of 15*

Angie's List Legal Center

Our credit card processing vendors use security measures to protect your information both during the transaction and after it's complete. Credit card processing vendors are certified as compliant with multiple industry-standard compliance frameworks including the Payment Card Industry (PCI) Service Provider Level 1, the SSAE-16 audit standard.

**Third Party Websites and Links**

Please note that you may have cookies placed on your computer by third party websites that refer you to the Site. Although we do not share your Personal Information with these third party websites unless you have authorized us to do so, they may be able to link certain non-personally identifiable information we transfer to them with Personal Information they previously collected from you. Please review the privacy policies of each website you visit to better understand their privacy practices. In addition, Angie's List would like to inform you that anytime you click on links (including advertising banners), which take you to third party websites, you will be subject to the third parties' privacy policies. While we support the protection of our customer's privacy on the Internet, Angie's List expressly disclaims any and all liability for the actions of third parties, including but without limitation to actions relating to the use and/or disclosure of Personal Information by third parties.

Our Site and Services may contain links to other sites operated by third parties. Angie's List does not control such other sites and is not responsible for their content, their privacy policies, or their use of Personal Information. Angie's List's inclusion of such links does not, by itself, imply any endorsement of the content on such sites or of their owners or operators except as disclosed on the Site and Services. Any information submitted by you directly to these third parties is subject to that third party's privacy policy.

**Children's Privacy**

Angie's List does not intend the Site and Services to be used by individuals under the age of majority within the jurisdiction within which they reside without the supervision of a parent or guardian of majority age. Angie's List relies upon such parents or guardians to determine if the Site and Services is appropriate for the viewing, access, or participation by such individuals under the age of majority. If an individual under the age of majority uses the Site and Services, such individual may only use the Site and Services under the supervision of a parent or guardian of majority age.

We do not seek or knowingly collect any Personal Information about children under 13 years of age. If we become aware that we have unknowingly collected Personal Information from a child under the age of 13, we will make commercially reasonable efforts to delete such information from our database.

If you are the parent or guardian of a minor child who has provided us with Personal Information, you may contact us using the information below to request it be deleted.

**Governing Law; Visitors Residing Outside the United States**

This Privacy Policy and the privacy practices of Angie's List will be subject exclusively to the laws in which Angie's List provides its services.

**Your California Privacy Rights**

This privacy policy describes how we may share your information for marketing purposes. It applies to all Angie's List customers, including California residents:

*EXHIBIT B, Page 7 of 15*

Angie's List Legal Center

- We share information with others as more fully set forth above in *Disclosures and Transfers of Information*.
- We share your information with other parts of our business and with our service providers. See above: *Disclosures and Transfers of Information*.

**You may contact us with any questions, or to request a list of third parties to whom we may disclose information for marketing purposes and the categories of information we may disclose. See below: How to Contact us.**

**How To Contact us**

All requests, questions, concerns, or complaints about your Personal Information or this Privacy Policy, please contact our Privacy Officer by mail or email at the following:

Attn: Privacy Officer

Angie's List

1030 E. Washington St.

Indianapolis, IN 46202

E-mail: privacyofficer@angieslist.com

We welcome your questions and comments.

# Service Provider's User Agreement

Version 2.0  (Current)

Effective November 3, 2017

Download

Summary of changes

References to Member Reviews have been changed to Consumer Reviews.

Service Provider's User Agreement

*Last Updated November 3, 2017*

Angie's List, Inc. allows consumers of Angie's List (collectively, the "Consumers") to provide reviews and ratings on a variety of service companies and health related providers (collectively, a "Service Provider") with whom they have had first-hand experiences. On behalf, and as representative, of a Service Provider ("You" or "Company"), You are permitted to use the website (www.angieslist.com) (the "Website") and the information contained therein subject to the terms and conditions contained in this Service Provider's User Agreement, which may be modified, amended or replaced by Angie's List from time to time at Angie's List sole discretion (collectively, the "Agreement"). Such modifications will become effective immediately upon

*EXHIBIT B,  Page 8 of 15*

Angie's List Legal Center

the posting thereof. This Agreement shall also govern other aspects of Your relationship with Angie's List beyond Your use of the Website, as described herein.

In consideration of Angie's List granting the Company access to its Website and the information contained therein, and in order to use the Website, You must read and accept all of the Terms and Conditions in, and linked to, this Agreement. It is the Company's responsibility to review this Agreement on a regular basis to keep itself informed of any modifications. BY ACCEPTING THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE COMPANY ACKNOWLEDGES IT HAS READ, UNDERSTANDS AND AGREES TO BE BOUND BY ALL OF THE TERMS, CONDITIONS, AND NOTICES CONTAINED IN THIS AGREEMENT JUST AS IF YOU HAD SIGNED THIS AGREEMENT.

Terms and Conditions

Consumers may submit a review or report and other information (collectively, "Consumer Content") on any Service Provider with which they have communicated or had another first-hand experience, whether or not work was started, performed, or completed. If the Company disputes any Consumer Content, the Company's sole course of action with respect to such Consumer Content as it relates to Angie's List and the Website is to utilize the Services (as defined below) which are available online at the Website.

By agreeing to the Terms and Conditions of this Agreement, the Company is hereby permitted to use the services offered to Service Provider's including, without limitation, access to "Business Center", the ability to review Consumer Content pertaining to the Company, the ability to submit responses to Consumer Content, the ability to update and maintain profile information on the Company, the ability to utilize the dispute resolution process offered through the Website and facilitated by Angie's List and such other services that Angie's List may offer to Service Providers from time to time (collectively, the "Services").

By agreeing to the Terms and Conditions of this Agreement, Angie's List grants the Company a limited license to access and use the Website and the Services. Notwithstanding the foregoing, the Company acknowledges and agrees that it will not access, reproduce, duplicate, copy, sell, re-sell, visit or otherwise exploit the Website (or any of the content therein including, without limitation, any Consumer Content or any profiles of Angie's List members) or Services for any commercial or other purpose, without the express written consent of Angie's List.

