# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-08704-ODW-SS | Date | February 10, 2020 |
|---|---|---|---|
| Title | *Pro Water Solutions, Inc. v. Angies List, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** **In Chambers**

In light of the Plaintiff's Notice of Withdrawal to Remand (ECF No. 22), Plaintiff's Motion to Remand (ECF No. 17.) is **DENIED AS MOOT.**

: 00

Initials of Preparer  SE