1
2
3
4
5

**Paul T. Cullen, Esq. (#193575)**
**THE CULLEN LAW FIRM, APC**
**19360 Rinaldi Street, Box 647**
**Porter Ranch, CA 91326**
**Tel: (818) 360-2529**
**Fax: (866) 794-5741**
**paul@cullenlegal.com**

6
7

Attorneys for Plaintiff
PRO WATER SOLUTIONS, INC., a California corporation

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11
12
13

PRO WATER SOLUTIONS, INC.
a California corporation, individually
and on behalf of itself, all others
similarly situated, and the general public,

14

    Plaintiff,

15

    v.

16

17
18
19
20

ANGIE'S LIST, INC., a Delaware
corporation; ANGI
HOMESERVICES INC., a Delaware
corporation, and DOES 1 through
10,

    Defendants.

21
22
23
24
25
26
27
28

Case No. 2:19-CV-08704-ODW
(SSx)

**(Class Action, Fed. R. Civ. P. 23,
Plaintiff Class)**

**FIRST AMENDED COMPLAINT
FOR DAMAGES**

**DEMAND FOR JURY TRIAL**

Plaintiff, PRO WATER SOLUTIONS, INC., on behalf of itself, all others similarly situated, and the general public (hereinafter "Plaintiff" or "PWS") files this First Amended Complaint against Defendants ANGIE'S LIST, INC., a Delaware corporation (hereinafter at times "Angie's List"), ANGI HOMESERVICES INC., a Delaware corporation, and DOES 1 to 10, inclusive (hereinafter collectively referred to as "Defendants").

The allegations set forth in this complaint are based upon the personal knowledge of Plaintiff as to its own acts, and upon information and belief as to all other matters, based upon, among other things, the investigation undertaken by its counsel from information that is publicly available.  Neither remaining Defendant has yet responded to formal discovery.

# I.

## GENERAL ALLEGATIONS

1.       Pursuant to Fed. R. Civ. Proc. 23, California Business and Professions Code ("B&PC") §§ 17200, et seq., and other statutory and common law as set forth below, PWS has filed this action, seeking class action treatment, to recover damages, penalties and restitution from Defendants for their violations of, *inter alia,* the aforementioned laws.

2.       The acts complained of herein have occurred, are presently occurring, and are expected to continue occurring, within the time period from four years preceding the filing of the original Complaint herein plus such periods of time for tolling of the applicable statutes of limitations, up to and through the time of trial for this matter (hereinafter, the "Relevant Time Period").

3.       Since about October 2017, and perhaps earlier, Defendants have been engaged in a pattern of fraudulent, deceitful and intentionally harmful activity in violation of both statutory and common law that has resulted in material losses to Pro Water Solutions, Inc. and the Plaintiff Class, defined below.

FIRST AMENDED COMPLAINT FOR DAMAGES

4.      Defendant Angie's List operates as an online resource for paid subscribers (Angie's List "Members") and website users among the general public ("Consumers") to assist them in locating and evaluating Service Providers like Plaintiff and other businesses.

5.      In addition to charging Angie's List Members a subscription and/or membership fee to use the site, Angie's List also charges Service Providers that seek to advertise their services on the Angie's List website.

6.      Service Providers like Plaintiff pay Angie's List upwards of $800 per month to be listed on the Angie's List website as a Service Provider in the hopes of obtaining business leads and new customers from Angie's List website users (hereinafter, the "User(s)").

7.      Angie's List Members and Consumers, who are the Users referred to in the preceding paragraph, may register with Angie's List and submit ratings and reviews based upon their experience with using a certain Service Provider.

8.      Information submitted by Users regarding their experiences with Service Providers is made available on the Angie's List website to enable other Users to determine which Service Provider to use for a particular service.

9.      Service Providers with an excellent rating on the Angie's List website have historically benefited from advertising on the Angie's List website, because Angie's List Members and Consumers consider Service Providers' ratings on the Angie's List when selecting a service provider for a particular project.

10.      Indeed, Angie's List historically appeared to have been quite scrupulous in assuring that the reviews and ratings of Service Providers on the Angie's List website were authentic reviews and not provided by relatives of Service Providers' personnel.

11.      Moreover, Angie's List also appeared to have scrutinized reviews and ratings to ensure that they were not from individuals who likely had not

actually used the services of an Angie's List Service Provider (e.g. a User whose comments and ratings emanated from a computer outside the geographic area serviced by the Angie's List Service Provider).

12.     For Plaintiff, which started advertising on the Angie's List website in or about March of 2011, Angie's List provided a tremendous source of quality business leads.

13.     After the economic downturn in 2009, the source of leads provided by Angie's List was a virtual lifeline for Plaintiff and other Angie's List Service Providers.

14.     Because of the quality of the leads generated by Angie's List, Plaintiff deemed the payment of upwards of $800 per month to Angie's List a reasonable investment to obtain solid business leads.

15.     Due in part to its excellent ratings on Angie's List, Plaintiff not only was able to weather the long economic downturn that began in 2009, but it expanded operations.

16.     Since 2011 until earlier this past year, Plaintiff was a registered Service Provider for the Angie's List website.

17.     To be a registered Service Provider, Plaintiff, and all other Service Providers have been required to and in fact have completed an online registration with Angie's List, which registration incorporates a hyperlinked document containing Angie's Lists Service Provider's User Agreement.

18.     Two separate Service Provider's User Agreements can be found on the Angie's List website.

19.     "Version 1.0," which is listed as having been effective April 7, 2017 to November 3, 2017 is attached hereto as Exhibit "A" and may be referred to hereinafter as SPUA 1.0.

20.     "Version 2.0 (Current)," which is listed as being effective November 3, 2017 is attached hereto as Exhibit "B" and may be referred to hereinafter as

SPUA 2.0.  Collectively SPUA 1.0 and SPUA 2.0 may be referred to as the SPUAs.

21.      Any person that wishes to become an Angie's List Service Provider appears to be required to agree with both the applicable SPUA and the Angie's List Privacy Policy a copy of which is attached hereto as Exhibit "C."

22.      Angie's List makes specific, uniform representations to Service Providers and to the public at large in both of the SPUAs regarding a variety of items.

23.      For purposes of this lawsuit, however, one of the key representations at issue relates to how Angie's List represents that it will treat telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List when Service Provider register online with Angie's list.

24.      Specifically, the SPUAs state as follows:

"The [Service Provider] Company acknowledges that Angie's List will use the telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List in connection with registering with Angie's List to contact the [Service Provider] Company with information regarding Angie's List. **Angie's List agrees not to sell, trade, rent or share such information with any third parties**." (*See* Exhibit A, p. 12 at the first full paragraph and Exhibit B, p. 12, at the second full paragraph. Emphasis added.)

25.      A second key representation in the SPUAs is that "Angie's List simply acts as a **passive conduit** and an interactive computer provider for the publication and distribution of Member Content and SP [i.e. Service Provider] Content." (*See* Exhibit A, p. 9 at the penultimate paragraph and Exhibit B, p. 9, at the final paragraph. Emphasis added.)

26.      As for when and where these false representations were made, they have been made at literally all times since at least since April 7, 2017, because

the exhibits attached hereto, in which the false representations can be found, have been continuously posted on the internet on the Angie's List website.

27.     As for where the representations were made, the answer is basically everywhere.  The representations that were made on Defendants' computer systems and servers, on Plaintiff's computers and cell phones, and on the computers and cell phones of the thousands of putative class members throughout the nation.

28.     In other words, since April 7, 2017, the Defendants' representations have been ubiquitous.

29.     As for who made these ubiquitous representations, at a minimum it was Defendant ANGIE'S LIST, INC., but, in light of the alter ego allegations set forth in further detail below, Plaintiff is informed and believes and thereupon alleges that these representations were also made by ANGI HOMESERVICES INC.

30.     Throughout this amended complaint, Plaintiff has also added allegations regarding specific conduct of ANGI HOMESERVICES INC. that contributed to the misrepresentation and fraud.

31.     Notwithstanding the foregoing specific and uniform written representations, upon which Service Providers are entitled to and do reasonably rely, Angie's List routinely engages in a practice whereby it sells, trades, rents or shares the aforesaid Private Information with third parties, not just with respect to Plaintiff, but with respect to all of its Service Providers throughout the United States.

32.     Although it is unknown precisely when Angie's List started engaging in this unlawful practice of selling, trading, renting or sharing the Private Information, it is believed to have begun shortly after IAC/INTERACTIVECORP, a Delaware corporation, acquired Angie's List in or about 2017, in a complicated

series of transactions, whereby Defendant Angie's List became a subsidiary of the newly created corporate Defendant ANGI HOMESERVICES INC.

33.     Perhaps not coincidentally, this change in practices coincides with the growing popularity of other "free" website rating services, such as Yelp.

34.     In what is a very clever scheme, Angie's List surreptitiously charges Plaintiff and the Service Provider Class Members between $8 to upwards of $90 per lead for the leads generated by the Angie's List website.

35.     It does not do so directly, as the Angie's List SPUAs have no contract terms that allow Angie's List to charge its Service Providers for the leads generated by the advertising dollars that Angie's List Service Providers pay Angie's List to be listed on the Angie's List website.

36.     Instead, whenever an Angie's List website User completes a questionnaire seeking a list of Service Providers on the Angie's List website, Angie's List secretly transfers the leads generated in this procedure, along with the Service Providers' Private Information, to another company that is a third-party to the contract between Angie's List and its Service Providers, but one that is also owned and/or controlled by Defendant ANGI HOMESERVICES, namely non-party HomeAdvisor, Inc.

37.     In other words, Angie's List and HomeAdvisor, companies that were former competitors, are now under the common ownership of Defendants ANGI HOMESERVICES.

38.     In secretly transferring these leads to HomeAdvisor, Angie's List provides HomeAdvisor with the very information about the Service Provider that Angie's List specifically agreed in its SPUAs "not to sell, trade, rent or share… with any third parties[,]" namely "the telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List in connection with [a Service Provider] registering with Angie's List…."

FIRST AMENDED COMPLAINT FOR DAMAGES

39.     Thus, if an Angie's List Service Provider also has a membership with HomeAdvisor, as is the case with the Plaintiff here, whenever an Angie's List User logs into the Angie's List website seeking to hire a service professional, the lead generated from the data the Angie's List User puts into the Angie's List website interface is automatically and instantaneously transferred to HomeAdvisor, along with the Angie's List Service Provider's(/Providers') contact information.

40.     HomeAdvisor then immediately sends the User's information out to multiple service providers (typically at least four service providers), immediately debiting each such service provider between $8 to upwards of $90 per lead upon transmission of said lead.

41.     The profits obtained from this deceptive process create a direct financial benefit for Defendant ANGI HOMESERVICES INC., which counts the revenues of both ANGIES' LIST, INC. and HomeAdvisor, as part of its own income in public filings such as its 10-Ks.

42.     The process by which this information is transferred is fully automated and nearly instantaneous, demonstrating the calculated nature of the scheme to defraud.

43.     In a single website interaction by an Angie's List User seeking a Service Provider, Angie's List and the defendant companies that own and/or control Angie's List and HomeAdvisor, not only derive income from the monthly advertising fees paid by Angie's List Service Providers, like Plaintiff, they also surreptitiously derive substantial additional income from fees foisted upon the Angie's List Service Providers under the guise of said fees being for leads coming from HomeAdvisor (and not coming from Angie's List's website).

44.     Of course, the Defendants derive additional revenues from the multiple additional service providers to whom HomeAdvisor disseminates leads

derived from Angie's List, and it disseminates these leads to service providers who may not even be registered Angie's List Service Providers.[1]

45.     Angie's List Service Providers, like Plaintiff, are provided no information by HomeAdvisor suggesting that the HomeAdvisor lead was generated by the Angie's List website.

46.     The economics of the transactions render the fraud nearly undetectable.

47.     From the Angie's List Service Providers' perspective, they do not expect to be charged by Angie's List for leads generated by the Angie's List website, as there is no contractual agreement requiring the Service Providers to make any such per lead payments.

48.     In contrast, however, if an Angie's List Service Provider is also a service provider for HomeAdvisor, that service provider would expect to pay per lead for the leads received from HomeAdvisor.

49.     Thus, Angie's List Service Providers reasonably, but nonetheless incorrectly, assume that the per lead fees they pay to HomeAdvisor are for leads are actually derived from HomeAdvisor and not derived from Angie's List (and, in turn, "redirected" to HomeAdvisor from Angie's List).

50.     From the perspective of an Angie's List User, who puts data into the Angie's List website interface (filling out a step-by-step questionnaire) in order to elicit a list of recommended Angie's List Service Professionals, the Angie's List website Users are typically contacted directly by telephone or email by at least one of the Angie's List Service Providers listed on the Angie's List website interface after the User has completed the questionnaire.

51.     Since neither Angie's List nor HomeAdvisor charge their website users any fees to use their websites to locate service providers, users typically have

---

[1] That means that registered Angie's List Service Providers, who are not also service providers registered with HomeAdvisor are being placed in competition with HomeAdvisor registered service providers, who have not paid for the advertising on the Angie's List website that created the customer lead in the first place, which is objectively unfair.

little or no interest in the fees that are being charged to the service providers behind the scenes.

52.     Unless after having completed the Angie's List website questionnaire, an Angie's List website User were to specifically ask the Angie's List Service Provider(s) that contacted the User if the Service Provider(s) was(/were) provided the User's information from Angie's List (and not from HomeAdvisor), the User would have no idea that the information that the User put into the Angie's List website interface had been surreptitiously transferred to HomeAdvisor for a fee.

53.     By making this process by which Angie's List Users obtain a list of Service Providers from its website to be virtually opaque, Angie's List and its codefendants have been able to perpetrate a massive fraud upon their Service Providers.

54.     It was only when Plaintiff noticed that the Angie's List website seemed to have become ineffective as a means of advertising, that Plaintiff began to wonder why it was paying for advertising on the Angie's List website at all, particularly when it was paying Angie's List over $10,000 per year.

55.     Through investigation, Plaintiff learned that Angie's List website Users seeking contractors in the water treatment business (the area of specialty for Plaintiff) would be given a list of potential Service Providers.  Angie's List simultaneously (i.e. within seconds) shared the information about that same Angie's List website User and corresponding Angie's List Service Providers' Private Information, including that of Plaintiff and members of the Nationwide Class (defined below) with HomeAdvisor.  As a result of the sharing, HomeAdvisor contacted Plaintiff about this Angie's List website User and charged Plaintiff for that information.  In a voicemail message left with Plaintiff, a mechanically generated voice informed Plaintiff that he had received a lead from HomeAdvisor, even though the lead was actually from an inquiry made on the Angie's List's website. Thus, Plaintiff was charged twice for the same lead, once

by Angie's List for Plaintiff's subscription and again by HomeAdvisor for the "tip" or "lead" which originated from Angie's List.  Plaintiff observed this process occur on several occasions.

56.     Given the instantaneous and automated nature of this lead "redirection" Plaintiff observed, and not perceiving that defendants were specifically targeting Plaintiff alone, Plaintiff concluded that the same "redirection" of leads from Angie's List to HomeAdvisor has happened and continues to happen with all Service Providers that are Service Providers for both Angie's List and HomeAdvisor, such as Plaintiff.

57.     When Plaintiff learned that leads, i.e. leads that rightfully should have come directly to Plaintiff, were instead "redirected" from Angie's List to HomeAdvisor, he complained to HomeAdvisor.

58.     A HomeAdvisor agent, who represented herself to be a supervisor, called the process a "redirection to an affiliate," and told Plaintiff that having one's business leads redirected (from Angie's List to a third party in direct violation of the Angie's List SPUAs) is simply "a risk factor with advertising."

59.     Plaintiff vehemently disagrees.

60.     Agreeing to advertise on a website pursuant to a written contract does not justify the kind of fraud perpetrated by the defendants herein by "redirecting" customer leads to third parties, particularly when this "redirection" is in clear breach of material terms of the written contract between the parties and when Plaintiff's pockets are pilfered in the process.

61.     Indeed, it appears that, instead of ANGIES' LIST, INC. providing Plaintiff and the Nationwide Class Members with a website that is designed to provide a benefit to its advertisers, ANGIES' LIST, INC. and ANGI HOMESERVICES INC. have designed the website to be a lead generation tool for another ANGI HOMESERVICES INC.'s subsidiary, namely HomeAdvisor.

62.     That is to say that the Angie's List website is now designed to drive business away from itself, and instead direct it to an ANGI HOMESERVICES INC.'s subsidiary, so that that ANGI HOMESERVICES INC. can profiteer from charging ANGIES' LIST, INC.'s Service Providers twice.