Angie's List does not endorse and is not responsible or liable for any Consumer Content, SP Content (as defined below), data, advertising, products, goods or services available or unavailable from, or through, Angie's List. The statements, information and ratings contained in any Consumer Content are solely the opinion of the Consumer submitting such Consumer Content and do not reflect the opinion of Angie's List or any of its affiliates or subsidiaries or any of their respective owners, managers, officers, employees, agents or representatives.

The Company acknowledges and understands that Angie's List simply acts as a passive conduit and an interactive computer provider for the publication and distribution of Consumer Content and SP Content. Angie's List does not have any duty or obligation to investigate the accuracy of Consumer Content or the quality of the work performed by the Company or any other Service Provider which is the subject of any Consumer Content. By using the Services, the Company agrees that it is solely the Company's responsibility to evaluate the Company's risks associated with the use, accuracy, usefulness, completeness, appropriateness or legality of any information, responses, writings or other materials that the Company submits, transmits or otherwise conveys through the Services (collectively, "SP Content").

*EXHIBIT B, Page 9 of 15*

Exhibit A  Page 60

Angie's List Legal Center

Under no circumstances will Angie's List be liable in any way for any Consumer Content or SP Content Including, but not limited to, any Consumer Content or SP Content that contains, errors, omissions or defamatory statements, or for any loss or damage of any kind incurred as a result of the use of any Consumer Content or SP Content submitted, accessed, transmitted or otherwise conveyed via the Services or otherwise.

The Company hereby waives any claims, rights or actions that it may have against Angie's List or any of its affiliates or subsidiaries with respect to any Consumer Content or SP Content and releases Angie's List and each of its affiliates and subsidiaries from any and all liability for or relating to Consumer Content or SP Content.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and their respective owners, managers, officers, employees, agents or representatives harmless for any damages that may arise, directly or indirectly, from any claim or right it may have against Angie's List with respect to any statements made by a Consumer or Consumer Content submitted by a Consumer which is communicated, posted or published by Angie's List on its Website or to a third party.

The Company acknowledges and agrees that the Company can neither require Angie's List to place the Company on its Website nor remove the Company or any Consumer Content from Angie's List. The Company further acknowledges and understands that the Company is not a Consumer of Angie's List, cannot refer to itself as a Consumer of Angie's List, and is not afforded the same access to the Website as a Consumer nor the benefits afforded to a Consumer.

The Company and its current or former owners, directors, managers, employees, agents and family members are expressly prohibited from purchasing gift memberships to Angie's List or reimbursing clients or customers for their Angie's List membership cost. In addition, individuals affiliated with the Company including, without limitation, current or former owners, current or former employees or officers, family members, or current or former partners, investors, managers or directors (collectively, the "Affiliated Persons") may not submit Consumer Content to Angie's List on the Company. The Company hereby acknowledges and agrees that to the extent an Affiliated Person has submitted or posted any Consumer Content on the Company or any company or person competitive to the Company, or believes that Consumer Content was posted by an Affiliated Person that Angie's List may immediately remove such Consumer Content without notice or recourse against Angie's List.

SP Content shall not contain any unauthorized content which includes but is not limited to:

a. Offensive, harmful and/or abusive language, including without limitation: expletives, profanities, obscenities, harassment, vulgarities, sexually explicit language and hate speech (e.g., racist/discriminatory speech.);

b. Comments that do not address the Consumer Content or comments with no qualitative value as determined by Angie's List in its sole discretion;

c. Content that contains personal attacks or describes physical confrontations and/or sexual harassment;

d. Messages that are advertising or commercial in nature, or are inappropriate based on the applicable subject matter;

e. Language that violates the standards of good taste or the standards of the Website, as determined by

**EXHIBIT B, Page 10 of 15**

Exhibit A  Page 61

Angie's List Legal Center

Angie's List in its sole discretion;

f. Content determined by Angie's List, in its sole discretion, to be illegal, or to violate any federal, state, or local law or regulation or the rights of any other person or entity;

g. Language intended to impersonate other users (including names of other individuals) or to be offensive or inappropriate user names or signatures; and/or

h. Content that is not in English, that is encrypted or that contains viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines that are intended to damage, interfere with, intercept or appropriate any system, data or personal information.

The Company acknowledges and agrees that Angie's List in its sole discretion may remove without notice any SP Content or any portion thereof that Angie's List believes violates the foregoing.

Angie's List may suspend, restrict or terminate the Company's use of the Services or any portion thereof if the Company breaches or fails to comply with any of the Terms and Conditions of this Agreement.

Although Angie's List does not claim ownership of any SP Content or other communications or materials submitted by or given by the Company to Angie's List, by providing SP Content for the Website or other mediums, the Company automatically grants, and the Company represents and warrants that the Company has the right to grant, to Angie's List an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, reproduce, adapt, modify, and distribute such SP Consent and to prepare derivative works of, or incorporate into other works, such SP Content, and to grant and to authorize sublicenses (through multiple tiers) of the foregoing. In addition, by providing Angie's List with SP Content, the Company automatically grants Angie's List all rights necessary to prohibit the subsequent aggregation, display, copying, duplication, reproduction or exploitation of SP Content on the Website or in any other medium by any other party. No compensation will be paid with respect to Angie's List use of SP Content. Angie's List is under no obligation to post or use any SP Content or maintain SP Content. Angie's List may remove SP Content at any time in Angie's List sole discretion.

It is the Company's sole responsibility to review and monitor any Consumer Content regarding the Company that is posted by Consumers and to submit responses it deems necessary to any Consumer Content. Angie's List does not have any obligation to provide a notice or update to the Company with respect to any new information or Consumer Content that it learns of or receives about the Company from its Consumers.

The Company has the sole responsibility of updating any and all of its information on the Website including, without limitation, the Company's description and profile information.

The Company agrees not to use or cause any robot, bot, spider, other automatic device, or computer program routine or manual process to monitor, duplicate, take, obtain, transfer, modify, use, reproduce, aggregate or copy Angie's List, any Consumer Content, any Consumer profiles, SP Content (including SP profiles) or any other content contained on the Website or any other publication of Angie's List. You shall not use or cause any device, software, or routine to interfere or attempt to interfere with the proper working of the Website.