63.     Thus, instead of being a "passive conduit" of Service Provider content, as ANGIE'S LIST, INC. has consistently represented itself to be in the SPUAs, Plaintiff is informed and believes and thereon alleges that ANGIES' LIST, INC. and ANGI HOMESERVICES INC. together surreptitiously redesigned the Angie's List website to be an active conduit, driving business and revenue to HomeAdvisor, without any corresponding consideration being provided to ANGIE'S LIST, INC.

64.     It would make no logical business sense for Defendant ANGIES' LIST, INC. to send all of the information culled from its online questionnaires (described below) to a former competitor like HomeAdvisor, unless, once ANGIE'S LIST, INC. and HomeAdvisor were under the joint ownership of ANGI HOMESERVICES INC., ANGI HOMESERVICES INC. derived additional income by secretly making the Angie's List website an active conduit to drive business to HomeAdvisor and double dip, as it were.

65.     There is no doubt that the per lead fees ANGI HOMESERVICES INC. allowed HomeAdvisor to charge the Angie's List Service Providers, created substantial profits that are regularly reported as part of ANGI HOMESERVICES INC.'s income stream, as set forth in ANGI HOMESERVICES INC.'s public filings with the United States Securities and Exchange Commission (the "SEC").

66.     Moreover, were ANGI HOMESERVICES INC. to have disapproved of this practice, as it is the 100% owner of HomeAdvisor, it could have put an end to this fraudulent practice immediately, yet it has done nothing to reveal the true nature of the current version of the Angie's List website.

67.     ANGIES' LIST, INC. and ANGI HOMESERVICES INC. have also specifically designed the Angie's List website to drive website users to use its search function, which in turn, requires website users to fill out a questionnaire, which extracts information to be combined with the Service Providers' Private Information, which is in turn improperly "shared" with HomeAdvisor.

68.     With the exception of one step in the questionnaires (i.e. whether one puts one's name, address, and telephone number into a single webpage form or whether one puts it into a series of webpage forms), the questionnaires on the Angie's List website and the HomeAdvisor website are identical, by design.

69.     Except for the Angie's List name being on the https://www.angieslist.com/ website, the website is virtually indistinguishable from HomeAdvisor's website (https://www.homeadvisor.com/) at first glance, and it appears that Angie's List Website users are actually using the HomeAdvisor search engine.

70.     A screenshot of the Angie's List website from today appears below.



/ / /

71.     A screenshot of the HomeAdvisor website from today appears below.



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FIRST AMENDED COMPLAINT FOR DAMAGES

72.     The screenshot below shows, side-by-side, the results of the questionnaire process on the two websites and demonstrates how they are not just functionally identical, but also how they are similar in wording and appearance.  Moreover, the results from the two searches conclude with the same service provider being recommended.



73.     In fact, in the February 27, 2020 Form 10-K that ANGI HOMESERVICES INC. filed with the SEC, ANGI HOMESERVICES INC. explained that, "Matches made through HomeAdvisor platforms and paths and various third-party affiliate platforms are made by way of HomeAdvisor's proprietary algorithm, based on several factors (including the type of services desired, location and the number of service professionals available to fulfill the request)." (*See* ANGI HOMESERVICES INC.  February 27, 2020 Form 10-K, available at *http://ir.angihomeservices.com/node/8521/html*)

74.     In its description of Consumer Services provided by ANGI HOMESERVICES INC. in the February 27, 2020 Form 10-K, ANGI HOMESERVICES INC. readily acknowledges that, "Consumers can submit a

request to be matched with a Marketplace service professional through the **HomeAdvisor** and Handy platforms, as well as through certain paths on the Angie's List platform and various third-party affiliate platforms." (Id. at p. 3, emphasis added.)

75.    In that same 10-K, ANGI HOMESERVICES INC. admits that, "When consumers choose to be matched with a service professional [on the Angie's List website], **HomeAdvisor's proprietary algorithm** will determine where a given service professional appears within the related results." (Id. at p. 5, emphasis added.)

76.    There is little doubt that ANGI HOMESERVICES INC. created, approved and used this so-called "proprietary algorithm" that it describes in its 10-K to facilitate the fleecing of the Angie's List Service Providers, driving up ANGI HOMESERVICES INC.'s profits.

77.    ANGI HOMESERVICES INC. has basically taken the prior goodwill associated with the Angie's List business and website and the existing base of Members, Users and Service Providers, and, by reengineering the Angie's List website to drive all the website user lead information (along with the Service Provider Private Information) to its other subsidiary, HomeAdvisor, it has been able to augment its profits in face of competition from apparently "free" websites such as Yelp.com.

78.    As such, ANGI HOMESERVICES INC. pulled a bait and switch on all existing consumer and Service Provider members, as well as future consumers, who believed that ANGIE'S LIST, INC. was providing the same service it always had, when, in fact, the business scheme was dramatically changed, despite ongoing representations and membership contract renewals that indicated users were paying for the same service they had always had.

79.     In 2019, as Plaintiff came to believe its advertising with Angie's List had become virtually worthless, and it was not inclined to sign on for another year of advertising with Angie's List.

80.     Viewed in light of the foregoing, Plaintiff's advertising had indeed become worthless, as ANGI HOMESERVICES INC. had deliberately altered the services provided by ANGIE'S LIST, INC. through the Angie's List website, which was that of a passive platform for consumers to find and review service providers.

81.     Also, in light of the foregoing, without a concurrent subscription to HomeAdvisor's lead services, where ANGIE'S LIST, INC. forwards all searches through the Angie's List website, it appears that the term-based advertising paid for by Plaintiff and Class Members to advertise on the Angie's List website is useless.

82.     Since plenty of free review webservices are now offered elsewhere (e.g. Yelp), and since the value of the term-based advertising contracts that Service Providers like Plaintiff had with ANGIE'S LIST, INC. has been actively undermined by this "redirection" scheme, it should be observed that without a HomeAdvisor advertising contract, Plaintiff and members of the Class has become just another name on a long list of other service providers, with a substantially diminished chance of being selected by a website User for a job.

83.     A couple of months before Plaintiff's term for advertising on the Angie's List website was about to expire in 2019, Angie's List agents began to hound Plaintiff, pressuring it to renew.

84.     To amplify the pressure on Plaintiff, Angie's List took Plaintiff's information off its website before the end of Plaintiff's annual advertising term, in direct breach of Angie's List obligation to provide the advertising for which Plaintiff had already paid.

85.     Defendant Angie's List even debited Plaintiff's credit card for a month when Plaintiff's information was not advertised on its website.

86.     When Plaintiff disputed the debit through his credit card, in a classic shake down tactic designed to keep Plaintiff paying for Defendant Angie's Lists "services," Defendant Angie's list began threatening Plaintiff, in writing, with sending Plaintiff's account to third party collections and adversely affecting Plaintiff's credit rating.

87.     Even at the time the original Complaint herein was filed, Defendant Angie's List continued to threaten Plaintiff with adverse consequences (including, but not limited to collection) if Plaintiff did not pay for advertising services that Angie's List failed to provide in conformity with its contractual obligations.

88.     As such, Defendant Angie's List along with debt collection firms, whose identities are not presently known, are engaged in meritless debt collection practices, seeking to coerce Plaintiff and Class Members into either

     a.  paying for services that have not been provided, or

     b.  continuing to pay defendants to remain listed as Service Providers on the Angie's List website, notwithstanding the illusory value of the same.

## II.

## JURISDICTION AND VENUE

89.     The United States District Court for the Central District of California is the proper court for this action, as the action was properly removed from the Los Angeles Superior Court pursuant to the Class Action Fairness Act of 2005 (28 U.S.C. Sections 1332(d), 1453, and 1711-1715. This Court has personal jurisdiction over this matter, because Defendants do business in the State of

California and the County of Los Angeles, and a substantial portion of Defendants' obligations and liability arise herein.

## III.

## PARTIES

NAMED PLAINTIFF

90.     Plaintiff PWS is a California corporation that, at all relevant times mentioned in this complaint, has been domiciled in the State of California.

DEFENDANT ANGIE'S LIST, INC.

91.     Defendant ANGIE'S LIST, INC., is a corporation organized and existing under the laws of the State of Indiana with its principal place of business located at 1030 East Washington Street, Indianapolis, Indiana 46202, and it is a wholly owned subsidiary of Defendant ANGI HOMESERVICES INC.

DEFENDANT ANGI HOMESERVICES INC.

92.     Defendant ANGI HOMESERVICES INC. is a corporation organized and in existence under the laws of the State of Delaware with its principal place of business located at 14023 Denver West Parkway, Building 64, Golden, Colorado 80401.

93.     ANGI HOMESERVICES INC., in turn, is a subsidiary of IAC/INTERACTIVECORP, which holds 98% of the voting power in ANGI HOMESERVICES INC., designates 80% of ANGI HOMESERVICES INC.'s board members, and performs a multitude of services for ANGI HOMESERVICES INC. that are integral to ANGIE'S LIST, INC.'s operations.

DOE DEFENDANTS

94.     The true names and capacities of the defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiffs, who therefore sue such defendants by such fictitious names. Each of the defendants designated herein as a DOE is legally responsible in some manner for the

unlawful acts referred to herein. Plaintiffs will seek to add to this Complaint the actual names, capacities and roles of the DOE defendants when such identities become known.

95.     Excluded from the nationwide Class and the Subclasses are the following: Defendants, any entity in which any Defendant has a controlling interest, and each Defendant's officers, directors, affiliates, legal representatives, employees, co-conspirators, successors, subsidiaries, and assigns; governmental entities; and, any judge or magistrate presiding over this action, as well as their immediate family members.

### III.
### ALTER EGO ALLEGATIONS

96.     Defendant ANGI HOMESERVICES INC. exerts pervasive operational control over defendant ANGIE'S LIST, INC.

97.     Indeed, ANGI HOMESERVICES INC. has engaged in acts that warrant the imposition of alter ego status with respect to ANGIE'S LIST, INC., including a number of factors as set forth in *Associated Vendors, Inc. v. Oakland Meat Co.* (1962) 210 Cal. App. 2d 825.

98.     Specifically, as set forth above, ANGI HOMESERVICES INC. has utilized ANGIE'S LIST, INC. and its website as an instrumentality for a single venture or business, which is comprised of ANGI HOMESERVICES INC. itself and ANGIE'S LIST, INC., which ANGI HOMESERVICES INC. describes as simply a brand used by ANGI HOMESERVICES INC. to drive in revenues.

99.     As set forth above, ANGI HOMESERVICES INC. and ANGIE'S LIST, INC. have disregarded legal formalities, acting contrary to the financial interests of ANGIE'S LIST, INC. by diverting a massive amount of business, perhaps all of the consumer business from the Angie's List website Users to a

third party, namely HomeAdvisor, with no corresponding payment to ANGIE'S LIST, INC. for the same.

100.    Indeed, the scheme described herein is the epitome of one corporate entity being utilized by its parent to provide labor and services for a separate entity without compensation.

101.    Moreover, by the conduct described above, i.e. ANGI HOMESERVICES INC. and ANGIE'S LIST, INC. surreptitiously driving all consumer leads away from the Angie's List website, these defendants have made advertising on the Angie's List redesigned website virtually useless, thus jeopardizing the entire revenue stream for ANGIE'S LIST, INC. and placing it at real risk of insolvency, which, in turn, would promote injustice.

102.    Failure to impose alter ego status with respect to these two Defendants would improperly sanction a fraud, which is also a factor under *Associated Vendors*.

103.    In documents publicly filed with the SEC, ANGI HOME SERVICES INC. routinely refers to ANGIE'S LIST, INC. as one of its digital home service brands, and it combines accounting for ANGIE'S LIST, INC. with that of nonparty HomeAdvisor and itself. As such, it is reasonable to conclude that ANGI HOMESERVICES INC.'s managing agents are both intimately familiar with and in actual control of the business operation of both ANGIE'S LIST, INC. and nonparty HomeAdvisor, but with the details of their business operations, and the aspects of those operations at issue herein.

104.    In light of the foregoing, all of which has been adduced without the assistance of formal discovery responses, joint and several liability is appropriately asserted in the causes of action set forth below.

/ / /

# IV.

# TOLLING OF THE STATUTE OF LIMITATIONS

**Discovery rule tolling**

105.   Without significant, detailed investigation, Plaintiff and Plaintiff Class had no way of knowing about the Defendants' scheme to deceive and defraud Plaintiff and the Plaintiff Class.

106.   Defendants offered leads to Plaintiff and Plaintiff Class through HomeAdvisor while concealing the fact that the leads had originated via the Angie's List website, where Plaintiff and Plaintiff Class had active, paid, advertising subscriptions.

107.   Within the period of any applicable statutes of limitation, Plaintiff and members of the proposed Class could not have discovered, through the exercise of reasonable diligence, that the defendants were concealing the conduct complained of herein.

108.   Plaintiff and the other Plaintiff Class did not discover and did not know of facts that would have caused a reasonable person to suspect, that the Defendants were engaged in the scheme, nor would a reasonable and diligent investigation have readily disclosed the true facts.

109.   For these reasons, all applicable statutes of limitation have been tolled by operation of the discovery rule with respect to the claims set forth herein.

**Fraudulent Concealment Tolling**

110.   All applicable statutes of limitation have also been tolled by the Defendants' knowing and active fraudulent concealment and denial of the facts alleged herein throughout the period relevant to this action.

**Estoppel**

111.　　　The defendants were under a continuous duty to disclose to plaintiff and Plaintiff Class the true character, quality, and nature of the membership arrangement and the relationship between Angie's List and HomeAdvisor, as described herein.

112.　　　Based on the foregoing, the defendants are estopped from relying on any statutes of limitations in defense of this action.

# IV.
## CLASS ACTION ALLEGATIONS

113.　　Pursuant to Fed. Rules Civ. Proc., Rule 23, this action is brought and may be properly maintained as a class action. This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

**Class and Subclass Definitions:**

114.　　Plaintiff brings this suit as a proposed class action on behalf of a **Nationwide Class** of persons defined as follows:

Any persons, whether individuals or business entities, that, at any time during the past four years, plus such additional time as the statutes of limitations are deemed to have been tolled, have registered as Service Providers with Angie's List to advertise or otherwise promote their business in the United States using the Angie's List website.

115.　　Any person that is a member of the above-defined Class may hereinafter be referred to as a Class Member.

116.　　**Subclass Definitions:**  Plaintiff also seeks to certify three subclasses, which subclasses are defined as follows:

The **Nationwide HomeAdvisor Subclass:**  Any Class Member that has also contracted to be a service provider member of HomeAdvisor, Inc. to advertise or otherwise promote the Class Members business with HomeAdvisor, Inc.;

The **California Subclass:**  Any Class Member that is either based in or advertising with Defendants for services to be performed in California; and,

The **California HomeAdvisor Subclass:**  Any HomeAdvisor Subclass Member that is either based in or advertising with Defendants for services to be performed in California.

117.  <u>Numerosity</u>: The potential membership in the class and subclass is so numerous that joinder of all members is impractical. While the exact number of members in the class and subclasses is presently unknown to Plaintiff, based on the representations made by defendant ANGI HOMESERVICES INC. in its most recent 10Q filed with the SEC on August 9, 2019, Plaintiff estimates membership in the Class to exceed 36,000 and each of the subclasses to exceed 15,000. The exact number and specific identities of the members of the Class may be readily ascertained through inspection of Defendants' business records.

118.  <u>Questions of Law or Fact Common to the Class</u>: Numerous questions of law and/or fact are common to all members of the Class (and that these common questions predominate over any individual issues), including, without limitation:

    a.  Whether Defendant Angie's List's conduct in transferring to third parties, including non-party HomeAdvisor, the leads and Service

Provider information that have been generated on the Angie's List website constitutes a breach of contract, as set forth below;

b. Whether Defendant Angie's List's conduct in transferring to third parties the leads and Service Provider information that have been generated on the Angie's List website constitutes a violation of applicable statutory laws, including but not limited to unlawful, unfair and fraudulent business acts as well as false and misleading advertising, as set forth below;

c. Whether Defendant Angie's List's conduct in transferring to third parties the leads and Service Provider information that have been generated on the Angie's List website constitutes a violation of applicable common law, including, but not limited to fraud and/or fraudulent concealment, as set forth below;

d. Whether the Defendants herein unlawfully profited from Defendant Angie's List's conduct in transferring to third parties the leads and Service Provider information that have been generated on the Angie's List website;

e. Whether ANGIES' LIST, INC. and ANGI HOMESERVICES INC. surreptitious redesign of the Angie's List website, resulting in the double charging of Angie's List's Service Providers for advertising, constitutes a violation of applicable common laws and statutory laws, including but not limited to unlawful, unfair and fraudulent business acts as well as false and misleading advertising, as set forth below;

f. Whether the wrongful conduct alleged herein is in violation of state enacted consumer protection acts, state enacted unfair trade practices, and/or common law.

g.  Whether the members of the Class and Subclasses are threatened with irreparable harm and/or are entitled to injunctive and other equitable relief.

h.  Whether the members of the Class and Subclasses are entitled to payment of damages plus interest thereon

119.    <u>Typicality</u>: Plaintiffs claims are typical of the claims of all members of the Class and Subclasses it seeks to represent. Defendants treated both Plaintiff and all members of the Class and Subclasses in a virtually identical manner with respect to the violations of law asserted herein. These violations of law arise out of Defendants' common course of conduct in, *inter alia,* Defendants' deceitful business practices with respect to the Angie's List advertising agreements and its membership services. Plaintiffs and the other members of the Class and Subclasses have sustained economic injuries arising from the conduct of Angie's List, and the relief sought is common to each member of the Class.