The Company hereby represents and warrants to Angie's List that (a) all information provided to Angie's List by the Company is true, complete and accurate in all respects, and (b) the Company is authorized to submit information to Angie's List. Angie's List is authorized by the Company to rely upon the truthfulness,

***EXHIBIT B,  Page 11 of 15***

Angie's List Legal Center

completeness and accuracy of SP Content in order to serve its Consumers.

The Company acknowledges that the Website utilizes one or more website analytic services, including, without limitation, ClickTale, which may record mouse clicks, mouse movements, scrolling activity and text entered into the Website by users. These services do not collect personally identifiable information that is not voluntarily entered into the Website by the user. Angie's List uses the information collected by these service providers to improve the usability and other features of the Website. Users may choose to disable the ClickTale service at http://www.clicktale.net/disable.html.

The Company acknowledges that Angie's List will use the telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List in connection with registering with Angie's List to contact the Company with information regarding Angie's List. Angie's List agrees not to sell, trade, rent or share such information with any third parties. By providing a wireless phone number to Angie's List, Company agrees that Angie's List may call or send text messages to the wireless phone number for any purpose, including marketing purposes, using all methods now known and discovered in the future, including, but not limited to, auto-dialers, pre-recordings, and general telemarketing practices. Company agrees that these calls or text messages may be regarding the products and/or services that Company has previously purchased and products and/or services that Angie's List may market to me. Company acknowledges that this consent may be removed upon request.

To the extent a third party posts or submits any SP Content or manages the Company's profile or information on the Website, the Company hereby acknowledges and agrees that the Company shall remain fully responsible for any SP Content or information posted or submitted by such third party.

The Company agrees unless expressly authorized by Angie's List not to access, copy, duplicate use, reproduce, alter, modify, create derivative works, display, sell, re-sell, advertise or market with or otherwise exploit for any commercial, educational or other purpose any Consumer Content, any Consumer profiles, any SP profiles, or any other content from the Website or Angie's List, including, without limitation, any reviews or ratings or any other content contained in any Consumer Content.

Angie's List is the owner and/or authorized user of any trademark and/or service mark, including, without limitation, the name "Angie's List", appearing on the Website and is copyright owner or licensee of the content and/or information on the Website. By placing them on the Website, Angie's List does not grant the Company any license or other authorization to copy or use its trademarks, service marks, copyrighted material, or other intellectual property, except as provided herein.

Angie's List reserves the right to exercise any rights or remedies which may be available to it against the Company if the Terms and Conditions of this Agreement are violated by the Company. These remedies include, but are not limited to, revocation of (a) Super Service Awards (present & past) and any associated license, (b) advertising privileges, (c) use of the Services, or (d) appearances on the Website and/or any other appearances in any Angie's List's publication, and Company agrees that the exercise of one remedy shall not preclude the availability of any other remedy.

The Company understands and agrees that, because damages resulting from Company's breach of this Agreement are difficult to calculate, if it becomes necessary for Angie's List to pursue legal action to enforce the Terms and Conditions of this Agreement, the Company will be liable to pay Angie's List the following amounts as liquidated damages, which the Company accepts as reasonable estimates of Angie's List's damages for the specified breaches of this Agreement:

*EXHIBIT B,  Page 12 of 15*

Angie's List Legal Center

a. If the Company posts SP Content in violation of this Agreement, the Company agrees to promptly pay Angie's List One Thousand Dollars ($1,000) for each item of SP Content posted in violation of this Agreement. Angie's List may (but is not required) issue the Company a warning before assessing damages.

b. If the Company exploits for any purpose (commercial or otherwise) any Consumer Content, profiles of Angie's List members or any other information contained on the Website including, without limitation, ratings and/or reviews in violation of this Agreement, the Company agrees to pay Ten Thousand Dollars ($10,000) per report, record or review exploited.

c. If the Company uses or causes any robot, bot, spider, other automatic device or computer program routine or any manual process to monitor, duplicate, take, aggregate, obtain, modify, use, reproduce or copy any Consumer Content, any profiles of Angie's List members, SP content (including SP profiles) or any other content contained on the Website or in any other publication of Angie's List, the Company agrees to pay One Hundred Dollars ($100) for each report, record, review or other information that is monitored, duplicated, transferred, taken, obstructed, modified, used, reproduced, aggregated or copied.

d. Except as set forth in the foregoing subparagraphs (a) through (c), inclusive, the Company agrees to pay the actual damages suffered by Angie's List to the extent such actual damages can be reasonably calculated.

Notwithstanding any other provision of this Agreement, the Company reserves the right to seek the remedy of specific performance of any term contained herein, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in this Agreement, or any combination thereof.

THE COMPANY EXPRESSLY UNDERSTANDS AND AGREES THAT ANGIE'S LIST WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, COMPENSATORY, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF ANGIE'S LIST HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) (COLLECTIVELY, "DAMAGES"), RESULTING FROM: (A) THE USE OR INABILITY TO USE THE SERVICES; (B) THE COST OF ANY GOODS AND/OR SERVICES PURCHASED OR OBTAINED AS A RESULT OF THE USE OF THE SERVICES; (C) DISCLOSURE OF, UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR INFORMATION OR SP CONTENT; (D) SP CONTENT THE COMPANY MAY SUBMIT, RECEIVE, ACCESS, TRANSMIT OR OTHERWISE CONVEY THROUGH THE SERVICES OR THIS AGREEMENT; (E) STATEMENTS OR CONDUCT OF ANY CONSUMER OR OTHER THIRD PARTY THROUGH THE SERVICES; (F) ANY OTHER MATTER RELATING TO THE SERVICES; (G) ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST OR THE FAILURE OF ANGIE'S LIST TO PROVIDE THE SERVICES UNDER THIS AGREEMENT; (H) ANY CONSUMER CONTENT POSTED; OR (I) ANY OTHER DEALINGS OR INTERACTIONS THE COMPANY HAS WITH ANY SERVICE PROVIDER (OR ANY OF THEIR REPRESENTATIVES OR AGENTS). THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitations may not apply to the Company.

TO THE EXTENT ANGIE'S LIST IS FOUND LIABLE FOR ANYTHING RELATED TO THIS AGREEMENT OR THE USE OF THE SERVICES, ANGIE'S LIST'S LIABILITY FOR DAMAGES WILL NOT EXCEED ONE

***EXHIBIT B, Page 13 of 15***

Angie's List Legal Center

HUNDRED DOLLARS ($100.00).