120.    <u>Adequacy</u>: Plaintiff will fairly and adequately protect the interests of the members of the Class it seeks to represent. Plaintiff is an adequate representative of the Class because it is a member of the Class and Subclasses and its interests do not conflict with the interests of the members of the Class it seeks to represent. Moreover, Plaintiff has retained counsel competent and experienced in the prosecution of complex class actions, and Plaintiff and its counsel intend to prosecute this action vigorously for the benefit of the Class. The interests of the Plaintiff Class will be fairly and adequately protected by Plaintiff and its counsel.

121.    <u>Superiority</u>: This action is properly brought as a class action not only because the prerequisites of Rule 23 and common law related thereto are satisfied (as outlined above), but also because of the following:

FIRST AMENDED COMPLAINT FOR DAMAGES

a.  The prosecution of separate actions by or against individual members of the Class would create risk of inconsistent or varying adjudications with respect to individual members of the Class which would establish incompatible standards of conduct for the party opposing the Class;

b.  Adjudications with respect to individual members of the Class would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudications or substantially impair or impede their ability to protect their interests;

c.  Defendants have acted or refused to act on grounds generally applicable to all members of the Class, making declaratory relief appropriate with respect to all of the Class;

d.  Questions of law or fact common to the members of the Class predominate over any questions affecting only individual members; and,

e.  Class action treatment is superior to other available methods for the fair and efficient adjudication of the controversy.

## V.

## INDIVIDUAL CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### (Breach of Contract)

### (By the Nationwide Class and All Subclasses Against All Defendants)

122.   Plaintiff incorporates herein by this reference all of the paragraphs previously set forth in this Complaint, as though the same were fully set forth herein.

FIRST AMENDED COMPLAINT FOR DAMAGES

123.    Plaintiff and Defendant Angie's List entered into a contract whereby Plaintiff could utilize Angie's List website advertising and lead generation services in consideration of monthly and/or annual payments for the service.

124.    Plaintiff paid for all, or substantially all of the services Angie's List promised to provide.

125.    Defendant breached the terms of the contract(s) by (A) selling, trading, renting or sharing the Plaintiff's and the Class Members' Private Information with third parties, including but not limited to HomeAdvisor, Inc. and by (B) deliberately sending leads to HomeAdvisor rather than directly to Plaintiff or the plaintiff Nationwide Class and all Subclasses, thus rendering the payments made to Angie's List a complete waste of money and permitting non-party HomeAdvisor, Inc. to solicit and charge Plaintiff and Plaintiff Class additional money for leads for which Plaintiff and the Plaintiff Class and Subclasses had already paid.

126.    Defendants further breached their contract(s) with Plaintiff and the Nationwide Class, including breaching the implied terms thereof of good and fair dealing, by surreptitiously redesigning the Angie's List website as described hereinabove.

127.    Defendants further breached their contract(s) with Plaintiff by taking Plaintiff's information off the Angie's List website before the term for advertising had expired, as described above at ¶¶ 83- 87.

128.    Plaintiff, the Nationwide Class and all Subclasses were harmed and suffered damages as a result of Defendants' breaches of contract.


/ / /


/ / /

## SECOND CAUSE OF ACTION

### (Fraudulent Misrepresentation)

### (By the Nationwide Class and All Subclasses Against All Defendants)

129.    Plaintiff incorporates herein by this reference all of the paragraphs previously set forth in this Complaint, as though the same were fully set forth herein.

130.    Defendant ANGIE'S LIST, INC. and ANGI HOMESERVICE INC., as its alter ego herein, represented to Plaintiff that an important fact was true, i.e. that Angie's List would not to sell, trade, rent or share Plaintiff's or the Plaintiff Class' Private Information with any third parties.

131.    Additionally, Defendant ANGIE'S LIST, INC. and ANGI HOMESERVICE INC., as its alter ego herein, represented to Plaintiff and the Class that it was simply a passive conduit, when in fact it was actively undermining the benefit derived from an advertising membership by redirecting all searches, which it dramatically emphasizes on its site, to a third party, e.g. HomeAdvisor.

132.    These representations were false.

133.    Defendants knew that the representations were false when it made these representations, or Defendant ANGIE'S LIST, INC. made the representations recklessly and without regard for their truth or by actively concealing the truth.

134.    Defendants intended that Plaintiff and all members of the Nationwide Class and Subclasses to rely on the representations.

135.    Plaintiff and the plaintiff Nationwide Class and Subclasses reasonably relied on these written representations.

136.    Plaintiff and the plaintiff Nationwide Class and Subclasses were harmed.

FIRST AMENDED COMPLAINT FOR DAMAGES

137.     Plaintiff's and the plaintiff Nationwide Class' and Subclasses' reliance on the Defendant's representations were a substantial factor in causing that harm to Plaintiff and the plaintiff Nationwide Class and Subclasses.

## THIRD CAUSE OF ACTION

**(California Unfair Competition Law**

**Cal. Bus. & Prof. Code § 17200, et seq.)**

**(By the California Subclass and California HomeAdvisor Subclass**

**and Against All Defendants)**

138.     Plaintiff incorporates herein by this reference all of the paragraphs previously set forth in this Complaint, as though the same were fully set forth herein.

139.     Cal. Bus. & Prof. Code § 17200, *et seq.* proscribes various acts, including unlawful, unfair, fraudulent, deceptive, acts, which include untrue and/or misleading advertising.

140.     The requirements to demonstrate that particular conduct is deemed "fraudulent" within the meaning of § 17200 is far less rigorous than the requirements of common law fraud.

141.     A business practice is "fraudulent" within the meaning of § 17200 if "members of the public are likely to be deceived." (*Committee on Children's Television v. General Foods Corp.* (1983) 35 C3d 197, 211; accord, *Kasky v. Nike, Inc.* (2002) 27 C4th 939; and *Prata v. Sup.Ct.* (2001) 91 CA4th 1128, 1144)

142.     In contrast to common law fraud in California, "[u]nder the *Children's Television* test, a plaintiff can prove a *prima facie* case that a business practice is 'fraudulent' without having to prove intent, scienter, actual reliance, or damage. Even actual deception is not required. All that is required is proof that 'members of the public are *likely* to be deceived.'" ("Fraudulent" Business

Practices, Bus. & Prof. C. 17200 Ch. 3-H (Rutter), *citing Schnall v. Hertz Corp.* (2000) 78 CA4th 1144, 1167 and *People v. Orange County Charitable Servs.* (1999) 73 CA4th 1054, 1076; *italics* added).

143.    Virtually any statement made in connection with the sale of a product or service is considered "advertising."  (*Chern v. Bank of America* (1976) 15 Cal. 3d 866, 875-876, where statements over the telephone by a loan officer regarding interest rates being charged were found to be "advertising.")

144.    Defendant ANGIE'S LIST, INC. and ANGI HOMESERVICE INC., as its alter ego herein, falsely and fraudulently represented to Plaintiff and the California Subclass Members that important facts were true, i.e. (1) that Angie's List would not to sell, trade, rent or share Plaintiff's or the Plaintiff Class' Private Information with any third parties and (2) that it was merely a passive conduit or platform.

145.    Moreover, for as long as Plaintiff's principals can recall, even including the time when Plaintiff first signed up to advertise on the Angie's List website, ANGIE'S LIST, INC. has consistently promoted itself in writing and in television advertising as "connecting quality members with quality pros for all of their home-improvement needs."

146.    Once Defendants ANGIE'S LIST, INC. and ANGI HOMESERVICES INC. implemented the redirection scheme described hereinabove, those statements about "connecting quality members with quality pros for all of their home-improvement needs" became false.

147.    A reasonable person who was (or is) a service provider seeking to become an Angie's List Service Provider is likely to have been deceived and misled into believing that the Angie's List website would (/will) connect them to Angie's List M embers and Users, when, in fact, the Angie's List website had been redesigned to connect Angie's List members to advertisers on HomeAdvisor website.

148.     ANGIE'S LIST, INC. *always* held itself out, both in written advertisement (e.g. on its websites) and in spoken advertisement on radio and television, to be an advertising portal, where one would not have to pay any additional fees, beyond the Service Providers' term-based advertising contracts (i.e. the SPUAs).

149.     Again, these representations have been ubiquitous in its website advertising in the SPUAs.

150.     The SPUAs are the primary means by which ANGIE'S LIST, INC. and ANGI HOMESERVICES INC. communicate the terms of their service (much like a loan officer telling a bank customer about interest rates), and nowhere in the SPUAs do the Defendants reveal that the Angie's List website is really run by HomeAdvisor or that it will result in double charging for advertising.

151.     Surprisingly, as noted above, in the most recent ANGI HOMESERVICES INC. 10-K filed with the SEC on February 27, 2020, ANGI HOMESERVICES INC. admits that, "When consumers choose to be matched with a service professional [on the Angie's List website], HomeAdvisor's proprietary algorithm will determine where a given service professional appears within the related results."

152.     Not only is this material information omitted from any and all advertising created for the Angie's List website by ANGIE'S LIST, INC. and ANGI HOMESERVICES INC., these Defendants continue to omit the crucial fact that all the leads generated by the Angie's List website are redirected to HomeAdvisor to enable this ANGI HOMESERVICES INC.'s subsidiary to charge Service Providers for ANGIE'S LIST, INC. the per lead fees described above.

153.     Again, a reasonable person who was (/is) a service provider seeking to become an Angie's List Service Provider is likely to have been (/to be)

deceived and misled into believing that the Angie's List website would (/will) connect them to Angie's List members without causing them to incur additional per lead fees.

154.    Defendants ANGIE'S LIST, INC. and ANGI HOMESERVICES INC. has thus engaged in a pattern of unlawful, unfair or fraudulent business acts or practices and/or unfair, deceptive, untrue or misleading advertising with respect to Plaintiff and California Subclasses.

155.    However, not only were these representations false, constituting violations of §17200 because they were false, the conduct of ANGIE'S LIST, INC. and ANGI HOMESERVICE INC., as its alter ego herein, that made these representations false also constituted a systematic breach of the attached SPUA contracts as well, which also constitutes a violation of §17200, specifically by (1) sharing Plaintiff's and the Plaintiff Class' Private Information with third parties like HomeAdvisor and (2) changing the Angie's List website into a platform that was actively undermining the benefit derived from an advertising membership with Angie's List by redirecting all searches on that website to a third party, namely HomeAdvisor.

156.    How were the SPUAs (i.e. the contracts at issue) systematically breached? Simply put, Plaintiff and all California Subclass Members were systematically subjected to breaches of the SPUAs by ANGIE'S LIST, INC. and ANGI HOMESERVICE INC., as its alter ego herein, each and every time an Angie's List website Users sought to obtain information regarding the Angie's List Service Providers on the Angie's List website.

157.    Based upon the reported revenues in ANGI HOMESERVICES INC.'S regular financial filings with the SEC, these efforts by website users to connect with Service Professionals must be occurring thousands of times each day, if not much more.

158.     In its filings with the SEC, the first item that ANGI HOMESERVICES INC. identifies as a primary source from which it derives revenues, are the fees paid to HomeAdvisor from service providers, which includes the Plaintiff and California HomeAdvisor Subclass.

159.     When, as noted above, lead fees appear to range between $8 to upwards of $90, there must be an awful lot of lead fees to enable ANGI HOMESERVICES INC. to report $913,533,000 in revenue for the year ending December 31, 2019.

160.     These representations at issue here are those that were made in the SPUAs, and the only copies of SPUAs with Defendants to which Plaintiff still has access are attached to this complaint as Exhibits A and B, as noted above.

161.     Moreover, ANGI HOMESERVICES INC. engaged in unfair, misleading and fraudulent business practices along with ANGIES' LIST, INC. by surreptitiously redesigning the Angie's List website to be an active conduit, driving business and revenue to HomeAdvisor so it could double charge Angie's List Service Providers.

162.     In addition to independent wrongful acts under §17200 engaged in by ANGI HOMESERVICES INC., as set forth above, Plaintiff also firmly believes that ANGI HOMESERVICES INC. and ANGIE'S LIST, INC. are alter egos of one another, and Plaintiff is confident this relationship will be further fleshed out through discovery.

163.     At bottom, the Defendants' scheme operated to unlawfully, unfairly, and fraudulently extract revenue from Plaintiff and Plaintiff Class by, among other wrongful acts, unfair, deceptive, untrue and misleading advertising.

164.     Defendants deliberately undermined the benefit Service Providers reasonably expected to derive from their contractual agreements with Defendants, requiring Plaintiff and the California Subclasses pay again for the results of the advertising, i.e. the leads generated from advertising on the Angie's

List website -- something for which they had already paid under the original advertising agreement with Angie's List.

165.     Plaintiff and Plaintiff California Subclasses were deprived of the benefit of the original advertising agreement; thus, they are entitled to and thus seek restitution from Defendants for all advertising expenses incurred during the life of Defendants' fraudulent scheme.

166.     Defendants will, unless preliminarily restrained and enjoined, continue to engage in the aforesaid unfair business practices and should be enjoined to prevent said practices pursuant to Cal. Bus. & Prof. Code §§ 17204 and 17535.

# VI.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Pro Water Solutions, Inc. prays, for itself and on behalf of the Plaintiff Class:

a.   That the Court issue an Order certifying the class and subclasses herein, appointing the named Plaintiff as the class representative of all others similarly situated, and appointing the law firm(s) representing the named Plaintiff as counsel for the members of these classes;

b.   For general damages in a sum according to proof at trial;

c.   For special damages in a sum according to proof at trial;

d.   For injunctive relief, including a temporary and/or permanent injunction prohibiting defendants from selling, trading, renting or sharing Private Information with third parties, including but not limited to HomeAdvisor;

e.   For exemplary and punitive damages;

f.   For an accounting;

g.   For a constructive trust and an order of full restitution;

h.  For reasonable attorneys' fees;

i.  For costs of suit incurred herein; and

j.  For such other and further relief as the Court may deem just and proper.

Dated:   June 3, 2020                    **The Cullen Law Firm, APC**

_____
Paul T. Cullen, Esq.
Attorneys for Plaintiff
PRO WATER SOLUTIONS, INC.

# EXHIBIT "A"

 Legal Center

**Privacy Policy**

**Service Provider's User Agreement**

Terms of Use

Projects Submission Customer Agreement

Advertising and Deals Agreement

Angie's List Mobile Alerts Terms and Conditions

## Privacy Policy

Version 1.0  (Current)

Effective April 7, 2017

Download

**Angie's List Privacy Policy**

*Last Modified February 13, 2017*

This Privacy Policy discloses our privacy practices and the possible uses of the information that we gather via http://www.angieslist.com/, our mobile application(s), and via other submissions by you to Angie's List (together, the "Site and Services"). By using the Site and Services you consent to the terms of this Privacy Policy. If you do not agree to the terms and conditions of this Privacy Policy, including having your personally identifiable information ("Personal Information" as defined below) used in any of the ways described in this Privacy Policy, you may not be able to use certain parts or features of our Site and Services, and in some instances, this may necessitate the revocation of your membership. Angie's List may update this Privacy Policy from time-to-time in our sole discretion. It is your responsibility to review the Privacy Policy for any changes each time that you use the Site and Services and you are bound by such changes. Your use of the Site and Services following us posting a new privacy policy on our Site signifies that you agree to and accept the Privacy Policy as modified.

This Privacy Policy applies to the entire Angie's List family of products and services, such as our online services, our print publications, our call center services, and other Angie's List products or services. This Privacy Policy is part of our Angie's List Membership Agreement, Terms of Use, and all other terms of using

*EXHIBIT A,  Page 1 of 15*

our Site and Services.