This Agreement and the relationship between the Company and Angie's List will be governed by the internal laws of the State of Indiana, notwithstanding the choice of law provisions or conflict of law analysis of the venue where any action is brought, where the violation occurred, where the Company may be located or any other jurisdiction. The Company agrees and consents to the exclusive jurisdiction of the state or federal courts located in Indianapolis, Indiana and waives any defense of lack of personal jurisdiction or improper venue or forum non conveniens to a claim brought in such court, except that Angie's List may elect, in its sole discretion, to litigate the action in the county or state where any breach by the Company occurred or where the Company can be found. The Company agrees that regardless of any statute or law to the contrary, any claim or cause of action arising out or related to your use of the Service or this Agreement shall be filed within one (1) year after such claim or cause of action arose or will forever be barred.

In the event this Agreement is terminated, certain provisions of this Agreement will continue to remain in effect, including, but not limited to, Sections 4-7, 10, 19-26, and 28.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and each of their respective owners, officers, agents, managers, partners, employees, agents and representatives harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees (whether incurred in enforcing this Agreement or otherwise), made by any third party due to or arising out of the Company's use of Angie's List.

Angie's List may modify or restate the Terms and Conditions of this Agreement and such modification(s) will be effective immediately upon being posted on the Website. Angie's List will make note of the date of the last update to the Agreement on the first page of this Agreement. The Company is responsible for reviewing these terms and conditions regularly. The Company's continued use of the Services after such modifications will be deemed to be the Company's conclusive acceptance of all modifications to this Agreement.

The Company agrees that Angie's List shall be entitled to payment from the Company for any and all out-of-pocket costs, including, without limitation, attorneys' fees, incurred by Angie's List in connection with enforcing these Terms and Conditions and this Agreement or otherwise.

The Services may be subject to limitations, delays and other problems inherent in the use of the internet and electronic communications. Angie's List is not responsible for any delays, failures or other damage resulting from such problems.

This Agreement may not be re-sold or assigned by the Company. If the Company assigns, or tries to assign, this Agreement, such assignment or attempted assignment will be void and unenforceable. It will not be considered a waiver of Angie's List's rights if Angie's List fails to enforce any of the terms or conditions of this Agreement against the Company. In the event a court finds a provision in this Agreement to not be valid, the Company and Angie's List agrees that such court should incorporate a similar provision that would be considered valid, with all other provisions remaining valid in the Agreement. No joint venture, partnership, employment or agency relationship exists between the Company and Angie's List as a result of this Agreement or use of the Services.

The person agreeing to this Agreement and the Terms and Conditions on behalf of the Company hereby represents and warrants that he/she has the power and authority to bind the Company and that this Agreement and the Terms and Conditions constitutes a valid and binding agreement of the Company.

*EXHIBIT B,  Page 14 of 15*

Angie's List Legal Center

IF YOU DO NOT AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, YOU
MUST NOT USE THE SERVICES. BY USING THE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE
READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF THIS AGREEMENT AND YOU AGREE
TO BE BOUND BY THESE TERMS AND CONDITIONS.

Legal Center powered by PactSafe

Copyright © 2019, Angie's List

*EXHIBIT B,  Page 15 of 15*

file:///Server2012R2/...lte%20Pages/Angie's%20List%20Legal%20Center%20-%20SP%20User%20Agreement%20-%20version%202.0.html[7/15/2019 4:00:19 PM]

Exhibit A  Page 66

# EXHIBIT "C"

Angie's List Legal Center

# Angie's list.    Legal Center

**Privacy Policy**

Service Provider's User Agreement

Terms of Use

Projects Submission Customer Agreement

Advertising and Deals Agreement

Angie's List Mobile Alerts Terms and Conditions

## Privacy Policy

Version 1.0  (Current)

Effective April 7, 2017

Download

**Angie's List Privacy Policy**

*Last Modified February 13, 2017*

This Privacy Policy discloses our privacy practices and the possible uses of the information that we gather via http://www.angieslist.com/, our mobile application(s), and via other submissions by you to Angie's List (together, the "Site and Services"). By using the Site and Services you consent to the terms of this Privacy Policy. If you do not agree to the terms and conditions of this Privacy Policy, including having your personally identifiable information ("Personal Information" as defined below) used in any of the ways described in this Privacy Policy, you may not be able to use certain parts or features of our Site and Services, and in some instances, this may necessitate the revocation of your membership. Angie's List may update this Privacy Policy from time-to-time in our sole discretion. It is your responsibility to review the Privacy Policy for any changes each time that you use the Site and Services and you are bound by such changes. Your use of the Site and Services following us posting a new privacy policy on our Site signifies that you agree to and accept the Privacy Policy as modified.

This Privacy Policy applies to the entire Angie's List family of products and services, such as our online services, our print publications, our call center services, and other Angie's List products or services. This Privacy Policy is part of our Angie's List Membership Agreement, Terms of Use, and all other terms of using

*EXHIBIT C,  Page 1 of 8*

Angie's List Legal Center

our Site and Services.

**Information Collected**

Angie's List collects information on our users in various ways, such as, by your voluntary submissions, participation in services provided via the Site and Services, from third parties with your consent, and through cookie and other tracking technology. Angie's List collects the following information:

- *Personal Information*

"Personal Information" refers to information that tells us specifically who you are, such as your name, phone number, email, postal address, and possibly information relating to certain support or customer service issues. In many cases, we need this information to provide to you many of the services that you may have requested.

- *Cellular Phone Numbers*

By providing a cellular telephone number to us, you expressly consent to, and authorize us or a third party on our behalf to deliver autodialed or prerecorded telemarketing calls and/or text messages to the number you provide. You are not required to consent to these calls as a condition to purchasing any goods or services, but withholding your consent may prevent us from providing certain services to you. This consent encompasses all future autodialed or prerecorded telemarketing calls and text messages from us or a third party placing these calls on our behalf. You may revoke consent to receive text messages at any time by contacting Angie's List, including by texting STOP.