## Information Collected

Angie's List collects information on our users in various ways, such as, by your voluntary submissions, participation in services provided via the Site and Services, from third parties with your consent, and through cookie and other tracking technology. Angie's List collects the following information:

- *Personal Information*

"Personal Information" refers to information that tells us specifically who you are, such as your name, phone number, email, postal address, and possibly information relating to certain support or customer service issues. In many cases, we need this information to provide to you many of the services that you may have requested.

- *Cellular Phone Numbers*

By providing a cellular telephone number to us, you expressly consent to, and authorize us or a third party on our behalf to deliver autodialed or prerecorded telemarketing calls and/or text messages to the number you provide. You are not required to consent to these calls as a condition to purchasing any goods or services, but withholding your consent may prevent us from providing certain services to you. This consent encompasses all future autodialed or prerecorded telemarketing calls and text messages from us or a third party placing these calls on our behalf. You may revoke consent to receive text messages at any time by contacting Angie's List, including by texting STOP.

- *Submission of Reviews, Ratings, and Comments*

We collect information that you voluntarily provide as part of our Site and Services, including messages, posts, comments, responses, reviews, and ratings you submit through the Site and Services, ("User Generated Content"). Angie's List may in our sole discretion share your User Generated Content with others such as your business reviews. If you do not want certain information shared with others, you should not submit User Generated Content, or should not submit User Generated Content that contains information or Personal Information you do not want shared in this manner. Once You have submitted User Generated Content, we reserve the right to publish it in any medium to others.

- *Aggregate Information*

We may collect general, non-personal, statistical information about the use of the Site and Services, such as how many visitors visit a specific page on the Site, how long they stay on that page, and which hyperlinks, if any, they click on. This information represents a generic overview of our users, including their collective viewing habits, and allows us and other third parties to modify information, promotions, offers and/or discounts on products and services based on user traffic and behavior. We collect this information through the use of technologies such as 'cookies' and web beacons, which are discussed in greater detail below. We collect this information in order to help enhance the Site and Services to make for a better visitor experience.

- *Third Party Information*

We may supplement information you provide to us with information from other sources, such as information to validate or update your address, payment card or other demographic and lifestyle information. We use this information to help us maintain the accuracy of the information we collect, to enable us to fulfill our

*EXHIBIT A,  Page 2 of 15*

products and services, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal business analysis or other business purposes consistent with our mission.

- *Cookies*

Angie's List may automatically collect non-personally identifiable information and data through the use of cookies. Cookies are small text files a website uses to recognize repeat users, facilitate the user's ongoing access to the website and facilitate the use of the website. Cookies also allow a website to track usage behavior and compile site usage information that will allow for the improvement of content and target advertising. Most browsers allow you to control cookies, including whether or not to accept them and how to remove them. You may set your browsers to notify you if you receive a cookie, or you may choose to block cookies with your browser. However, please be aware that some features of our Site and Services may not function or may be slower if you refuse cookies. You may also get cookies from our advertisers or other third parties with links on the Site as described below. We do not directly control these cookies. The use of advertising cookies sent by third party ad servers is standard in the Internet industry.

We may use the services of third parties to collect and use anonymous information about your visits to and interactions with our website through the use of technologies such as cookies to personalize advertisements for goods and services. To learn more, or to opt-out of

receiving online display advertisements tailored to your interests by our third party partners, visit the Digital Advertising Alliance Consumer Choice Page at http://www.aboutads.info/choices/.

- *Other Tracking Technologies*

Tracking technologies may record information such as Internet domain and host names; protocol (IP) addresses; browser software and operating system types; clickstream patterns; the MAC address or other technical information from your mobile device; location information through GPS, WiFi, Bluetooth, or similar technologies; and dates and times that our Site and Services are accessed. An IP address is a number that is automatically assigned to your computer whenever you are surfing the web. Web servers, the computers that 'serve up' webpages, automatically identify your computer by its IP address. The Site and Services may also use technology called "tracer tags". These may also be referred to as "Pixels", "Clear GIFs" or "Web Beacons". This technology allows us to understand which pages you visit on our Site and other ways you interact with our Site and Services, such as purchases made through the Site and Services. These tracer tags are used to help us to optimize and tailor our Site and Services for you and other users of our Site and Services. We may link the information we record using tracking technologies to Personal Information we collect.

- *Do Not Track*

Do Not Track (DNT) is a privacy preference that users can set in some web browsers, allowing users to opt out of tracking by websites and online services. At the present time, the World Wide Web Consortium (W3C) has not yet established universal standards for recognizable DNT signals and therefore, Angie's List and the Site do not recognize DNT.

**Use of Information**

The information Angie's List collects is used in a variety of ways, including

*EXHIBIT A,  Page 3 of 15*

- for internal review;

- to improve the Site and Services;

- to optimize third-party offers of products and/or services;

- to verify the legitimacy of reviews and ratings;

- to notify you about updates to the Site and Services;

- to let you know about products, services, and promotions that you may be interested in;

- to get reviews and ratings;

- for our marketing purposes and the marketing of discounts offered through our Site and Services by service contractors or health care related providers (collectively "Service Providers");

- to fulfill and provide products and services, including personalized or enhanced services, requested by you; and

- internal business analysis or other business purposes consistent with our mission; and to carry out other purposes that are disclosed to you and to which you consent.

**Disclosures and Transfers of Information**

We do not disclose Personal Information to third parties, except when one or more of the following conditions is true:

- We have your permission to make the disclosure;

- The disclosure is necessary for the purpose for which the personal information was obtained;

- The disclosure is to the service provider from whom you purchased services through Angie's List's platform, including without limitation Big Deals, Storefronts, and project submissions;

- The disclosure is to financial service providers in order to fulfill and carry out the purchase and provision of goods and services requested by you;

- The disclosure is permitted by relevant law;

- The Personal Information to be disclosed is otherwise publicly available in accordance with the applicable law;

- The disclosure is reasonably related to the sale or other disposition of all or part of our business or assets;

- The disclosure is for our own marketing purposes (including, without limitation, for Angie's List to market services to you on third-party social media platforms such as Facebook), or, with your authorization, for the marketing purposes of third parties;

- The disclosure is combined with information collected from other companies and used to improve and personalize services, content, and advertising from us or third parties;

- The party to whom the disclosure is made controls, is controlled by, or is under common control with Angie's List;

*EXHIBIT A,  Page 4 of 15*

- The disclosure is in our sole discretion necessary for the establishment or maintenance of legal claims or legal compliance, to satisfy any law, regulation, subpoena or government request, or in connection with litigation;

- The disclosure is in our sole discretion about users who we believe are engaged in illegal activities or are otherwise in violation of our Angie's List Membership Agreement, even without a subpoena, warrant or court order; or

- The disclosure is to outside businesses to perform certain services for us, such as maintaining our Site and Services, mailing lists, processing orders and delivering products and services, sending postal mail, processing claims for lost or stolen certificates, providing marketing assistance, confirming your identity for review integrity, and data analysis ("Administrative Service Providers"), including Administrative Service Providers outside the country or jurisdiction in which you reside.

Prior to sharing of your Personal Information with others, agreements are made between Angie's List and such outside parties to whom we are transferring data to provide for the allowable use and security of the transferred information in accordance with this Privacy Policy and applicable law. If Angie's List becomes aware that any such outside party is improperly using or disclosing Personal Information, it will notify that outside party and request that it take reasonable steps to cease such use or disclosure.

We may provide certain Personal Information as a service to others for their marketing purposes. We may also disclose your name and address to Service Providers when you submit User Generated Content relating to those Service Providers. If you properly notify us that you no longer want us to share your Personal Information, we will cease sharing your Personal Information. However, except as otherwise stated in this Privacy Policy, we do not directly control the third parties to which we share such Personal Information and you will need to further notify such third parties directly if you would like them to cease use of your Personal Information.

We may also disclose aggregate visitor data in order to describe the use of the Site and Services to our existing or potential business partners or other third parties, or in response to a government request. We may also share aggregated demographic and preference data with third parties to enable the provision of targeted information, promotions, offers and/or discounts on products and services.

**Choice: Accessing Your Information and Opt-in/Opt-out Requests**

To help you review, edit, and control how we use much of the information we collect about you, you can visit your "Manage My Accounts" webpage. On the "Manage My Accounts" webpage, you can update certain information and unsubscribe from receiving specific types of email messages and telephone calls, including autodialed or pre-recorded telemarketing calls placed by us or a third party on our behalf. You may also unsubscribe from our monthly digital magazine, which is a benefit that is included with your subscription. You cannot, however, unsubscribe from receiving certain emails, such as account status and billing related emails, unless you close your account and fulfill any existing contractual obligations.

You can also ask us whether we are keeping information about you; ask how your information is being used; ask us to update or correct your information; or opt-out of our collection and use of certain information by sending an email to helpdesk@angieslist.com or by writing us at Help Desk, Angie's List, 1030 E. Washington St., Indianapolis, IN 46202 specifying the nature and scope of your request. If you choose to opt-out of the collection and use of certain of your information, you understand that some services, may no

*EXHIBIT A,  Page 5 of 15*

longer be available to you, potentially requiring the cancelation of your Membership. Please state in your correspondence the details of your request. We may require proof of your identity before we provide you with the requested information. We allow you to challenge the data that we hold about you and, where appropriate, you may have certain data erased, rectified, amended, or completed. Approved requests will be processed within ten (10) days of the date on which we receive the request.

**Data Security, Integrity, and Access**

The Personal Information you provide and we collect is stored within databases that we control directly or through our Administrative Service Providers. As we deem appropriate and as required by the applicable law, we use security measures appropriate for the sensitivity of the Personal Information and consistent with industry standards, including physical, organizational and technological protections, such as firewalls, to protect your Personal Information. We also use industry standard encryption technology to protect credit card and password information. However, since no security system is impenetrable, we cannot guarantee the security of our databases, nor can we guarantee that information you supply will not be intercepted while being transmitted to us over the Internet.

Personal Information may only be accessed by persons within our organization, our third party service providers who require such access to provide you with the services indicated above, or any other party that you have provided us with authorization to share such information with.

We retain Personal Information that we collect only as long as reasonably necessary to fulfill the purposes for which it was collected or to otherwise meet any legal requirements.

Your information may be transferred to, and maintained on, computers located outside of your state, province/territory, or country where the privacy laws may not be as protective as those where you live. If you are located outside the United States and choose to provide information to us, please be aware that we transfer Personal Information to the United States and process and store it there. As a result, this information may be subject to access requests from governments, courts, law enforcement officials and national security authorities in the United States according to its laws. Subject to the applicable laws, we will use reasonable efforts to ensure that appropriate protections are in place to maintain protections on the Personal Information. By submitting your Personal Information, you consent to having your personal data transferred to, processed, and stored in the United States. Angie's List may assign you a user ID and a password when you as part of your participation and access to the Site and Services. Your user ID and password may only be used by you and the members of your household. You may not share your user ID and password with anyone else, and you are solely responsible for maintaining and protecting the confidentiality of your user ID and password. You are fully responsible for all activities that occur under your user ID and password. You can access and update your login information on your "Manage My Accounts" webpage.

**Credit Card Information**

We may share credit card information with trusted third parties in order to bill you for our service. We use third parties for secure credit card transaction processing, and we send billing information to those third parties to process your orders and payments or to validate your credit card information on file. Credit card information is encrypted during transmission and whenever stored within our systems or with our vendors. In addition to utilizing encryption that meets the US Government's FIPS 140-2 Certification, we take care to store only the amount of information required to bill you for services.

*EXHIBIT A,  Page 6 of 15*

Our credit card processing vendors use security measures to protect your information both during the transaction and after it's complete. Credit card processing vendors are certified as compliant with multiple industry-standard compliance frameworks including the Payment Card Industry (PCI) Service Provider Level 1, the SSAE-16 audit standard.

**Third Party Websites and Links**

Please note that you may have cookies placed on your computer by third party websites that refer you to the Site. Although we do not share your Personal Information with these third party websites unless you have authorized us to do so, they may be able to link certain non-personally identifiable information we transfer to them with Personal Information they previously collected from you. Please review the privacy policies of each website you visit to better understand their privacy practices. In addition, Angie's List would like to inform you that anytime you click on links (including advertising banners), which take you to third party websites, you will be subject to the third parties' privacy policies. While we support the protection of our customer's privacy on the Internet, Angie's List expressly disclaims any and all liability for the actions of third parties, including but without limitation to actions relating to the use and/or disclosure of Personal Information by third parties.

Our Site and Services may contain links to other sites operated by third parties. Angie's List does not control such other sites and is not responsible for their content, their privacy policies, or their use of Personal Information. Angie's List's inclusion of such links does not, by itself, imply any endorsement of the content on such sites or of their owners or operators except as disclosed on the Site and Services. Any information submitted by you directly to these third parties is subject to that third party's privacy policy.

**Children's Privacy**

Angie's List does not intend the Site and Services to be used by individuals under the age of majority within the jurisdiction within which they reside without the supervision of a parent or guardian of majority age. Angie's List relies upon such parents or guardians to determine if the Site and Services is appropriate for the viewing, access, or participation by such individuals under the age of majority. If an individual under the age of majority uses the Site and Services, such individual may only use the Site and Services under the supervision of a parent or guardian of majority age.

We do not seek or knowingly collect any Personal Information about children under 13 years of age. If we become aware that we have unknowingly collected Personal Information from a child under the age of 13, we will make commercially reasonable efforts to delete such information from our database.

If you are the parent or guardian of a minor child who has provided us with Personal Information, you may contact us using the information below to request it be deleted.

**Governing Law; Visitors Residing Outside the United States**

This Privacy Policy and the privacy practices of Angie's List will be subject exclusively to the laws in which Angie's List provides its services.

**Your California Privacy Rights**

This privacy policy describes how we may share your information for marketing purposes. It applies to all Angie's List customers, including California residents:

*EXHIBIT A,  Page 7 of 15*

- We share information with others as more fully set forth above in *Disclosures and Transfers of Information*.

- We share your information with other parts of our business and with our service providers. See above: *Disclosures and Transfers of Information*.

**You may contact us with any questions, or to request a list of third parties to whom we may disclose information for marketing purposes and the categories of information we may disclose. See below: How to Contact us.**

**How To Contact us**

All requests, questions, concerns, or complaints about your Personal Information or this Privacy Policy, please contact our Privacy Officer by mail or email at the following:

Attn: Privacy Officer

Angie's List

1030 E. Washington St.

Indianapolis, IN 46202

E-mail: privacyofficer@angieslist.com

We welcome your questions and comments.

# Service Provider's User Agreement

Version 2.0  (Current)

Effective April 7, 2017  to  November 3, 2017

Download

Service Provider's User Agreement

*Last Updated March 1, 2017*

Angie's List, Inc. allows consumers who subscribe to be a member of Angie's List (collectively, the "Members") to provide reviews and ratings on a variety of service companies and health related providers (collectively, a "Service Provider") with whom they have had first-hand experiences.  On behalf, and as representative, of a Service Provider ("You" or "Company"), You are permitted to use the website (www.angieslist.com) (the "Website") and the information contained therein subject to the terms and conditions contained in this Service Provider's User Agreement, which may be modified, amended or replaced by Angie's List from time to time at Angie's List sole discretion (collectively, the "Agreement"). Such modifications will become effective immediately upon the posting thereof. This Agreement shall also govern other aspects of Your relationship with Angie's List beyond Your use of the Website, as described herein.

In consideration of Angie's List granting the Company access to its Website and the information contained therein, and in order to use the Website, You must read and accept all of the Terms and Conditions in, and linked to, this Agreement. It is the Company's responsibility to review this Agreement on a regular basis to

*EXHIBIT A,  Page 8 of 15*

keep itself informed of any modifications. BY ACCEPTING THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE COMPANY ACKNOWLEDGES IT HAS READ, UNDERSTANDS AND AGREES TO BE BOUND BY ALL OF THE TERMS, CONDITIONS, AND NOTICES CONTAINED IN THIS AGREEMENT JUST AS IF YOU HAD SIGNED THIS AGREEMENT.

Terms and Conditions

Members may submit a review or report and other information (collectively, "Member Content") on any Service Provider with which they have communicated or had another first-hand experience, whether or not work was started, performed, or completed. If the Company disputes any Member Content, the Company's sole course of action with respect to such Member Content as it relates to Angie's List and the Website is to utilize the Services (as defined below) which are available online at the Website.