- *Submission of Reviews, Ratings, and Comments*

We collect information that you voluntarily provide as part of our Site and Services, including messages, posts, comments, responses, reviews, and ratings you submit through the Site and Services, ("User Generated Content"). Angie's List may in our sole discretion share your User Generated Content with others such as your business reviews. If you do not want certain information shared with others, you should not submit User Generated Content, or should not submit User Generated Content that contains information or Personal Information you do not want shared in this manner. Once You have submitted User Generated Content, we reserve the right to publish it in any medium to others.

- *Aggregate Information*

We may collect general, non-personal, statistical information about the use of the Site and Services, such as how many visitors visit a specific page on the Site, how long they stay on that page, and which hyperlinks, if any, they click on. This information represents a generic overview of our users, including their collective viewing habits, and allows us and other third parties to modify information, promotions, offers and/or discounts on products and services based on user traffic and behavior. We collect this information through the use of technologies such as 'cookies' and web beacons, which are discussed in greater detail below. We collect this information in order to help enhance the Site and Services to make for a better visitor experience.

- *Third Party Information*

We may supplement information you provide to us with information from other sources, such as information to validate or update your address, payment card or other demographic and lifestyle information. We use this information to help us maintain the accuracy of the information we collect, to enable us to fulfill our

**EXHIBIT C, Page 2 of 8**

file:///Server2012R2/...20Website%20Pages/Angie's%20List%20Legal%20Center%20-%20Privacy%20policy%20-%20version%201.0.html[7/15/2019 3:58:17 PM]

Exhibit A  Page 69

Angie's List Legal Center

products and services, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal business analysis or other business purposes consistent with our mission.

- *Cookies*

Angie's List may automatically collect non-personally identifiable information and data through the use of cookies. Cookies are small text files a website uses to recognize repeat users, facilitate the user's ongoing access to the website and facilitate the use of the website. Cookies also allow a website to track usage behavior and compile site usage information that will allow for the improvement of content and target advertising. Most browsers allow you to control cookies, including whether or not to accept them and how to remove them. You may set your browsers to notify you if you receive a cookie, or you may choose to block cookies with your browser. However, please be aware that some features of our Site and Services may not function or may be slower if you refuse cookies. You may also get cookies from our advertisers or other third parties with links on the Site as described below. We do not directly control these cookies. The use of advertising cookies sent by third party ad servers is standard in the Internet industry.

We may use the services of third parties to collect and use anonymous information about your visits to and interactions with our website through the use of technologies such as cookies to personalize advertisements for goods and services. To learn more, or to opt-out of

receiving online display advertisements tailored to your interests by our third party partners, visit the Digital Advertising Alliance Consumer Choice Page at http://www.aboutads.info/choices/.

- *Other Tracking Technologies*

Tracking technologies may record information such as Internet domain and host names; protocol (IP) addresses; browser software and operating system types; clickstream patterns; the MAC address or other technical information from your mobile device; location information through GPS, WiFi, Bluetooth, or similar technologies; and dates and times that our Site and Services are accessed. An IP address is a number that is automatically assigned to your computer whenever you are surfing the web. Web servers, the computers that 'serve up' webpages, automatically identify your computer by its IP address. The Site and Services may also use technology called "tracer tags". These may also be referred to as "Pixels", "Clear GIFs" or "Web Beacons". This technology allows us to understand which pages you visit on our Site and other ways you interact with our Site and Services, such as purchases made through the Site and Services. These tracer tags are used to help us optimize and tailor our Site and Services for you and other users of our Site and Services. We may link the information we record using tracking technologies to Personal Information we collect.

- *Do Not Track*

Do Not Track (DNT) is a privacy preference that users can set in some web browsers, allowing users to opt out of tracking by websites and online services. At the present time, the World Wide Web Consortium (W3C) has not yet established universal standards for recognizable DNT signals and therefore, Angie's List and the Site do not recognize DNT.

**Use of Information**

The information Angie's List collects is used in a variety of ways, including

*EXHIBIT C,  Page 3 of 8*

file:///Server2012R2/...20Website%20Pages/Angie's%20List%20Legal%20Center%20-%20Privacy%20policy%20-%20version%201.0.html[7/15/2019 3:58:17 PM]

Exhibit A  Page 70

Angie's List Legal Center

- for internal review;

- to improve the Site and Services;

- to optimize third-party offers of products and/or services;

- to verify the legitimacy of reviews and ratings;

- to notify you about updates to the Site and Services;

- to let you know about products, services, and promotions that you may be interested in;

- to get reviews and ratings;

- for our marketing purposes and the marketing of discounts offered through our Site and Services by service contractors or health care related providers (collectively "Service Providers");

- to fulfill and provide products and services, including personalized or enhanced services, requested by you; and

- internal business analysis or other business purposes consistent with our mission; and to carry out other purposes that are disclosed to you and to which you consent.

**Disclosures and Transfers of Information**

We do not disclose Personal Information to third parties, except when one or more of the following conditions is true:

- We have your permission to make the disclosure;

- The disclosure is necessary for the purpose for which the personal information was obtained;

- The disclosure is to the service provider from whom you purchased services through Angie's List's platform, including without limitation Big Deals, Storefronts, and project submissions;

- The disclosure is to financial service providers in order to fulfill and carry out the purchase and provision of goods and services requested by you;

- The disclosure is permitted by relevant law;

- The Personal Information to be disclosed is otherwise publicly available in accordance with the applicable law;

- The disclosure is reasonably related to the sale or other disposition of all or part of our business or assets;

- The disclosure is for our own marketing purposes (including, without limitation, for Angie's List to market services to you on third-party social media platforms such as Facebook) or, with your authorization, for the marketing purposes of third parties;

- The disclosure is combined with information collected from other companies and used to improve and personalize services, content, and advertising from us or third parties;

- The party to whom the disclosure is made controls, is controlled by, or is under common control with Angie's List;

*EXHIBIT C,  Page 4 of 8*

file:///Server2012R2/...20Website%20Pages/Angie's%20List%20Legal%20Center%20-%20Privacy%20policy%20-%20version%20201.0.html[7/15/2019 3:58:17 PM]

Exhibit A  Page 71

Angie's List Legal Center

- The disclosure is in our sole discretion necessary for the establishment or maintenance of legal claims or legal compliance, to satisfy any law, regulation, subpoena or government request, or in connection with litigation;

- The disclosure is in our sole discretion about users who we believe are engaged in illegal activities or are otherwise in violation of our Angie's List Membership Agreement, even without a subpoena, warrant or court order; or

- The disclosure is to outside businesses to perform certain services for us, such as maintaining our Site and Services, mailing lists, processing orders and delivering products and services, sending postal mail, processing claims for lost or stolen certificates, providing marketing assistance, confirming your identity for review integrity, and data analysis ("Administrative Service Providers"), including Administrative Service Providers outside the country or jurisdiction in which you reside.