By agreeing to the Terms and Conditions of this Agreement, the Company is hereby permitted to use the services offered to Service Provider's including, without limitation, access to "Business Center", the ability to review Member Content pertaining to the Company, the ability to submit responses to Member Content, the ability to update and maintain profile information on the Company, the ability to utilize the dispute resolution process offered through the Website and facilitated by Angie's List and such other services that Angie's List may offer to Service Providers from time to time (collectively, the "Services").

By agreeing to the Terms and Conditions of this Agreement, Angie's List grants the Company a limited license to access and use the Website and the Services. Notwithstanding the foregoing, the Company acknowledges and agrees that it will not access, reproduce, duplicate, copy, sell, re-sell, visit or otherwise exploit the Website (or any of the content therein including, without limitation, any Member Content or any Member profiles) or Services for any commercial or other purpose, without the express written consent of Angie's List.

Angie's List does not endorse and is not responsible or liable for any Member Content, SP Content (as defined below), data, advertising, products, goods or services available or unavailable from, or through, Angie's List. The statements, information and ratings contained in any Member Content are solely the opinion of the Member submitting such Member Content and do not reflect the opinion of Angie's List or any of its affiliates or subsidiaries or any of their respective owners, managers, officers, employees, agents or representatives.

The Company acknowledges and understands that Angie's List simply acts as a passive conduit and an interactive computer provider for the publication and distribution of Member Content and SP Content. Angie's List does not have any duty or obligation to investigate the accuracy of Member Content or the quality of the work performed by the Company or any other Service Provider which is the subject of any Member Content. By using the Services, the Company agrees that it is solely the Company's responsibility to evaluate the Company's risks associated with the use, accuracy, usefulness, completeness, appropriateness or legality of any information, responses, writings or other materials that the Company submits, transmits or otherwise conveys through the Services (collectively, "SP Content").

Under no circumstances will Angie's List be liable in any way for any Member Content or SP Content including, but not limited to, any Member Content or SP Content that contains, errors, omissions or defamatory statements, or for any loss or damage of any kind incurred as a result of the use of any Member Content or SP Content submitted, accessed, transmitted or otherwise conveyed via the Services or otherwise.

*EXHIBIT A,  Page 9 of 15*

The Company hereby waives any claims, rights or actions that it may have against Angie's List or any of its affiliates or subsidiaries with respect to any Member Content or SP Content and releases Angie's List and each of its affiliates and subsidiaries from any and all liability for or relating to Member Content or SP Content.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and their respective owners, managers, officers, employees, agents or representatives harmless for any damages that may arise, directly or indirectly, from any claim or right it may have against Angie's List with respect to any statements made by a Member or Member Content submitted by a Member which is communicated, posted or published by Angie's List on its Website or to a third party.

The Company acknowledges and agrees that the Company can neither require Angie's List to place the Company on its Website nor remove the Company or any Member Content from Angie's List. The Company further acknowledges and understands that the Company is not a Member of Angie's List, cannot refer to itself as a Member of Angie's List, and is not afforded the same access to the Website as a Member nor the benefits afforded to a Member.

The Company and its current or former owners, directors, managers, employees, agents and family members are expressly prohibited from purchasing gift memberships to Angie's List or reimbursing clients or customers for their Angie's List membership cost. In addition, individuals affiliated with the Company including, without limitation, current or former owners, current or former employees or officers, family members, or current or former partners, investors, managers or directors (collectively, the "Affiliated Persons") may not submit Member Content to Angie's List on the Company. The Company hereby acknowledges and agrees that to the extent an Affiliated Person has submitted or posted any Member Content on the Company or any company or person competitive to the Company, or believes that Member Content was posted by an Affiliated Person that Angie's List may immediately remove such Member Content without notice or recourse against Angie's List.

 SP Content shall not contain any unauthorized content which includes but is not limited to:

a. Offensive, harmful and/or abusive language, including without limitation: expletives, profanities, obscenities, harassment, vulgarities, sexually explicit language and hate speech (e.g., racist/discriminatory speech.);

b. Comments that do not address the Member Content or comments with no qualitative value as determined by Angie's List in its sole discretion;

c. Content that contains personal attacks or describes physical confrontations and/or sexual harassment;

d. Messages that are advertising or commercial in nature, or are inappropriate based on the applicable subject matter;

e. Language that violates the standards of good taste or the standards of the Website, as determined by Angie's List in its sole discretion;

f. Content determined by Angie's List, in its sole discretion, to be illegal, or to violate any federal, state, or local law or regulation or the rights of any other person or entity;

g.  Language intended to impersonate other users (including names of other individuals) or to be offensive or inappropriate user names or signatures; and/or

***EXHIBIT A,  Page 10 of 15***

h. Content that is not in English, that is encrypted or that contains viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines that are intended to damage, interfere with, intercept or appropriate any system, data or personal information.

The Company acknowledges and agrees that Angie's List in its sole discretion may remove without notice any SP Content or any portion thereof that Angie's List believes violates the foregoing.

Angie's List may suspend, restrict or terminate the Company's use of the Services or any portion thereof if the Company breaches or fails to comply with any of the Terms and Conditions of this Agreement.

Although Angie's List does not claim ownership of any SP Content or other communications or materials submitted by or given by the Company to Angie's List, by providing SP Content for the Website or other mediums, the Company automatically grants, and the Company represents and warrants that the Company has the right to grant, to Angie's List an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, reproduce, adapt, modify, and distribute such SP Consent and to prepare derivative works of, or incorporate into other works, such SP Content, and to grant and to authorize sublicenses (through multiple tiers) of the foregoing. In addition, by providing Angie's List with SP Content, the Company automatically grants Angie's List all rights necessary to prohibit the subsequent aggregation, display, copying, duplication, reproduction or exploitation of SP Content on the Website or in any other medium by any other party. No compensation will be paid with respect to Angie's List use of SP Content. Angie's List is under no obligation to post or use any of SP Content or maintain SP Content. Angie's List may remove SP Content at any time in Angie's List sole discretion.

It is the Company's sole responsibility to review and monitor any Member Content regarding the Company that is posted by Members and to submit responses it deems necessary to any Member Content. Angie's List does not have any obligation to provide a notice or update to the Company with respect to any new information or Member Content that it learns of or receives about the Company from its Members.

The Company has the sole responsibility of updating any and all of its information on the Website including, without limitation, the Company's description and profile information.

The Company agrees not to use or cause any robot, bot, spider, other automatic device, or computer program routine or manual process to monitor, duplicate, take, obtain, transfer, modify, use, reproduce, aggregate or copy Angie's List, any Member Content, any Member profiles, SP Content (including SP profiles) or any other content contained on the Website or any other publication of Angie's List. You shall not use or cause any device, software, or routine to interfere or attempt to interfere with the proper working of the Website.

The Company hereby represents and warrants to Angie's List that (a) all information provided to Angie's List by the Company is true, complete and accurate in all respects, and (b) the Company is authorized to submit information to Angie's List. Angie's List is authorized by the Company to rely upon the truthfulness, completeness and accuracy of SP Content in order to serve its Members.

The Company acknowledges that the Website utilizes one or more website analytic services, including, without limitation, ClickTale, which may record mouse clicks, mouse movements, scrolling activity and text entered into the Website by users. These services do not collect personally identifiable information that is not voluntarily entered into the Website by the user. Angie's List uses the information collected by these service providers to improve the usability and other features of the Website. Users may choose to disable

*EXHIBIT A,  Page 11 of 15*

the ClickTale service at http://www.clicktale.net/disable.html.

The Company acknowledges that Angie's List will use the telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List in connection with registering with Angie's List to contact the Company with information regarding Angie's List. Angie's List agrees not to sell, trade, rent or share such information with any third parties. By providing a wireless phone number to Angie's List, Company agrees that Angie's List may call or send text messages to the wireless phone number for any purpose, including marketing purposes, using all methods now known and discovered in the future, including, but not limited to, auto-dialers, pre-recordings, and general telemarketing practices. Company agrees that these calls or text messages may be regarding the products and/or services that Company has previously purchased and products and/or services that Angie's List may market to me. Company acknowledges that this consent may be removed upon request.

To the extent a third party posts or submits any SP Content or manages the Company's profile or information on the Website, the Company hereby acknowledges and agrees that the Company shall remain fully responsible for any SP Content or information posted or submitted by such third party.

The Company agrees unless expressly authorized by Angie's List not to access, copy, duplicate use, reproduce, alter, modify, create derivative works, display, sell, re-sell, advertise or market with or otherwise exploit for any commercial, educational or other purpose any Member Content, any Member profiles, any SP profiles, or any other content from the Website or Angie's List, including, without limitation, any reviews or ratings or any other content contained in any Member Content.

Angie's List is the owner and/or authorized user of any trademark and/or service mark, including, without limitation, the name "Angie's List", appearing on the Website and is copyright owner or licensee of the content and/or information on the Website. By placing them on the Website, Angie's List does not grant the Company any license or other authorization to copy or use its trademarks, service marks, copyrighted material, or other intellectual property, except as provided herein.

Angie's List reserves the right to exercise any rights or remedies which may be available to it against the Company if the Terms and Conditions of this Agreement are violated by the Company. These remedies include, but are not limited to, revocation of (a) Super Service Awards (present & past) and any associated license, (b) advertising privileges, (c) use of the Services, or (d) appearances on the Website and/or any other appearances in any Angie's List's publication, and Company agrees that the exercise of one remedy shall not preclude the availability of any other remedy.

The Company understands and agrees that, because damages resulting from Company's breach of this Agreement are difficult to calculate, if it becomes necessary for Angie's List to pursue legal action to enforce the Terms and Conditions of this Agreement, the Company will be liable to pay Angie's List the following amounts as liquidated damages, which the Company accepts as reasonable estimates of Angie's List's damages for the specified breaches of this Agreement:

a.  If the Company posts SP Content in violation of this Agreement, the Company agrees to promptly pay Angie's List One Thousand Dollars ($1,000) for each item of SP Content posted in violation of this Agreement. Angie's List may (but is not required) issue the Company a warning before assessing damages.

b.  If the Company exploits for any purpose (commercial or otherwise) any Member Content, Member profiles or any other information contained on the Website including, without limitation, ratings and/or

*EXHIBIT A,  Page 12 of 15*

reviews in violation of this Agreement, the Company agrees to pay Ten Thousand Dollars ($10,000) per report, record or review exploited.

c.  If the Company uses or causes any robot, bot, spider, other automatic device or computer program routine or any manual process to monitor, duplicate, take, aggregate, obtain, modify, use, reproduce or copy any Member Content, any member profiles, SP content (including SP profiles) or any other content contained on the Website or in any other publication of Angie's List, the Company agrees to pay One Hundred Dollars ($100) for each report, record, review or other information that is monitored, duplicated, transferred, taken, obstructed, modified, used, reproduced, aggregated or copied.

d. Except as set forth in the foregoing subparagraphs (a) through (c), inclusive, the Company agrees to pay the actual damages suffered by Angie's List to the extent such actual damages can be reasonably calculated.

Notwithstanding any other provision of this Agreement, the Company reserves the right to seek the remedy of specific performance of any term contained herein, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in this Agreement, or any combination thereof.

THE COMPANY EXPRESSLY UNDERSTANDS AND AGREES THAT ANGIE'S LIST WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, COMPENSATORY, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF ANGIE'S LIST HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) (COLLECTIVELY, "DAMAGES"), RESULTING FROM: (A) THE USE OR INABILITY TO USE THE SERVICES; (B) THE COST OF ANY GOODS AND/OR SERVICES PURCHASED OR OBTAINED AS A RESULT OF THE USE OF THE SERVICES; (C) DISCLOSURE OF, UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR INFORMATION OR SP CONTENT; (D) SP CONTENT THE COMPANY MAY SUBMIT, RECEIVE, ACCESS, TRANSMIT OR OTHERWISE CONVEY THROUGH THE SERVICES OR THIS AGREEMENT; (E) STATEMENTS OR CONDUCT OF ANY MEMBER OR OTHER THIRD PARTY THROUGH THE SERVICES; (F) ANY OTHER MATTER RELATING TO THE SERVICES; (G) ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST OR THE FAILURE OF ANGIE'S LIST TO PROVIDE THE SERVICES UNDER THIS AGREEMENT; (H) ANY MEMBER CONTENT POSTED; OR (I) ANY OTHER DEALINGS OR INTERACTIONS THE COMPANY HAS WITH ANY SERVICE PROVIDER (OR ANY OF THEIR REPRESENTATIVES OR AGENTS). THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitations may not apply to the Company.

TO THE EXTENT ANGIE'S LIST IS FOUND LIABLE FOR ANYTHING RELATED TO THIS AGREEMENT OR THE USE OF THE SERVICES, ANGIE'S LIST'S LIABILITY FOR DAMAGES WILL NOT EXCEED ONE HUNDRED DOLLARS ($100.00).

This Agreement and the relationship between the Company and Angie's List will be governed by the internal laws of the State of Indiana, notwithstanding the choice of law provisions or conflict of law analysis of the venue where any action is brought, where the violation occurred, where the Company may be located or any other jurisdiction. The Company agrees and consents to the exclusive jurisdiction of the state or federal courts located in Indianapolis, Indiana and waives any defense of lack of personal jurisdiction or

*EXHIBIT A,  Page 13 of 15*

improper venue or forum non conveniens to a claim brought in such court, except that Angie's List may elect, in its sole discretion, to litigate the action in the county or state where any breach by the Company occurred or where the Company can be found. The Company agrees that regardless of any statute or law to the contrary, any claim or cause of action arising out or related to your use of the Service or this Agreement shall be filed within one (1) year after such claim or cause of action arose or will forever be barred.

In the event this Agreement is terminated, certain provisions of this Agreement will continue to remain in effect, including, but not limited to, Sections 4-7, 10, 19-26, and 28.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and each of their respective owners, officers, agents, managers, partners, employees, agents and representatives harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees (whether incurred in enforcing this Agreement or otherwise), made by any third party due to or arising out of the Company's use of Angie's List.

Angie's List may modify or restate the Terms and Conditions of this Agreement and such modification(s) will be effective immediately upon being posted on the Website. Angie's List will make note of the date of the last update to the Agreement on the first page of this Agreement. The Company is responsible for reviewing these terms and conditions regularly. The Company's continued use of the Services after such modifications will be deemed to be the Company's conclusive acceptance of all modifications to this Agreement.

The Company agrees that Angie's List shall be entitled to payment from the Company for any and all out-of-pocket costs, including, without limitation, attorneys' fees, incurred by Angie's List in connection with enforcing these Terms and Conditions and this Agreement or otherwise.

The Services may be subject to limitations, delays and other problems inherent in the use of the internet and electronic communications. Angie's List is not responsible for any delays, failures or other damage resulting from such problems.

This Agreement may not be re-sold or assigned by the Company. If the Company assigns, or tries to assign, this Agreement, such assignment or attempted assignment will be void and unenforceable. It will not be considered a waiver of Angie's List's rights if Angie's List fails to enforce any of the terms or conditions of this Agreement against the Company. In the event a court finds a provision in this Agreement to not be valid, the Company and Angie's List agrees that such court should incorporate a similar provision that would be considered valid, with all other provisions remaining valid in the Agreement. No joint venture, partnership, employment or agency relationship exists between the Company and Angie's List as a result of this Agreement or use of the Services.

The person agreeing to this Agreement and the Terms and Conditions on behalf of the Company hereby represents and warrants that he/she has the power and authority to bind the Company and that this Agreement and the Terms and Conditions constitutes a valid and binding agreement of the Company.

IF YOU DO NOT AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, YOU MUST NOT USE THE SERVICES. BY USING THE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF THIS AGREEMENT AND YOU AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS.

*EXHIBIT A,  Page 14 of 15*

Legal Center powered by PactSafe

Copyright © 2019, Angie's List

*EXHIBIT A,  Page 15 of 15*

# EXHIBIT "B"

Angie's List Legal Center

 **Legal Center**

---

**Privacy Policy**

**Service Provider's User Agreement**

Terms of Use

Projects Submission Customer Agreement

Advertising and Deals Agreement

Angie's List Mobile Alerts Terms and Conditions

---

## Privacy Policy

| Version 1.0  (Current) |
|---|

Effective April 7, 2017

Download

---

**Angie's List Privacy Policy**

*Last Modified February 13, 2017*

This Privacy Policy discloses our privacy practices and the possible uses of the information that we gather via http://www.angieslist.com/, our mobile application(s), and via other submissions by you to Angie's List (together, the "Site and Services"). By using the Site and Services you consent to the terms of this Privacy Policy. If you do not agree to the terms and conditions of this Privacy Policy, including having your personally identifiable information ("Personal Information" as defined below) used in any of the ways described in this Privacy Policy, you may not be able to use certain parts or features of our Site and Services, and in some instances, this may necessitate the revocation of your membership. Angie's List may update this Privacy Policy from time-to-time in our sole discretion. It is your responsibility to review the Privacy Policy for any changes each time that you use the Site and Services and you are bound by such changes. Your use of the Site and Services following us posting a new privacy policy on our Site signifies that you agree to and accept the Privacy Policy as modified.