Prior to sharing of your Personal Information with others, agreements are made between Angie's List and such outside parties to whom we are transferring data to provide for the allowable use and security of the transferred information in accordance with this Privacy Policy and applicable law. If Angie's List becomes aware that any such outside party is improperly using or disclosing Personal Information, it will notify that outside party and request that it take reasonable steps to cease such use or disclosure.

We may provide certain Personal Information as a service to others for their marketing purposes. We may also disclose your name and address to Service Providers when you submit User Generated Content relating to those Service Providers. If you properly notify us that you no longer want us to share your Personal Information, we will cease sharing your Personal Information. However, except as otherwise stated in this Privacy Policy, we do not directly control the third parties to which we share such Personal Information and you will need to further notify such third parties directly if you would like them to cease use of your Personal Information.

We may also disclose aggregate visitor data in order to describe the use of the Site and Services to our existing or potential business partners or other third parties, or in response to a government request. We may also share aggregated demographic and preference data with third parties to enable the provision of targeted information, promotions, offers and/or discounts on products and services.

**Choice: Accessing Your Information and Opt-in/Opt-out Requests**

To help you review, edit, and control how we use much of the information we collect about you, you can visit your "Manage My Accounts" webpage. On the "Manage My Accounts" webpage, you can update certain information and unsubscribe from receiving specific types of email messages and telephone calls, including autodialed or pre-recorded telemarketing calls placed by us or a third party on our behalf. You may also unsubscribe from our monthly digital magazine, which is a benefit that is included with your subscription. You cannot, however, unsubscribe from receiving certain emails, such as account status and billing related emails, unless you close your account and fulfill any existing contractual obligations.

You can also ask us whether we are keeping information about you; ask how your information is being used; ask us to update or correct your information; or opt-out of our collection and use of certain information by sending an email to helpdesk@angieslist.com or by writing us at Help Desk, Angie's List, 1030 E. Washington St., Indianapolis, IN 46202 specifying the nature and scope of your request. If you choose to opt-out of the collection and use of certain of your information, you understand that some services, may no

**EXHIBIT C,  Page 5 of 8**

Angie's List Legal Center

longer be available to you, potentially requiring the cancelation of your Membership. Please state in your correspondence the details of your request. We may require proof of your identity before we provide you with the requested information. We allow you to challenge the data that we hold about you and, where appropriate, you may have certain data erased, rectified, amended, or completed. Approved requests will be processed within ten (10) days of the date on which we receive the request.

**Data Security, Integrity, and Access**

The Personal Information you provide and we collect is stored within databases that we control directly or through our Administrative Service Providers. As we deem appropriate and as required by the applicable law, we use security measures appropriate for the sensitivity of the Personal Information and consistent with industry standards, including physical, organizational and technological protections, such as firewalls, to protect your Personal Information. We also use industry standard encryption technology to protect credit card and password information. However, since no security system is impenetrable, we cannot guarantee the security of our databases, nor can we guarantee that information you supply will not be intercepted while being transmitted to us over the Internet.

Personal Information may only be accessed by persons within our organization, our third party service providers who require such access to provide you with the services indicated above, or any other party that you have provided us with authorization to share such information with.

We retain Personal Information that we collect only as long as reasonably necessary to fulfill the purposes for which it was collected or to otherwise meet any legal requirements.

Your information may be transferred to, and maintained on, computers located outside of your state, province/territory, or country where the privacy laws may not be as protective as those where you live. If you are located outside the United States and choose to provide information to us, please be aware that we transfer Personal Information to the United States and process and store it there. As a result, this information may be subject to access requests from governments, courts, law enforcement officials and national security authorities in the United States according to its laws. Subject to the applicable laws, we will use reasonable efforts to ensure that appropriate protections are in place to maintain protections on the Personal Information. By submitting your Personal Information, you consent to having your personal data transferred to, processed, and stored in the United States. Angie's List may assign you a user ID and a password when you as part of your participation and access to the Site and Services. Your user ID and password may only be used by you and the members of your household. You may not share your user ID and password with anyone else, and you are solely responsible for maintaining and protecting the confidentiality of your user ID and password. You are fully responsible for all activities that occur under your user ID and password. You can access and update your login information on your "Manage My Accounts" webpage.

**Credit Card Information**

We may share credit card information with trusted third parties in order to bill you for our service. We use third parties for secure credit card transaction processing, and we send billing information to those third parties to process your orders and payments or to validate your credit card information on file. Credit card information is encrypted during transmission and whenever stored within our systems or with our vendors. In addition to utilizing encryption that meets the US Government's FIPS 140-2 Certification, we take care to store only the amount of information required to bill you for services.

*EXHIBIT C,  Page 6 of 8*

file:///Server2012R2/...20Website%20Pages/Angie's%20List%20Legal%20Center%20-%20Privacy%20policy%20 %20version%201.0.html[7/15/2019 3:58:17 PM]

Exhibit A  Page 73

Angie's List Legal Center

Our credit card processing vendors use security measures to protect your information both during the transaction and after it's complete. Credit card processing vendors are certified as compliant with multiple industry-standard compliance frameworks including the Payment Card Industry (PCI) Service Provider Level 1, the SSAE-16 audit standard.