This Privacy Policy applies to the entire Angie's List family of products and services, such as our online services, our print publications, our call center services, and other Angie's List products or services. This Privacy Policy is part of our Angie's List Membership Agreement, Terms of Use, and all other terms of using

*EXHIBIT B,  Page 1 of 15*

our Site and Services.

## Information Collected

Angie's List collects information on our users in various ways, such as, by your voluntary submissions, participation in services provided via the Site and Services, from third parties with your consent, and through cookie and other tracking technology. Angie's List collects the following information:

- *Personal Information*

"Personal Information" refers to information that tells us specifically who you are, such as your name, phone number, email, postal address, and possibly information relating to certain support or customer service issues. In many cases, we need this information to provide to you many of the services that you may have requested.

- *Cellular Phone Numbers*

By providing a cellular telephone number to us, you expressly consent to, and authorize us or a third party on our behalf to deliver autodialed or prerecorded telemarketing calls and/or text messages to the number you provide. You are not required to consent to these calls as a condition to purchasing any goods or services, but withholding your consent may prevent us from providing certain services to you. This consent encompasses all future autodialed or prerecorded telemarketing calls and text messages from us or a third party placing these calls on our behalf. You may revoke consent to receive text messages at any time by contacting Angie's List, including by texting STOP.

- *Submission of Reviews, Ratings, and Comments*

We collect information that you voluntarily provide as part of our Site and Services, including messages, posts, comments, responses, reviews, and ratings you submit through the Site and Services, ("User Generated Content"). Angie's List may in our sole discretion share your User Generated Content with others such as your business reviews. If you do not want certain information shared with others, you should not submit User Generated Content, or should not submit User Generated Content that contains information or Personal Information you do not want shared in this manner. Once You have submitted User Generated Content, we reserve the right to publish it in any medium to others.

- *Aggregate Information*

We may collect general, non-personal, statistical information about the use of the Site and Services, such as how many visitors visit a specific page on the Site, how long they stay on that page, and which hyperlinks, if any, they click on. This information represents a generic overview of our users, including their collective viewing habits, and allows us and other third parties to modify information, promotions, offers and/or discounts on products and services based on user traffic and behavior. We collect this information through the use of technologies such as 'cookies' and web beacons, which are discussed in greater detail below. We collect this information in order to help enhance the Site and Services to make for a better visitor experience.

- *Third Party Information*

We may supplement information you provide to us with information from other sources, such as information to validate or update your address, payment card or other demographic and lifestyle information. We use this information to help us maintain the accuracy of the information we collect, to enable us to fulfill our

***EXHIBIT B,  Page 2 of 15***

products and services, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal business analysis or other business purposes consistent with our mission.

- *Cookies*

Angie's List may automatically collect non-personally identifiable information and data through the use of cookies. Cookies are small text files a website uses to recognize repeat users, facilitate the user's ongoing access to the website and facilitate the use of the website. Cookies also allow a website to track usage behavior and compile site usage information that will allow for the improvement of content and target advertising. Most browsers allow you to control cookies, including whether or not to accept them and how to remove them. You may set your browsers to notify you if you receive a cookie, or you may choose to block cookies with your browser. However, please be aware that some features of our Site and Services may not function or may be slower if you refuse cookies. You may also get cookies from our advertisers or other third parties with links on the Site as described below. We do not directly control these cookies. The use of advertising cookies sent by third party ad servers is standard in the Internet industry.

We may use the services of third parties to collect and use anonymous information about your visits to and interactions with our website through the use of technologies such as cookies to personalize advertisements for goods and services. To learn more, or to opt-out of

receiving online display advertisements tailored to your interests by our third party partners, visit the Digital Advertising Alliance Consumer Choice Page at http://www.aboutads.info/choices/.

- *Other Tracking Technologies*

Tracking technologies may record information such as Internet domain and host names; protocol (IP) addresses; browser software and operating system types; clickstream patterns; the MAC address or other technical information from your mobile device; location information through GPS, WiFi, Bluetooth, or similar technologies; and dates and times that our Site and Services are accessed. An IP address is a number that is automatically assigned to your computer whenever you are surfing the web. Web servers, the computers that 'serve up' webpages, automatically identify your computer by its IP address. The Site and Services may also use technology called "tracer tags". These may also be referred to as "Pixels", "Clear GIFs" or "Web Beacons". This technology allows us to understand which pages you visit on our Site and other ways you interact with our Site and Services, such as purchases made through the Site and Services. These tracer tags are used to help us to optimize and tailor our Site and Services for you and other users of our Site and Services. We may link the information we record using tracking technologies to Personal Information we collect.

- *Do Not Track*

Do Not Track (DNT) is a privacy preference that users can set in some web browsers, allowing users to opt out of tracking by websites and online services. At the present time, the World Wide Web Consortium (W3C) has not yet established universal standards for recognizable DNT signals and therefore, Angie's List and the Site do not recognize DNT.

**Use of Information**

The information Angie's List collects is used in a variety of ways, including

*EXHIBIT B,  Page 3 of 15*

- for internal review;

- to improve the Site and Services;

- to optimize third-party offers of products and/or services;

- to verify the legitimacy of reviews and ratings;

- to notify you about updates to the Site and Services;

- to let you know about products, services, and promotions that you may be interested in;

- to get reviews and ratings;

- for our marketing purposes and the marketing of discounts offered through our Site and Services by service contractors or health care related providers (collectively "Service Providers");

- to fulfill and provide products and services, including personalized or enhanced services, requested by you; and

- internal business analysis or other business purposes consistent with our mission; and to carry out other purposes that are disclosed to you and to which you consent.

**Disclosures and Transfers of Information**

We do not disclose Personal Information to third parties, except when one or more of the following conditions is true:

- We have your permission to make the disclosure;

- The disclosure is necessary for the purpose for which the personal information was obtained;

- The disclosure is to the service provider from whom you purchased services through Angie's List's platform, including without limitation Big Deals, Storefronts, and project submissions;

- The disclosure is to financial service providers in order to fulfill and carry out the purchase and provision of goods and services requested by you;

- The disclosure is permitted by relevant law;

- The Personal Information to be disclosed is otherwise publicly available in accordance with the applicable law;

- The disclosure is reasonably related to the sale or other disposition of all or part of our business or assets;

- The disclosure is for our own marketing purposes (including, without limitation, for Angie's List to market services to you on third-party social media platforms such as Facebook), or, with your authorization, for the marketing purposes of third parties;

- The disclosure is combined with information collected from other companies and used to improve and personalize services, content, and advertising from us or third parties;

- The party to whom the disclosure is made controls, is controlled by, or is under common control with Angie's List;

**EXHIBIT B,  Page 4 of 15**

- The disclosure is in our sole discretion necessary for the establishment or maintenance of legal claims or legal compliance, to satisfy any law, regulation, subpoena or government request, or in connection with litigation;

- The disclosure is in our sole discretion about users who we believe are engaged in illegal activities or are otherwise in violation of our Angie's List Membership Agreement, even without a subpoena, warrant or court order; or

- The disclosure is to outside businesses to perform certain services for us, such as maintaining our Site and Services, mailing lists, processing orders and delivering products and services, sending postal mail, processing claims for lost or stolen certificates, providing marketing assistance, confirming your identity for review integrity, and data analysis ("Administrative Service Providers"), including Administrative Service Providers outside the country or jurisdiction in which you reside.

Prior to sharing of your Personal Information with others, agreements are made between Angie's List and such outside parties to whom we are transferring data to provide for the allowable use and security of the transferred information in accordance with this Privacy Policy and applicable law. If Angie's List becomes aware that any such outside party is improperly using or disclosing Personal Information, it will notify that outside party and request that it take reasonable steps to cease such use or disclosure.

We may provide certain Personal Information as a service to others for their marketing purposes. We may also disclose your name and address to Service Providers when you submit User Generated Content relating to those Service Providers. If you properly notify us that you no longer want us to share your Personal Information, we will cease sharing your Personal Information. However, except as otherwise stated in this Privacy Policy, we do not directly control the third parties to which we share such Personal Information and you will need to further notify such third parties directly if you would like them to cease use of your Personal Information.

We may also disclose aggregate visitor data in order to describe the use of the Site and Services to our existing or potential business partners or other third parties, or in response to a government request. We may also share aggregated demographic and preference data with third parties to enable the provision of targeted information, promotions, offers and/or discounts on products and services.

**Choice: Accessing Your Information and Opt-in/Opt-out Requests**

To help you review, edit, and control how we use much of the information we collect about you, you can visit your "Manage My Accounts" webpage. On the "Manage My Accounts" webpage, you can update certain information and unsubscribe from receiving specific types of email messages and telephone calls, including autodialed or pre-recorded telemarketing calls placed by us or a third party on our behalf. You may also unsubscribe from our monthly digital magazine, which is a benefit that is included with your subscription. You cannot, however, unsubscribe from receiving certain emails, such as account status and billing related emails, unless you close your account and fulfill any existing contractual obligations.

You can also ask us whether we are keeping information about you; ask how your information is being used; ask us to update or correct your information; or opt-out of our collection and use of certain information by sending an email to helpdesk@angieslist.com or by writing us at Help Desk, Angie's List, 1030 E. Washington St., Indianapolis, IN 46202 specifying the nature and scope of your request. If you choose to opt-out of the collection and use of certain of your information, you understand that some services, may no

*EXHIBIT B,  Page 5 of 15*

longer be available to you, potentially requiring the cancelation of your Membership. Please state in your correspondence the details of your request. We may require proof of your identity before we provide you with the requested information. We allow you to challenge the data that we hold about you and, where appropriate, you may have certain data erased, rectified, amended, or completed. Approved requests will be processed within ten (10) days of the date on which we receive the request.

**Data Security, Integrity, and Access**

The Personal Information you provide and we collect is stored within databases that we control directly or through our Administrative Service Providers. As we deem appropriate and as required by the applicable law, we use security measures appropriate for the sensitivity of the Personal Information and consistent with industry standards, including physical, organizational and technological protections, such as firewalls, to protect your Personal Information. We also use industry standard encryption technology to protect credit card and password information. However, since no security system is impenetrable, we cannot guarantee the security of our databases, nor can we guarantee that information you supply will not be intercepted while being transmitted to us over the Internet.

Personal Information may only be accessed by persons within our organization, our third party service providers who require such access to provide you with the services indicated above, or any other party that you have provided us with authorization to share such information with.

We retain Personal Information that we collect only as long as reasonably necessary to fulfill the purposes for which it was collected or to otherwise meet any legal requirements.

Your information may be transferred to, and maintained on, computers located outside of your state, province/territory, or country where the privacy laws may not be as protective as those where you live. If you are located outside the United States and choose to provide information to us, please be aware that we transfer Personal Information to the United States and process and store it there. As a result, this information may be subject to access requests from governments, courts, law enforcement officials and national security authorities in the United States according to its laws. Subject to the applicable laws, we will use reasonable efforts to ensure that appropriate protections are in place to maintain protections on the Personal Information. By submitting your Personal Information, you consent to having your personal data transferred to, processed, and stored in the United States. Angie's List may assign you a user ID and a password when you as part of your participation and access to the Site and Services. Your user ID and password may only be used by you and the members of your household. You may not share your user ID and password with anyone else, and you are solely responsible for maintaining and protecting the confidentiality of your user ID and password. You are fully responsible for all activities that occur under your user ID and password. You can access and update your login information on your "Manage My Accounts" webpage.

**Credit Card Information**

We may share credit card information with trusted third parties in order to bill you for our service. We use third parties for secure credit card transaction processing, and we send billing information to those third parties to process your orders and payments or to validate your credit card information on file. Credit card information is encrypted during transmission and whenever stored within our systems or with our vendors. In addition to utilizing encryption that meets the US Government's FIPS 140-2 Certification, we take care to store only the amount of information required to bill you for services.

*EXHIBIT B,  Page 6 of 15*

Our credit card processing vendors use security measures to protect your information both during the transaction and after it's complete. Credit card processing vendors are certified as compliant with multiple industry-standard compliance frameworks including the Payment Card Industry (PCI) Service Provider Level 1, the SSAE-16 audit standard.

### Third Party Websites and Links

Please note that you may have cookies placed on your computer by third party websites that refer you to the Site. Although we do not share your Personal Information with these third party websites unless you have authorized us to do so, they may be able to link certain non-personally identifiable information we transfer to them with Personal Information they previously collected from you. Please review the privacy policies of each website you visit to better understand their privacy practices. In addition, Angie's List would like to inform you that anytime you click on links (including advertising banners), which take you to third party websites, you will be subject to the third parties' privacy policies. While we support the protection of our customer's privacy on the Internet, Angie's List expressly disclaims any and all liability for the actions of third parties, including but without limitation to actions relating to the use and/or disclosure of Personal Information by third parties.

Our Site and Services may contain links to other sites operated by third parties. Angie's List does not control such other sites and is not responsible for their content, their privacy policies, or their use of Personal Information. Angie's List's inclusion of such links does not, by itself, imply any endorsement of the content on such sites or of their owners or operators except as disclosed on the Site and Services. Any information submitted by you directly to these third parties is subject to that third party's privacy policy.

### Children's Privacy

Angie's List does not intend the Site and Services to be used by individuals under the age of majority within the jurisdiction within which they reside without the supervision of a parent or guardian of majority age. Angie's List relies upon such parents or guardians to determine if the Site and Services is appropriate for the viewing, access, or participation by such individuals under the age of majority. If an individual under the age of majority uses the Site and Services, such individual may only use the Site and Services under the supervision of a parent or guardian of majority age.

We do not seek or knowingly collect any Personal Information about children under 13 years of age. If we become aware that we have unknowingly collected Personal Information from a child under the age of 13, we will make commercially reasonable efforts to delete such information from our database.

If you are the parent or guardian of a minor child who has provided us with Personal Information, you may contact us using the information below to request it be deleted.

### Governing Law; Visitors Residing Outside the United States

This Privacy Policy and the privacy practices of Angie's List will be subject exclusively to the laws in which Angie's List provides its services.

### Your California Privacy Rights

This privacy policy describes how we may share your information for marketing purposes. It applies to all Angie's List customers, including California residents:

*EXHIBIT B,  Page 7 of 15*

- We share information with others as more fully set forth above in *Disclosures and Transfers of Information*.

- We share your information with other parts of our business and with our service providers. See above: *Disclosures and Transfers of Information*.

**You may contact us with any questions, or to request a list of third parties to whom we may disclose information for marketing purposes and the categories of information we may disclose. See below: How to Contact us.**

**How To Contact us**

All requests, questions, concerns, or complaints about your Personal Information or this Privacy Policy, please contact our Privacy Officer by mail or email at the following:

Attn: Privacy Officer

Angie's List

1030 E. Washington St.

Indianapolis, IN 46202

E-mail: privacyofficer@angieslist.com

We welcome your questions and comments.

## Service Provider's User Agreement

Version 2.0  (Current)

Effective November 3, 2017

Download

---

### Summary of changes

References to Member Reviews have been changed to Consumer Reviews.

---

Service Provider's User Agreement

*Last Updated November 3, 2017*

Angie's List, Inc. allows consumers of Angie's List (collectively, the "Consumers") to provide reviews and ratings on a variety of service companies and health related providers (collectively, a "Service Provider") with whom they have had first-hand experiences. On behalf, and as representative, of a Service Provider ("You" or "Company"), You are permitted to use the website (www.angieslist.com) (the "Website") and the information contained therein subject to the terms and conditions contained in this Service Provider's User Agreement, which may be modified, amended or replaced by Angie's List from time to time at Angie's List sole discretion (collectively, the "Agreement"). Such modifications will become effective immediately upon

*EXHIBIT B,  Page 8 of 15*

the posting thereof. This Agreement shall also govern other aspects of Your relationship with Angie's List beyond Your use of the Website, as described herein.

In consideration of Angie's List granting the Company access to its Website and the information contained therein, and in order to use the Website, You must read and accept all of the Terms and Conditions in, and linked to, this Agreement. It is the Company's responsibility to review this Agreement on a regular basis to keep itself informed of any modifications. BY ACCEPTING THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE COMPANY ACKNOWLEDGES IT HAS READ, UNDERSTANDS AND AGREES TO BE BOUND BY ALL OF THE TERMS, CONDITIONS, AND NOTICES CONTAINED IN THIS AGREEMENT JUST AS IF YOU HAD SIGNED THIS AGREEMENT.