**Third Party Websites and Links**

Please note that you may have cookies placed on your computer by third party websites that refer you to the Site. Although we do not share your Personal Information with these third party websites unless you have authorized us to do so, they may be able to link certain non-personally identifiable information we transfer to them with Personal Information they previously collected from you. Please review the privacy policies of each website you visit to better understand their privacy practices. In addition, Angie's List would like to inform you that anytime you click on links (including advertising banners), which take you to third party websites, you will be subject to the third parties' privacy policies. While we support the protection of our customer's privacy on the Internet, Angie's List expressly disclaims any and all liability for the actions of third parties, including but without limitation to actions relating to the use and/or disclosure of Personal Information by third parties.

Our Site and Services may contain links to other sites operated by third parties. Angie's List does not control such other sites and is not responsible for their content, their privacy policies, or their use of Personal Information. Angie's List's inclusion of such links does not, by itself, imply any endorsement of the content on such sites or of their owners or operators except as disclosed on the Site and Services. Any information submitted by you directly to these third parties is subject to that third party's privacy policy.

**Children's Privacy**

Angie's List does not intend the Site and Services to be used by individuals under the age of majority within the jurisdiction within which they reside without the supervision of a parent or guardian of majority age. Angie's List relies upon such parents or guardians to determine if the Site and Services is appropriate for the viewing, access, or participation by such individuals under the age of majority. If an individual under the age of majority uses the Site and Services, such individual may only use the Site and Services under the supervision of a parent or guardian of majority age.

We do not seek or knowingly collect any Personal Information about children under 13 years of age. If we become aware that we have unknowingly collected Personal Information from a child under the age of 13, we will make commercially reasonable efforts to delete such information from our database.

If you are the parent or guardian of a minor child who has provided us with Personal Information, you may contact us using the information below to request it be deleted.

**Governing Law; Visitors Residing Outside the United States**

This Privacy Policy and the privacy practices of Angie's List will be subject exclusively to the laws in which Angie's List provides its services.

**Your California Privacy Rights**

This privacy policy describes how we may share your information for marketing purposes. It applies to all Angie's List customers, including California residents:

*EXHIBIT C, Page 7 of 8*

Angie's List Legal Center

- We share information with others as more fully set forth above in *Disclosures and Transfers of Information*.
- We share your information with other parts of our business and with our service providers. See above: *Disclosures and Transfers of Information*.

**You may contact us with any questions, or to request a list of third parties to whom we may disclose information for marketing purposes and the categories of information we may disclose. See below: How to Contact us.**

**How To Contact us**

All requests, questions, concerns, or complaints about your Personal Information or this Privacy Policy, please contact our Privacy Officer by mail or email at the following:

Attn: Privacy Officer

Angie's List

1030 E. Washington St.

Indianapolis, IN 46202

E-mail: privacyofficer@angieslist.com

We welcome your questions and comments.

---

Legal Center powered by PactSafe
Copyright © 2019, Angie's List

*EXHIBIT C,  Page 8 of 8*

file:///Server2012R2/...20Website%20Pages/Angie's%20List%20Legal%20Center%20-%20Privacy%20policy%20-%20version%201.0.html[7/15/2019 3:58:17 PM]

Exhibit A  Page 75

COPY

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul T. Cullen, Esq., SBN 193575<br>The Cullen Law Firm, APC<br>19360 Rinaldi St., Box 647<br>Porter Ranch, CA 91326<br>TELEPHONE NO.: 818-338-8915     FAX NO.: 866-794-5741<br>ATTORNEY FOR (Name): Plaintiff PRO WATER SOLUTIONS | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br>SEP 06 2019<br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By _____, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

CASE NAME:
PRO WATER SOLUTIONS v. ANGIE'S LIST et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 19STCV31643 |
|---|---|---|
| ☑ Unlimited   ☐ Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10) |
| Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort | ☐ Other collections (09)<br>☐ Insurance coverage (18) | ☐ Mass tort (40)<br>☐ Securities litigation (28) |
| ☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23) | ☐ Other contract (37)<br>Real Property<br>☐ Eminent domain/Inverse<br>condemnation (14) | ☐ Environmental/Toxic tort (30)<br>☐ Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41) |
| Non-PI/PD/WD (Other) Tort<br>☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08) | ☐ Wrongful eviction (33)<br>☐ Other real property (26)<br>Unlawful Detainer | Enforcement of Judgment<br>☐ Enforcement of judgment (20)<br>Miscellaneous Civil Complaint |
| ☐ Defamation (13)<br>☑ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35) | ☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>Judicial Review<br>☐ Asset forfeiture (05) | ☐ RICO (27)<br>☐ Other complaint (not specified above) (42)<br>Miscellaneous Civil Petition<br>☐ Partnership and corporate governance (21) |
| Employment<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | ☐ Other petition (not specified above) (43) |

2. This case ☑ is  ☐ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties        d. ☑ Large number of witnesses
   b. ☑ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve               in other counties, states, or countries, or in a federal court
   c. ☑ Substantial amount of documentary evidence             f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary  b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action (specify): four (4)
5. This case ☑ is  ☐ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: September 5, 2019

Paul T. Cullen
_____        _____
(TYPE OR PRINT NAME)                             (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all
  other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*
**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic relations)*
 Sister State Judgment
 Administrative Agency Award *(not unpaid taxes)*
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

**CIVIL CASE COVER SHEET**

**Exhibit A  Page 77**

COPY

| SHORT TITLE: PRO WATER SOLUTIONS v. ANGIE'S LIST et al. | CASE NUMBER 19STCV31643 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

| This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court. |

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

BY FAX

| Applicable Reasons for Choosing Court Filing Location (Column C) |

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A | B | C |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death -- Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

| LASC CIV 109 Rev. 12/18<br>For Mandatory Use | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | Local Rule 2.3<br>Page 1 of 4 |

Exhibit A  Page 78

| SHORT TITLE: PRO WATER SOLUTIONS v. ANGIE'S LIST et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☑ A6009  Contractual Fraud | ① 2, 3, 6 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Exhibit A  Page 79

| SHORT TITLE: PRO WATER SOLUTIONS v. ANGIE'S LIST et al. | | | CASE NUMBER | |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment With Damages | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment With Damages | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

Exhibit A  Page 80

| SHORT TITLE: PRO WATER SOLUTIONS v. ANGIE'S LIST et al. | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: | ADDRESS: |
|---|---|
| ☒ 1. ☐ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7.  ☐ 8. ☐  9. ☐ 10. ☐ 11. | |