Terms and Conditions

Consumers may submit a review or report and other information (collectively, "Consumer Content") on any Service Provider with which they have communicated or had another first-hand experience, whether or not work was started, performed, or completed. If the Company disputes any Consumer Content, the Company's sole course of action with respect to such Consumer Content as it relates to Angie's List and the Website is to utilize the Services (as defined below) which are available online at the Website.

By agreeing to the Terms and Conditions of this Agreement, the Company is hereby permitted to use the services offered to Service Provider's including, without limitation, access to "Business Center", the ability to review Consumer Content pertaining to the Company, the ability to submit responses to Consumer Content, the ability to update and maintain profile information on the Company, the ability to utilize the dispute resolution process offered through the Website and facilitated by Angie's List and such other services that Angie's List may offer to Service Providers from time to time (collectively, the "Services").

By agreeing to the Terms and Conditions of this Agreement, Angie's List grants the Company a limited license to access and use the Website and the Services. Notwithstanding the foregoing, the Company acknowledges and agrees that it will not access, reproduce, duplicate, copy, sell, re-sell, visit or otherwise exploit the Website (or any of the content therein including, without limitation, any Consumer Content or any profiles of Angie's List members) or Services for any commercial or other purpose, without the express written consent of Angie's List.

Angie's List does not endorse and is not responsible or liable for any Consumer Content, SP Content (as defined below), data, advertising, products, goods or services available or unavailable from, or through, Angie's List. The statements, information and ratings contained in any Consumer Content are solely the opinion of the Consumer submitting such Consumer Content and do not reflect the opinion of Angie's List or any of its affiliates or subsidiaries or any of their respective owners, managers, officers, employees, agents or representatives.

The Company acknowledges and understands that Angie's List simply acts as a passive conduit and an interactive computer provider for the publication and distribution of Consumer Content and SP Content. Angie's List does not have any duty or obligation to investigate the accuracy of Consumer Content or the quality of the work performed by the Company or any other Service Provider which is the subject of any Consumer Content. By using the Services, the Company agrees that it is solely the Company's responsibility to evaluate the Company's risks associated with the use, accuracy, usefulness, completeness, appropriateness or legality of any information, responses, writings or other materials that the Company submits, transmits or otherwise conveys through the Services (collectively, "SP Content").

**EXHIBIT B,  Page 9 of 15**

Under no circumstances will Angie's List be liable in any way for any Consumer Content or SP Content including, but not limited to, any Consumer Content or SP Content that contains, errors, omissions or defamatory statements, or for any loss or damage of any kind incurred as a result of the use of any Consumer Content or SP Content submitted, accessed, transmitted or otherwise conveyed via the Services or otherwise.

The Company hereby waives any claims, rights or actions that it may have against Angie's List or any of its affiliates or subsidiaries with respect to any Consumer Content or SP Content and releases Angie's List and each of its affiliates and subsidiaries from any and all liability for or relating to Consumer Content or SP Content.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and their respective owners, managers, officers, employees, agents or representatives harmless for any damages that may arise, directly or indirectly, from any claim or right it may have against Angie's List with respect to any statements made by a Consumer or Consumer Content submitted by a Consumer which is communicated, posted or published by Angie's List on its Website or to a third party.

The Company acknowledges and agrees that the Company can neither require Angie's List to place the Company on its Website nor remove the Company or any Consumer Content from Angie's List. The Company further acknowledges and understands that the Company is not a Consumer of Angie's List, cannot refer to itself as a Consumer of Angie's List, and is not afforded the same access to the Website as a Consumer nor the benefits afforded to a Consumer.

The Company and its current or former owners, directors, managers, employees, agents and family members are expressly prohibited from purchasing gift memberships to Angie's List or reimbursing clients or customers for their Angie's List membership cost. In addition, individuals affiliated with the Company including, without limitation, current or former owners, current or former employees or officers, family members, or current or former partners, investors, managers or directors (collectively, the "Affiliated Persons") may not submit Consumer Content to Angie's List on the Company. The Company hereby acknowledges and agrees that to the extent an Affiliated Person has submitted or posted any Consumer Content on the Company or any company or person competitive to the Company, or believes that Consumer Content was posted by an Affiliated Person that Angie's List may immediately remove such Consumer Content without notice or recourse against Angie's List.

SP Content shall not contain any unauthorized content which includes but is not limited to:

a. Offensive, harmful and/or abusive language, including without limitation: expletives, profanities, obscenities, harassment, vulgarities, sexually explicit language and hate speech (e.g., racist/discriminatory speech.);

b. Comments that do not address the Consumer Content or comments with no qualitative value as determined by Angie's List in its sole discretion;

c. Content that contains personal attacks or describes physical confrontations and/or sexual harassment;

d. Messages that are advertising or commercial in nature, or are inappropriate based on the applicable subject matter;

e. Language that violates the standards of good taste or the standards of the Website, as determined by

*EXHIBIT B,  Page 10 of 15*

Angie's List in its sole discretion;

f. Content determined by Angie's List, in its sole discretion, to be illegal, or to violate any federal, state, or local law or regulation or the rights of any other person or entity;

g. Language intended to impersonate other users (including names of other individuals) or to be offensive or inappropriate user names or signatures; and/or

h. Content that is not in English, that is encrypted or that contains viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines that are intended to damage, interfere with, intercept or appropriate any system, data or personal information.

The Company acknowledges and agrees that Angie's List in its sole discretion may remove without notice any SP Content or any portion thereof that Angie's List believes violates the foregoing.

Angie's List may suspend, restrict or terminate the Company's use of the Services or any portion thereof if the Company breaches or fails to comply with any of the Terms and Conditions of this Agreement.

Although Angie's List does not claim ownership of any SP Content or other communications or materials submitted by or given by the Company to Angie's List, by providing SP Content for the Website or other mediums, the Company automatically grants, and the Company represents and warrants that the Company has the right to grant, to Angie's List an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, reproduce, adapt, modify, and distribute such SP Consent and to prepare derivative works of, or incorporate into other works, such SP Content, and to grant and to authorize sublicenses (through multiple tiers) of the foregoing. In addition, by providing Angie's List with SP Content, the Company automatically grants Angie's List all rights necessary to prohibit the subsequent aggregation, display, copying, duplication, reproduction or exploitation of SP Content on the Website or in any other medium by any other party. No compensation will be paid with respect to Angie's List use of SP Content. Angie's List is under no obligation to post or use any of SP Content or maintain SP Content. Angie's List may remove SP Content at any time in Angie's List sole discretion.

It is the Company's sole responsibility to review and monitor any Consumer Content regarding the Company that is posted by Consumers and to submit responses it deems necessary to any Consumer Content. Angie's List does not have any obligation to provide a notice or update to the Company with respect to any new information or Consumer Content that it learns of or receives about the Company from its Consumers.

The Company has the sole responsibility of updating any and all of its information on the Website including, without limitation, the Company's description and profile information.

The Company agrees not to use or cause any robot, bot, spider, other automatic device, or computer program routine or manual process to monitor, duplicate, take, obtain, transfer, modify, use, reproduce, aggregate or copy Angie's List, any Consumer Content, any Consumer profiles, SP Content (including SP profiles) or any other content contained on the Website or any other publication of Angie's List. You shall not use or cause any device, software, or routine to interfere or attempt to interfere with the proper working of the Website.

The Company hereby represents and warrants to Angie's List that (a) all information provided to Angie's List by the Company is true, complete and accurate in all respects, and (b) the Company is authorized to submit information to Angie's List. Angie's List is authorized by the Company to rely upon the truthfulness,

*EXHIBIT B,  Page 11 of 15*

completeness and accuracy of SP Content in order to serve its Consumers.

The Company acknowledges that the Website utilizes one or more website analytic services, including, without limitation, ClickTale, which may record mouse clicks, mouse movements, scrolling activity and text entered into the Website by users. These services do not collect personally identifiable information that is not voluntarily entered into the Website by the user. Angie's List uses the information collected by these service providers to improve the usability and other features of the Website. Users may choose to disable the ClickTale service at http://www.clicktale.net/disable.html.

The Company acknowledges that Angie's List will use the telephone numbers, email addresses and facsimile numbers that are submitted to Angie's List in connection with registering with Angie's List to contact the Company with information regarding Angie's List. Angie's List agrees not to sell, trade, rent or share such information with any third parties. By providing a wireless phone number to Angie's List, Company agrees that Angie's List may call or send text messages to the wireless phone number for any purpose, including marketing purposes, using all methods now known and discovered in the future, including, but not limited to, auto-dialers, pre-recordings, and general telemarketing practices. Company agrees that these calls or text messages may be regarding the products and/or services that Company has previously purchased and products and/or services that Angie's List may market to me. Company acknowledges that this consent may be removed upon request.

To the extent a third party posts or submits any SP Content or manages the Company's profile or information on the Website, the Company hereby acknowledges and agrees that the Company shall remain fully responsible for any SP Content or information posted or submitted by such third party.

The Company agrees unless expressly authorized by Angie's List not to access, copy, duplicate use, reproduce, alter, modify, create derivative works, display, sell, re-sell, advertise or market with or otherwise exploit for any commercial, educational or other purpose any Consumer Content, any Consumer profiles, any SP profiles, or any other content from the Website or Angie's List, including, without limitation, any reviews or ratings or any other content contained in any Consumer Content.

Angie's List is the owner and/or authorized user of any trademark and/or service mark, including, without limitation, the name "Angie's List", appearing on the Website and is copyright owner or licensee of the content and/or information on the Website. By placing them on the Website, Angie's List does not grant the Company any license or other authorization to copy or use its trademarks, service marks, copyrighted material, or other intellectual property, except as provided herein.

Angie's List reserves the right to exercise any rights or remedies which may be available to it against the Company if the Terms and Conditions of this Agreement are violated by the Company. These remedies include, but are not limited to, revocation of (a) Super Service Awards (present & past) and any associated license, (b) advertising privileges, (c) use of the Services, or (d) appearances on the Website and/or any other appearances in any Angie's List's publication, and Company agrees that the exercise of one remedy shall not preclude the availability of any other remedy.

The Company understands and agrees that, because damages resulting from Company's breach of this Agreement are difficult to calculate, if it becomes necessary for Angie's List to pursue legal action to enforce the Terms and Conditions of this Agreement, the Company will be liable to pay Angie's List the following amounts as liquidated damages, which the Company accepts as reasonable estimates of Angie's List's damages for the specified breaches of this Agreement:

*EXHIBIT B,  Page 12 of 15*

a. If the Company posts SP Content in violation of this Agreement, the Company agrees to promptly pay Angie's List One Thousand Dollars ($1,000) for each item of SP Content posted in violation of this Agreement. Angie's List may (but is not required) issue the Company a warning before assessing damages.

b. If the Company exploits for any purpose (commercial or otherwise) any Consumer Content, profiles of Angie's List members or any other information contained on the Website including, without limitation, ratings and/or reviews in violation of this Agreement, the Company agrees to pay Ten Thousand Dollars ($10,000) per report, record or review exploited.

c. If the Company uses or causes any robot, bot, spider, other automatic device or computer program routine or any manual process to monitor, duplicate, take, aggregate, obtain, modify, use, reproduce or copy any Consumer Content, any profiles of Angie's List members, SP content (including SP profiles) or any other content contained on the Website or in any other publication of Angie's List, the Company agrees to pay One Hundred Dollars ($100) for each report, record, review or other information that is monitored, duplicated, transferred, taken, obstructed, modified, used, reproduced, aggregated or copied.

d. Except as set forth in the foregoing subparagraphs (a) through (c), inclusive, the Company agrees to pay the actual damages suffered by Angie's List to the extent such actual damages can be reasonably calculated.

Notwithstanding any other provision of this Agreement, the Company reserves the right to seek the remedy of specific performance of any term contained herein, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in this Agreement, or any combination thereof.

THE COMPANY EXPRESSLY UNDERSTANDS AND AGREES THAT ANGIE'S LIST WILL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, COMPENSATORY, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF ANGIE'S LIST HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) (COLLECTIVELY, "DAMAGES"), RESULTING FROM: (A) THE USE OR INABILITY TO USE THE SERVICES; (B) THE COST OF ANY GOODS AND/OR SERVICES PURCHASED OR OBTAINED AS A RESULT OF THE USE OF THE SERVICES; (C) DISCLOSURE OF, UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR INFORMATION OR SP CONTENT; (D) SP CONTENT THE COMPANY MAY SUBMIT, RECEIVE, ACCESS, TRANSMIT OR OTHERWISE CONVEY THROUGH THE SERVICES OR THIS AGREEMENT; (E) STATEMENTS OR CONDUCT OF ANY CONSUMER OR OTHER THIRD PARTY THROUGH THE SERVICES; (F) ANY OTHER MATTER RELATING TO THE SERVICES; (G) ANY BREACH OF THIS AGREEMENT BY ANGIE'S LIST OR THE FAILURE OF ANGIE'S LIST TO PROVIDE THE SERVICES UNDER THIS AGREEMENT; (H) ANY CONSUMER CONTENT POSTED; OR (I) ANY OTHER DEALINGS OR INTERACTIONS THE COMPANY HAS WITH ANY SERVICE PROVIDER (OR ANY OF THEIR REPRESENTATIVES OR AGENTS). THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitations may not apply to the Company.

TO THE EXTENT ANGIE'S LIST IS FOUND LIABLE FOR ANYTHING RELATED TO THIS AGREEMENT OR THE USE OF THE SERVICES, ANGIE'S LIST'S LIABILITY FOR DAMAGES WILL NOT EXCEED ONE

*EXHIBIT B,  Page 13 of 15*

HUNDRED DOLLARS ($100.00).

This Agreement and the relationship between the Company and Angie's List will be governed by the internal laws of the State of Indiana, notwithstanding the choice of law provisions or conflict of law analysis of the venue where any action is brought, where the violation occurred, where the Company may be located or any other jurisdiction. The Company agrees and consents to the exclusive jurisdiction of the state or federal courts located in Indianapolis, Indiana and waives any defense of lack of personal jurisdiction or improper venue or forum non conveniens to a claim brought in such court, except that Angie's List may elect, in its sole discretion, to litigate the action in the county or state where any breach by the Company occurred or where the Company can be found. The Company agrees that regardless of any statute or law to the contrary, any claim or cause of action arising out or related to your use of the Service or this Agreement shall be filed within one (1) year after such claim or cause of action arose or will forever be barred.

In the event this Agreement is terminated, certain provisions of this Agreement will continue to remain in effect, including, but not limited to, Sections 4-7, 10, 19-26, and 28.

The Company agrees to indemnify and hold Angie's List and each of its affiliates and subsidiaries and each of their respective owners, officers, agents, managers, partners, employees, agents and representatives harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees (whether incurred in enforcing this Agreement or otherwise), made by any third party due to or arising out of the Company's use of Angie's List.

Angie's List may modify or restate the Terms and Conditions of this Agreement and such modification(s) will be effective immediately upon being posted on the Website. Angie's List will make note of the date of the last update to the Agreement on the first page of this Agreement. The Company is responsible for reviewing these terms and conditions regularly. The Company's continued use of the Services after such modifications will be deemed to be the Company's conclusive acceptance of all modifications to this Agreement.

The Company agrees that Angie's List shall be entitled to payment from the Company for any and all out-of-pocket costs, including, without limitation, attorneys' fees, incurred by Angie's List in connection with enforcing these Terms and Conditions and this Agreement or otherwise.

The Services may be subject to limitations, delays and other problems inherent in the use of the internet and electronic communications. Angie's List is not responsible for any delays, failures or other damage resulting from such problems.

This Agreement may not be re-sold or assigned by the Company. If the Company assigns, or tries to assign, this Agreement, such assignment or attempted assignment will be void and unenforceable. It will not be considered a waiver of Angie's List's rights if Angie's List fails to enforce any of the terms or conditions of this Agreement against the Company. In the event a court finds a provision in this Agreement to not be valid, the Company and Angie's List agrees that such court should incorporate a similar provision that would be considered valid, with all other provisions remaining valid in the Agreement. No joint venture, partnership, employment or agency relationship exists between the Company and Angie's List as a result of this Agreement or use of the Services.

The person agreeing to this Agreement and the Terms and Conditions on behalf of the Company hereby represents and warrants that he/she has the power and authority to bind the Company and that this Agreement and the Terms and Conditions constitutes a valid and binding agreement of the Company.