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ___Central___ District of the Superior Court of California, County of Los Ángeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: ___September 5, 2019___

_(signature)_

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

Exhibit A  Page 81

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Spring Street Courthouse<br>312 North Spring Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**09/06/2019**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: ____Steve Drew____ Deputy |
| NOTICE OF CASE ASSIGNMENT<br>UNLIMITED CIVIL CASE | |

| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>19STCV31643 |
|---|---|

THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | Yvette M. Palazuelos | 9 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record    Sherri R. Carter, Executive Officer / Clerk of Court

on 09/06/2019 _____    By _Steve Drew_____, Deputy Clerk
       (Date)

LACIV 190 (Rev 6/18)    **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

Exhibit A  Page 82

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

## VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**

**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

LACIV 230 (NEW)
LASC Approved 4-11
For Optional Use

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
|---|---|
| COURTHOUSE ADDRESS: | |
| PLAINTIFF: | |
| DEFENDANT: | |

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following*:

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

| LACIV 229 (Rev 02/15)<br>LASC Approved 04/11<br>For Optional Use | **STIPULATION – EARLY ORGANIZATIONAL MEETING** | Page 1 of 2 |
|---|---|---|

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at *www.lacourt.org* under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
   (INSERT DATE)                          (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____          ⮞ _____
(TYPE OR PRINT NAME)                             (ATTORNEY FOR PLAINTIFF)

Date:

_____          ⮞ _____
(TYPE OR PRINT NAME)                             (ATTORNEY FOR DEFENDANT)

Date:

_____          ⮞ _____
(TYPE OR PRINT NAME)                             (ATTORNEY FOR DEFENDANT)

Date:

_____          ⮞ _____
(TYPE OR PRINT NAME)                             (ATTORNEY FOR DEFENDANT)

Date:

_____          ⮞ _____
(TYPE OR PRINT NAME)                             (ATTORNEY FOR _____)

Date:

_____          ⮞ _____
(TYPE OR PRINT NAME)                             (ATTORNEY FOR _____)

Date:

_____          ⮞ _____
(TYPE OR PRINT NAME)                             (ATTORNEY FOR _____)

LACIV 229 (Rev 02/15)        **STIPULATION – EARLY ORGANIZATIONAL MEETING**        Page 2 of 2
LASC Approved 04/11

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:                    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER: |
|---|---|

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

The parties agree that:

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

        i.   File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii.  Include a brief summary of the dispute and specify the relief requested; and

        iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

        i.   Also be filed on the approved form (copy attached);

        ii.  Include a brief summary of why the requested relief should be denied;

LACIV 036 (new)<br>LASC Approved 04/11<br>For Optional Use **STIPULATION – DISCOVERY RESOLUTION** Page 1 of 3

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | | |

      iii.    Be filed within two (2) court days of receipt of the Request; and

      iv.    Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

    c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

    d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

    e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.  If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.  The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

    It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.  Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.  Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

**The following parties stipulate:**

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR PLAINTIFF)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR DEFENDANT)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                              (ATTORNEY FOR _____)

Exhibit A  Page 89

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:  
E-MAIL ADDRESS (Optional):    FAX NO. (Optional):  
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INFORMAL DISCOVERY CONFERENCE**<br>(pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:
   - ☐ Request for Informal Discovery Conference
   - ☐ Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (Insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (Insert date 20 calendar days following filing of the Request).

4. For a Request for Informal Discovery Conference, **briefly** describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, **briefly** describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.

LACIV 094 (new)  
LASC Approved 04/11  
For Optional Use

**INFORMAL DISCOVERY CONFERENCE**  
(pursuant to the Discovery Resolution Stipulation of the parties)

Exhibit A  Page 90

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:        FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

The parties agree that:

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

    a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

    b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

---

LACIV 075 (new) <br> LASC Approved 04/11 <br> For Optional Use      **STIPULATION AND ORDER – MOTIONS IN LIMINE**      Page 1 of 2

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

**The following parties stipulate:**

Date: _____

_____
(TYPE OR PRINT NAME)

Date: _____

➤ _____
(ATTORNEY FOR PLAINTIFF)

_____
(TYPE OR PRINT NAME)

Date: _____

➤ _____
(ATTORNEY FOR DEFENDANT)

_____
(TYPE OR PRINT NAME)

Date: _____

➤ _____
(ATTORNEY FOR DEFENDANT)

_____
(TYPE OR PRINT NAME)

Date: _____

➤ _____
(ATTORNEY FOR DEFENDANT)

_____
(TYPE OR PRINT NAME)

Date: _____

➤ _____
(ATTORNEY FOR _____)

_____
(TYPE OR PRINT NAME)

Date: _____

➤ _____
(ATTORNEY FOR _____)

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____)

**THE COURT SO ORDERS.**

Date: _____

_____
JUDICIAL OFFICER



# Superior Court of California, County of Los Angeles

**ALTERNATIVE DISPUTE RESOLUTION (ADR)
INFORMATION PACKAGE**

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS must serve this ADR Information Package on any new parties named to the action
with the cross-complaint.**

## What is ADR?

ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration and settlement conferences. When ADR is done by phone or computer, it may be called Online Dispute Resolution (ODR). These "alternatives" to litigation and trial are described below.

## Advantages of ADR

- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees and witness fees.
- **Keeps Control** with the parties: Parties choose their ADR process and provider for voluntary ADR.
- **Reduces stress/protects privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

## Disadvantages of ADR

- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR and litigation and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

## Main Types of ADR:

1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral "mediator" listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   Mediation may be appropriate when the parties
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   Mediation may not be appropriate when the parties
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

LASC CIV 271 NEW 03/19
For Mandatory Use
California Rules of Court, rule 3.221

LASC1

[illegible scanned text block]

3. **Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit http://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC):** MSCs are ordered by the Court and are often held close to the trial date. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit: www.lacourt.org/division/civil/settlement

Los Angeles Superior Court ADR website: www.lacourt.org/division/civil/settlement
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

LASC CIV 271 NEW 03/19
For Mandatory Use
California Rules of Court, rule 3.221

LASC2

Exhibit A  Page 94