*EXHIBIT B,  Page 14 of 15*

IF YOU DO NOT AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, YOU MUST NOT USE THE SERVICES. BY USING THE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF THIS AGREEMENT AND YOU AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS.

Legal Center powered by PactSafe

Copyright © 2019, Angie's List

# EXHIBIT "C"



# Legal Center

**Privacy Policy**

Service Provider's User Agreement

Terms of Use

Projects Submission Customer Agreement

Advertising and Deals Agreement

Angie's List Mobile Alerts Terms and Conditions

## Privacy Policy

| Version 1.0  (Current) |
| --- |

Effective April 7, 2017

Download

**Angie's List Privacy Policy**

*Last Modified February 13, 2017*

This Privacy Policy discloses our privacy practices and the possible uses of the information that we gather via http://www.angieslist.com/, our mobile application(s), and via other submissions by you to Angie's List (together, the "Site and Services"). By using the Site and Services you consent to the terms of this Privacy Policy. If you do not agree to the terms and conditions of this Privacy Policy, including having your personally identifiable information ("Personal Information" as defined below) used in any of the ways described in this Privacy Policy, you may not be able to use certain parts or features of our Site and Services, and in some instances, this may necessitate the revocation of your membership. Angie's List may update this Privacy Policy from time-to-time in our sole discretion. It is your responsibility to review the Privacy Policy for any changes each time that you use the Site and Services and you are bound by such changes. Your use of the Site and Services following us posting a new privacy policy on our Site signifies that you agree to and accept the Privacy Policy as modified.

This Privacy Policy applies to the entire Angie's List family of products and services, such as our online services, our print publications, our call center services, and other Angie's List products or services. This Privacy Policy is part of our Angie's List Membership Agreement, Terms of Use, and all other terms of using

*EXHIBIT C,  Page 1 of 8*

our Site and Services.

## Information Collected

Angie's List collects information on our users in various ways, such as, by your voluntary submissions, participation in services provided via the Site and Services, from third parties with your consent, and through cookie and other tracking technology. Angie's List collects the following information:

- *Personal Information*

"Personal Information" refers to information that tells us specifically who you are, such as your name, phone number, email, postal address, and possibly information relating to certain support or customer service issues. In many cases, we need this information to provide to you many of the services that you may have requested.

- *Cellular Phone Numbers*

By providing a cellular telephone number to us, you expressly consent to, and authorize us or a third party on our behalf to deliver autodialed or prerecorded telemarketing calls and/or text messages to the number you provide. You are not required to consent to these calls as a condition to purchasing any goods or services, but withholding your consent may prevent us from providing certain services to you. This consent encompasses all future autodialed or prerecorded telemarketing calls and text messages from us or a third party placing these calls on our behalf. You may revoke consent to receive text messages at any time by contacting Angie's List, including by texting STOP.

- *Submission of Reviews, Ratings, and Comments*

We collect information that you voluntarily provide as part of our Site and Services, including messages, posts, comments, responses, reviews, and ratings you submit through the Site and Services, ("User Generated Content"). Angie's List may in our sole discretion share your User Generated Content with others such as your business reviews. If you do not want certain information shared with others, you should not submit User Generated Content, or should not submit User Generated Content that contains information or Personal Information you do not want shared in this manner. Once You have submitted User Generated Content, we reserve the right to publish it in any medium to others.

- *Aggregate Information*

We may collect general, non-personal, statistical information about the use of the Site and Services, such as how many visitors visit a specific page on the Site, how long they stay on that page, and which hyperlinks, if any, they click on. This information represents a generic overview of our users, including their collective viewing habits, and allows us and other third parties to modify information, promotions, offers and/or discounts on products and services based on user traffic and behavior. We collect this information through the use of technologies such as 'cookies' and web beacons, which are discussed in greater detail below. We collect this information in order to help enhance the Site and Services to make for a better visitor experience.

- *Third Party Information*

We may supplement information you provide to us with information from other sources, such as information to validate or update your address, payment card or other demographic and lifestyle information. We use this information to help us maintain the accuracy of the information we collect, to enable us to fulfill our

*EXHIBIT C,  Page 2 of 8*

products and services, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal business analysis or other business purposes consistent with our mission.

- *Cookies*

Angie's List may automatically collect non-personally identifiable information and data through the use of cookies. Cookies are small text files a website uses to recognize repeat users, facilitate the user's ongoing access to the website and facilitate the use of the website. Cookies also allow a website to track usage behavior and compile site usage information that will allow for the improvement of content and target advertising. Most browsers allow you to control cookies, including whether or not to accept them and how to remove them. You may set your browsers to notify you if you receive a cookie, or you may choose to block cookies with your browser. However, please be aware that some features of our Site and Services may not function or may be slower if you refuse cookies. You may also get cookies from our advertisers or other third parties with links on the Site as described below. We do not directly control these cookies. The use of advertising cookies sent by third party ad servers is standard in the Internet industry.

We may use the services of third parties to collect and use anonymous information about your visits to and interactions with our website through the use of technologies such as cookies to personalize advertisements for goods and services. To learn more, or to opt-out of

receiving online display advertisements tailored to your interests by our third party partners, visit the Digital Advertising Alliance Consumer Choice Page at http://www.aboutads.info/choices/.

- *Other Tracking Technologies*

Tracking technologies may record information such as Internet domain and host names; protocol (IP) addresses; browser software and operating system types; clickstream patterns; the MAC address or other technical information from your mobile device; location information through GPS, WiFi, Bluetooth, or similar technologies; and dates and times that our Site and Services are accessed. An IP address is a number that is automatically assigned to your computer whenever you are surfing the web. Web servers, the computers that 'serve up' webpages, automatically identify your computer by its IP address. The Site and Services may also use technology called "tracer tags". These may also be referred to as "Pixels", "Clear GIFs" or "Web Beacons". This technology allows us to understand which pages you visit on our Site and other ways you interact with our Site and Services, such as purchases made through the Site and Services. These tracer tags are used to help us to optimize and tailor our Site and Services for you and other users of our Site and Services. We may link the information we record using tracking technologies to Personal Information we collect.

- *Do Not Track*

Do Not Track (DNT) is a privacy preference that users can set in some web browsers, allowing users to opt out of tracking by websites and online services. At the present time, the World Wide Web Consortium (W3C) has not yet established universal standards for recognizable DNT signals and therefore, Angie's List and the Site do not recognize DNT.

**Use of Information**

The information Angie's List collects is used in a variety of ways, including

*EXHIBIT C,  Page 3 of 8*

- for internal review;

- to improve the Site and Services;

- to optimize third-party offers of products and/or services;

- to verify the legitimacy of reviews and ratings;

- to notify you about updates to the Site and Services;

- to let you know about products, services, and promotions that you may be interested in;

- to get reviews and ratings;

- for our marketing purposes and the marketing of discounts offered through our Site and Services by service contractors or health care related providers (collectively "Service Providers");

- to fulfill and provide products and services, including personalized or enhanced services, requested by you; and

- internal business analysis or other business purposes consistent with our mission; and to carry out other purposes that are disclosed to you and to which you consent.

**Disclosures and Transfers of Information**

We do not disclose Personal Information to third parties, except when one or more of the following conditions is true:

- We have your permission to make the disclosure;

- The disclosure is necessary for the purpose for which the personal information was obtained;

- The disclosure is to the service provider from whom you purchased services through Angie's List's platform, including without limitation Big Deals, Storefronts, and project submissions;

- The disclosure is to financial service providers in order to fulfill and carry out the purchase and provision of goods and services requested by you;

- The disclosure is permitted by relevant law;

- The Personal Information to be disclosed is otherwise publicly available in accordance with the applicable law;

- The disclosure is reasonably related to the sale or other disposition of all or part of our business or assets;

- The disclosure is for our own marketing purposes (including, without limitation, for Angie's List to market services to you on third-party social media platforms such as Facebook), or, with your authorization, for the marketing purposes of third parties;

- The disclosure is combined with information collected from other companies and used to improve and personalize services, content, and advertising from us or third parties;

- The party to whom the disclosure is made controls, is controlled by, or is under common control with Angie's List;

*EXHIBIT C,  Page 4 of 8*

- The disclosure is in our sole discretion necessary for the establishment or maintenance of legal claims or legal compliance, to satisfy any law, regulation, subpoena or government request, or in connection with litigation;

- The disclosure is in our sole discretion about users who we believe are engaged in illegal activities or are otherwise in violation of our Angie's List Membership Agreement, even without a subpoena, warrant or court order; or

- The disclosure is to outside businesses to perform certain services for us, such as maintaining our Site and Services, mailing lists, processing orders and delivering products and services, sending postal mail, processing claims for lost or stolen certificates, providing marketing assistance, confirming your identity for review integrity, and data analysis ("Administrative Service Providers"), including Administrative Service Providers outside the country or jurisdiction in which you reside.

Prior to sharing of your Personal Information with others, agreements are made between Angie's List and such outside parties to whom we are transferring data to provide for the allowable use and security of the transferred information in accordance with this Privacy Policy and applicable law. If Angie's List becomes aware that any such outside party is improperly using or disclosing Personal Information, it will notify that outside party and request that it take reasonable steps to cease such use or disclosure.

We may provide certain Personal Information as a service to others for their marketing purposes. We may also disclose your name and address to Service Providers when you submit User Generated Content relating to those Service Providers. If you properly notify us that you no longer want us to share your Personal Information, we will cease sharing your Personal Information. However, except as otherwise stated in this Privacy Policy, we do not directly control the third parties to which we share such Personal Information and you will need to further notify such third parties directly if you would like them to cease use of your Personal Information.

We may also disclose aggregate visitor data in order to describe the use of the Site and Services to our existing or potential business partners or other third parties, or in response to a government request. We may also share aggregated demographic and preference data with third parties to enable the provision of targeted information, promotions, offers and/or discounts on products and services.

**Choice: Accessing Your Information and Opt-in/Opt-out Requests**

To help you review, edit, and control how we use much of the information we collect about you, you can visit your "Manage My Accounts" webpage. On the "Manage My Accounts" webpage, you can update certain information and unsubscribe from receiving specific types of email messages and telephone calls, including autodialed or pre-recorded telemarketing calls placed by us or a third party on our behalf. You may also unsubscribe from our monthly digital magazine, which is a benefit that is included with your subscription. You cannot, however, unsubscribe from receiving certain emails, such as account status and billing related emails, unless you close your account and fulfill any existing contractual obligations.

You can also ask us whether we are keeping information about you; ask how your information is being used; ask us to update or correct your information; or opt-out of our collection and use of certain information by sending an email to helpdesk@angieslist.com or by writing us at Help Desk, Angie's List, 1030 E. Washington St., Indianapolis, IN 46202 specifying the nature and scope of your request. If you choose to opt-out of the collection and use of certain of your information, you understand that some services, may no

*EXHIBIT C,  Page 5 of 8*

longer be available to you, potentially requiring the cancelation of your Membership. Please state in your correspondence the details of your request. We may require proof of your identity before we provide you with the requested information. We allow you to challenge the data that we hold about you and, where appropriate, you may have certain data erased, rectified, amended, or completed. Approved requests will be processed within ten (10) days of the date on which we receive the request.

**Data Security, Integrity, and Access**

The Personal Information you provide and we collect is stored within databases that we control directly or through our Administrative Service Providers. As we deem appropriate and as required by the applicable law, we use security measures appropriate for the sensitivity of the Personal Information and consistent with industry standards, including physical, organizational and technological protections, such as firewalls, to protect your Personal Information. We also use industry standard encryption technology to protect credit card and password information. However, since no security system is impenetrable, we cannot guarantee the security of our databases, nor can we guarantee that information you supply will not be intercepted while being transmitted to us over the Internet.

Personal Information may only be accessed by persons within our organization, our third party service providers who require such access to provide you with the services indicated above, or any other party that you have provided us with authorization to share such information with.

We retain Personal Information that we collect only as long as reasonably necessary to fulfill the purposes for which it was collected or to otherwise meet any legal requirements.

Your information may be transferred to, and maintained on, computers located outside of your state, province/territory, or country where the privacy laws may not be as protective as those where you live. If you are located outside the United States and choose to provide information to us, please be aware that we transfer Personal Information to the United States and process and store it there. As a result, this information may be subject to access requests from governments, courts, law enforcement officials and national security authorities in the United States according to its laws. Subject to the applicable laws, we will use reasonable efforts to ensure that appropriate protections are in place to maintain protections on the Personal Information. By submitting your Personal Information, you consent to having your personal data transferred to, processed, and stored in the United States. Angie's List may assign you a user ID and a password when you as part of your participation and access to the Site and Services. Your user ID and password may only be used by you and the members of your household. You may not share your user ID and password with anyone else, and you are solely responsible for maintaining and protecting the confidentiality of your user ID and password. You are fully responsible for all activities that occur under your user ID and password. You can access and update your login information on your "Manage My Accounts" webpage.

**Credit Card Information**

We may share credit card information with trusted third parties in order to bill you for our service. We use third parties for secure credit card transaction processing, and we send billing information to those third parties to process your orders and payments or to validate your credit card information on file. Credit card information is encrypted during transmission and whenever stored within our systems or with our vendors. In addition to utilizing encryption that meets the US Government's FIPS 140-2 Certification, we take care to store only the amount of information required to bill you for services.

*EXHIBIT C,  Page 6 of 8*

Our credit card processing vendors use security measures to protect your information both during the transaction and after it's complete. Credit card processing vendors are certified as compliant with multiple industry-standard compliance frameworks including the Payment Card Industry (PCI) Service Provider Level 1, the SSAE-16 audit standard.

**Third Party Websites and Links**

Please note that you may have cookies placed on your computer by third party websites that refer you to the Site. Although we do not share your Personal Information with these third party websites unless you have authorized us to do so, they may be able to link certain non-personally identifiable information we transfer to them with Personal Information they previously collected from you. Please review the privacy policies of each website you visit to better understand their privacy practices. In addition, Angie's List would like to inform you that anytime you click on links (including advertising banners), which take you to third party websites, you will be subject to the third parties' privacy policies. While we support the protection of our customer's privacy on the Internet, Angie's List expressly disclaims any and all liability for the actions of third parties, including but without limitation to actions relating to the use and/or disclosure of Personal Information by third parties.

Our Site and Services may contain links to other sites operated by third parties. Angie's List does not control such other sites and is not responsible for their content, their privacy policies, or their use of Personal Information. Angie's List's inclusion of such links does not, by itself, imply any endorsement of the content on such sites or of their owners or operators except as disclosed on the Site and Services. Any information submitted by you directly to these third parties is subject to that third party's privacy policy.

**Children's Privacy**

Angie's List does not intend the Site and Services to be used by individuals under the age of majority within the jurisdiction within which they reside without the supervision of a parent or guardian of majority age. Angie's List relies upon such parents or guardians to determine if the Site and Services is appropriate for the viewing, access, or participation by such individuals under the age of majority. If an individual under the age of majority uses the Site and Services, such individual may only use the Site and Services under the supervision of a parent or guardian of majority age.

We do not seek or knowingly collect any Personal Information about children under 13 years of age. If we become aware that we have unknowingly collected Personal Information from a child under the age of 13, we will make commercially reasonable efforts to delete such information from our database.

If you are the parent or guardian of a minor child who has provided us with Personal Information, you may contact us using the information below to request it be deleted.

**Governing Law; Visitors Residing Outside the United States**

This Privacy Policy and the privacy practices of Angie's List will be subject exclusively to the laws in which Angie's List provides its services.

**Your California Privacy Rights**

This privacy policy describes how we may share your information for marketing purposes. It applies to all Angie's List customers, including California residents:

*EXHIBIT C,  Page 7 of 8*

- We share information with others as more fully set forth above in *Disclosures and Transfers of Information*.

- We share your information with other parts of our business and with our service providers. See above: *Disclosures and Transfers of Information*.

**You may contact us with any questions, or to request a list of third parties to whom we may disclose information for marketing purposes and the categories of information we may disclose. See below: How to Contact us.**

## How To Contact us

All requests, questions, concerns, or complaints about your Personal Information or this Privacy Policy, please contact our Privacy Officer by mail or email at the following:

Attn: Privacy Officer

Angie's List

1030 E. Washington St.

Indianapolis, IN 46202

E-mail: privacyofficer@angieslist.com

We welcome your questions and comments.

---

Legal Center powered by PactSafe

Copyright © 2019, Angie's List

*EXHIBIT C,  Page 8 of 8*

file:///Server2012R2/...20Website%20Pages/Angie's%20List%20Legal%20Center%20-%20Privacy%20policy%20-%20version%201.0.html[7/15/2019 3:58:17 PM]